IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>AGE REFINING, INC.,<br><br>Debtor. | §<br>§    CHAPTER 11 CASE<br>§<br>§    CASE NO. 10-50501-LMC<br>§<br>§<br>§ |

CHASE CAPITAL CORPORATION'S EXHIBITS FOR
HEARING ON FEBRUARY 11, 2010
<u>VOLUME I</u>

**WITNESSES:** Chase Capital Corporation reserves the right to examine any witnesses called by other parties and may call rebuttal witnesses as necessary

| Main No. 10-50501 | Debtor: Age Refining, Inc. |
|---|---|
| | Court Room Staff |
| | Date: February 11, 2010 |
| | Party's Name: Chase Capital Corporation |
| | Attorney's Name:<br>Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 78205<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br>Email: tgerber@fulbright.com<br><br>Steve A. Peirce<br>Fulbright & Jaworski L.L.P.<br>300 Convent, Suite 2200<br>San Antonio, Texas 78205<br>(210) 270-7179<br>fax (210) 270-7205<br>email speirce@fulbright.com |
| | Attorney's Phone: 210-224-5575 |
| | Nature of Proceeding: First Day Motions |

70783825.1

- 1 -

| CHASE CAPITAL CORPORATION'S EXHIBITS FOR HEARING ON FEBRUARY 10, 2010 | | | | | |
|---|---|---|---|---|---|
| No. | DESCRIPTION | Offered | Objection | Admitted | Disposition After Trial |
| CC1 | Second Amended and Restated Credit and Security Agreement 09/12/08; doc # 76464381 **Term Loan** | | | | |
| CC2 | First Amendment to Second Amended Credit and Security Agreement Limited Consent and Waiver 03/26/09 doc # 76464378 **Term Loan** | | | | |
| CC3 | Tranche A Promissory Note 25 million 09/12/08 doc # 76464402 **Term Loan** | | | | |
| CC4 | Tranche B Promissory Note 21 million 09/12/08 doc # 76464405 **Term Loan** | | | | |
| CC5 | Amended and Restated Deed of Trust Assignment Security Agreement Financing Statement 09/12/08 doc #76464390 **Term Loan** | | | | |
| CC6 | Amended and Restated Pledge Agreement (Age Refining, Inc.) 09/12/08 doc #76464388 **Term Loan** | | | | |
| CC7 | Amended and Restated Pledge Agreement 09/12/08 doc #76464384 **Term Loan** | | | | |
| CC8 | Subordination Agreement 01/17/08 doc #76464398 **Term Loan** | | | | |
| CC9 | Subordination Agreement 01/17/08 doc #76464394 **Term Loan** | | | | |
| CC10 | Financing Statement debtor Age Refining 03/26/07 doc #76464412 **Term Loan** | | | | |
| CC11 | Financing Statement debtor Albert Gonzalez 01/18/08 doc #76464407 **Term Loan** | | | | |
| CC12 | Financing Statement debtor Albert Glen Gonzalez 01/18/08 doc #76464447 **Term Loan** | | | | |

- 3 -

| CC13 | Financing Statement debtor Glen Gonzalez Special Trust 01/18/08 doc #76464448 **Term Loan** | | | | |
|---|---|---|---|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>**AGE REFINING, INC.**<br><br>Debtor. | § § § § § § § | **CHAPTER 11 CASE**<br><br>**CASE NO. 10-50501-LMC** |

## CHASE CAPITAL CORPORATION'S EXHIBITS FOR
## HEARING ON FEBRUARY 11, 2010
## **VOLUME II**

| | | | | | |
|---|---|---|---|---|---|
| CC14 | Second Lien Credit and Security Agreement 09/12/08 doc # 76464473 **Junior Loan** | | | | |
| CC15 | First Amendment to Second Lien Credit and Security Agreement Limited Consent and Waiver 03/26/09 doc #76464378 **Junior Loan** | | | | |
| CC16 | Promissory Note 10 million 09/12/08 doc # 76464471 **Junior Loan** | | | | |
| CC17 | Deed Of Trust Assignment Of Leases And Rents Security Agreement And Financing Statement 09/12/08 doc # 76464458 **Junior Loan** | | | | |
| CC18 | Pledge and Security Agreement (Age Refining, Inc.) 09/12/08 doc # 76464467 **Junior Loan** | | | | |
| CC19 | Pledge Agreement 09/12/08 doc # 76464461 | | | | |
| CC20 | Financing Statement debtor Age Refining, Inc. 09/17/08 doc # 76464483 **Junior Loan** | | | | |
| CC21 | Financing Statement debtor Albert Gonzalez 09/17/08 doc # 76464475 **Junior Loan** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CC22 | Financing Statement debtor Albert Glen Gonzalez 09/17/08 doc # 76464477 **Junior Loan** | | | | |
| CC23 | Financing Statement debtor Glen Gonzalez Special Trust 09/17/08 doc # 76464480 **Junior Loan** | | | | |
| CC24 | Intercreditor Agreement 03/23/07 doc # 76462617 **Term Loan** | | | | |
| CC25 | First Amendment to Intercreditor Agreement 11/14/07 doc # 76462690 **Term Loan** | | | | |
| CC26 | Second Amendment to Intercreditor Agreement 09/12/08 doc # 76462682 **Term Loan** | | | | |
| CC27 | Intercreditor Agreement 09/12/08 doc # 7642630 | | | | |
| CC28 | Intercreditor Agreement 09/12/08 doc #76462665 | | | | |
| CC29 | | | | | |
| CC30 | | | | | |
| CC31 | | | | | |
| CC32 | | | | | |
| CC33 | | | | | |
| CC34 | | | | | |

1.

Dated: February 10, 2010            Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By ***/s/Steve A. Peirce*** _____
   Steve A. Peirce
   State Bar No. 15731200
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

Toby L. Gerber
State Bar No. 07813700
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: tgerber@fulbright.com

**COUNSEL FOR CHASE CAPITAL CORPORATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2010, true and correct copies of Chase Capital Corporation's Exhibits (in their entirety) were served on the entities listed below by either overnight delivery or by hand delivery.

| | | |
|---|---|---|
| William L. Wallander | Carol E. Jendrzey | Kevin Epstein |
| James A. Markus | Cox Smith Matthews | United States Trustee |
| VINSON & ELKINS L.L.P. | 112 East Pecan Street, Suite 1800 | P.O. Box 1539 |
| 2001 Ross Avenue, Suite 3700 | San Antonio, TX 78205 | San Antonio, TX 78294-1539 |
| Dallas, TX 75201-2975 | | |

***/s/Steve A. Peirce***
