IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 10-50501-lmc |
| AGE REFINING, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE BY BIG STAR LLP / SAINT JAMES ENERGY OPERATING, INC. OF § 546 RECLAMATION CLAIM

Now Comes Big Star LLP / Saint. James Energy Operating, Inc. ("Saint James"), by its undersigned counsel, and files this Notice of Reclamation Claim, and respectfully states as follows:

Pursuant to Section 546 of the Bankruptcy Code, Saint James demands the return of all goods and/or crude oil delivered to AGE Refining, Inc. or any of the parents, subsidiaries or affiliates that is the debtor in the above styled bankruptcy proceeding including but not limited to the sales shown in Attachment "A".

Saint James sold these goods to the Debtor in the twenty (20) day period prior to February 8, 2010 (the "Petition Date") while the Debtor was insolvent. The Debtor is not authorized to sell, use or dispose of any the goods listed in Exhibit "A". Big Star LLP/Saint. James Energy Operating, Inc. sent the Debtor a written demand for reclamation of all goods.

Saint. James reserves all of its rights and interests with respect to, but not limited to, the goods listed in Exhibit "A".

Respectfully submitted,

LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopier: (210) 735-6889

_____  
DAVID S. GRAGG  
State Bar No. 08253300  
ALLEN M. DeBARD  
State Bar No. 24065132  

ATTORNEYS FOR BIG STAR LLP  
SAINT JAMES ENERGY OPERATING, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been mailed by U.S. First Class Mail to the following parties and to the parties listed on the attached service list on this the 2ND day of March 2010.

Mark Andrews  
Aaron M. Kaufman  
Cox Smith Matthews  
1201 Elm Street, Suite 3300  
Dallas, TX 75270  

Carol E. Jendrzey  
112 E. Pecan St., Suite 1800  
San Antonio, TX 78205  

Age Refining, Inc.  
110 Broadway, Suite 400  
San Antonio, Texas 78205  

Office of the U.S. Trustee  
615 E. Houston St., Ste. 553  
P.O. Box 1539  
San Antonio, TX 78295  

_____  
David S. Gragg

# EXHIBIT "A"

St. James Energy Operating, Inc.
Age Refining, Inc.
January 2010

1

| Date | Ticket | Trk/TLR | Gross | Net | Price | Amount | Dispatch |
|---|---|---|---|---|---|---|---|
| 1-Jan | 291171 | 157/043 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 1-Jan | 285038 | 175/006 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 1-Jan | 285039 | 175/006 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 1-Jan | 283839 | 448/047 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 2-Jan | 291173 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 2-Jan | 291175 | 157/043 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 3-Jan | 288005 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 3-Jan | 288007 | 157/043 | 190.00 | 187.59 | 73.7400 $ | 13,832.89 | Shell-Dilley |
| 4-Jan | 283845 | 448/047 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 4-Jan | 288009 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 5-Jan | 283847 | 448/047 | 185.10 | 182.75 | 73.7400 $ | 13,475.99 | Shell-Dilley |
| 6-Jan | 283849 | 448/047 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 7-Jan | 283851 | 448/047 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 7-Jan | 285050 | 175/006 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 8-Jan | 288330 | 448/047 | 180.10 | 177.82 | 73.7400 $ | 13,112.45 | Age-San Antonio |
| 8-Jan | 287632 | 478/027 | 180.10 | 177.82 | 73.7400 $ | 13,112.45 | Age-San Antonio |
| 8-Jan | 288331 | 448/047 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 8-Jan | 288015 | 157/045 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 8-Jan | 283853 | 448/047 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 9-Jan | 287633 | 478/027 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Age-San Antonio |
| 9-Jan | 288332 | 448/047 | 180.30 | 178.02 | 73.7400 $ | 13,127.19 | Plains-George West |
| 9-Jan | 288474 | 477/013 | 177.10 | 174.86 | 73.7400 $ | 12,894.18 | Plains-George West |
| 9-Jan | 288475 | 477/013 | 177.20 | 174.96 | 73.7400 $ | 12,901.55 | Plains-George West |
| 9-Jan | 288333 | 448/047 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 9-Jan | 288016 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 9-Jan | 288018 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 10-Jan | 287530 | 476/024 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 10-Jan | 287531 | 476/024 | 180.20 | 177.92 | 73.7400 $ | 13,119.82 | Plains-George West |
| 10-Jan | 288021 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 11-Jan | 290444 | 475/033 | 170.00 | 167.85 | 73.7400 $ | 12,377.26 | Shell-Dilley |
| 11-Jan | 288336 | 448/047 | 170.00 | 167.85 | 73.7400 $ | 12,377.26 | Shell-Dilley |
| 12-Jan | 288399 | 481/040 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 12-Jan | 288023 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 12-Jan | 290445 | 475/033 | 170.00 | 167.85 | 73.7400 $ | 12,377.26 | Shell-Dilley |
| 12-Jan | 288025 | 157/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 13-Jan | 288400 | 481/040 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 13-Jan | 287637 | 478/027 | 180.10 | 177.82 | 73.7400 $ | 13,112.45 | Plains-George West |
| 13-Jan | 287638 | 478/027 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 13-Jan | 288339 | 448/047 | 185.00 | 182.66 | 73.7400 $ | 13,469.35 | Shell-Dilley |
| 13-Jan | 288027 | 163/043 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Shell-Dilley |
| 14-Jan | 287639 | 478/027 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 14-Jan | 287640 | 478/027 | 180.60 | 178.31 | 73.7400 $ | 13,148.58 | Plains-George West |
| 14-Jan | 287054 | 11185/7304 | 189.10 | 186.70 | 73.7400 $ | 13,767.26 | Plains-George West |
| 15-Jan | 273198 | 11305/1311 | 189.90 | 187.49 | 73.7400 $ | 13,825.51 | Plains-George West |
| 15-Jan | 276389 | 11373/7307 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |
| 15-Jan | 287057 | 11185/7304 | 184.60 | 182.26 | 73.7400 $ | 13,439.85 | Plains-George West |
| 15-Jan | 273199 | 11305/1311 | 190.50 | 188.09 | 73.7400 $ | 13,869.76 | Plains-George West |
| 15-Jan | 276390 | 11373/7307 | 180.00 | 177.72 | 73.7400 $ | 13,105.07 | Plains-George West |

St. James Energy Operating, Inc.  
Age Refining, Inc.  
January 2010

2

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15-Jan | 273200 | 11305/1311 | 190.00 | 187.59 | 73.7400 | $ | 13,832.89 | Plains-George West |
| 15-Jan | 287055 | 11185/7304 | 187.00 | 184.63 | 73.7400 | $ | 13,614.62 | Shell-Dilley |
| 15-Jan | 290604 | 157/043 | 180.10 | 177.82 | 73.7400 | $ | 13,112.45 | Shell-Dilley |
| 15-Jan | 236280 | 11364/1309 | 190.10 | 187.69 | 73.7400 | $ | 13,840.26 | Shell-Dilley |
| 15-Jan | 287056 | 11185/7304 | 184.80 | 182.46 | 73.7400 | $ | 13,454.60 | Shell-Dilley |
| 15-Jan | 278334 | 11376/1284 | 200.40 | 197.86 | 73.7400 | $ | 14,590.20 | Shell-Dilley |
| 15-Jan | 236281 | 11364/1309 | 185.10 | 182.75 | 73.7400 | $ | 13,475.99 | Shell-Dilley |
| 20-Jan | 288091 | 243/001 | 180.10 | 177.82 | 73.7400 | $ | 13,112.45 | Plains-George West |
| 20-Jan | 288092 | 243/001 | 179.50 | 177.23 | 73.7400 | $ | 13,068.94 | Plains-George West |
| 21-Jan | 287039 | 481/040 | 73.20 | 72.27 | 73.7400 | $ | 5,329.19 | Age-San Antonio |
| 21-Jan | 288353 | 448/047 | 185.50 | 183.15 | 73.7400 | $ | 13,505.48 | Shell-Dilley |
| 22-Jan | 290450 | 475/033 | 180.10 | 177.82 | 73.7400 | $ | 13,112.45 | Plains-George West |
| 22-Jan | 290451 | 475/033 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Plains-George West |
| 22-Jan | 287355 | 157/043 | 185.00 | 182.66 | 73.7400 | $ | 13,469.35 | Shell-Dilley |
| 23-Jan | 287356 | 157/043 | 185.00 | 182.66 | 73.7400 | $ | 13,469.35 | Shell-Dilley |
| 24-Jan | 287358 | 157/043 | 185.00 | 182.66 | 73.7400 | $ | 13,469.35 | Shell-Dilley |
| 24-Jan | 231916 | 448/047 | 185.00 | 182.66 | 73.7400 | $ | 13,469.35 | Shell-Dilley |
| 25-Jan | 290727 | | 170.00 | 167.85 | 73.7400 | $ | 12,377.26 | Plains-George West |
| 25-Jan | 231918 | 448/047 | 185.00 | 182.66 | 73.7400 | $ | 13,469.35 | Shell-Dilley |
| 26-Jan | 287360 | 157/043 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Shell-Dilley |
| 28-Jan | 287900 | 477/013 | 180.10 | 177.82 | 73.7400 | $ | 13,112.45 | Plains-George West |
| 29-Jan | 287843 | 166/034 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Age-San Antonio |
| 29-Jan | 287901 | 477/013 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Plains-George West |
| 29-Jan | 287902 | 477/013 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Plains-George West |
| 29-Jan | 287372 | 157/043 | 190.00 | 187.59 | 73.7400 | $ | 13,832.89 | Plains-George West |
| 29-Jan | 289009 | 463/003 | 180.10 | 177.82 | 73.7400 | $ | 13,112.45 | Plains-George West |
| 31-Jan | 287998 | 244/025 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Plains-George West |
| 31-Jan | 287999 | 244/025 | 180.00 | 177.72 | 73.7400 | $ | 13,105.07 | Plains-George West |
| 31-Jan | 288000 | 244/025 | 180.00 | 179.01 | 73.7400 | $ | 13,200.20 | Plains-George West |
| | | | **13901.00** | **13726.26** | | **$** | **1,012,174.41** | |

St. James Energy Operating, Inc.
Age Refining, Inc.
February 2010

Price good through 02/21/2010

| Date | Ticket | Trk/TLR | Gross | Net | Price | Amount | Dispatch |
|---|---|---|---|---|---|---|---|
| 1-Feb | 287374 | 157/043 | 185.00 | 182.05 | 71.7379 $ | 13,059.88 | Shell-Dilley |
| 1-Feb | 288986 | 481/040 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 1-Feb | 288987 | 481/040 | 179.90 | 177.03 | 71.7379 $ | 12,699.76 | Plains-George West |
| 2-Feb | 231932 | 448/047 | 185.10 | 182.15 | 71.7379 $ | 13,067.06 | Shell-Dilley |
| 2-Feb | 288535 | 165/036 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 2-Feb | 288536 | 165/036 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 3-Feb | 288537 | 165/036 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 3-Feb | 288538 | 165/036 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 4-Feb | 288630 | 448/047 | 181.30 | 178.41 | 71.7379 $ | 12,798.76 | Plains-George West |
| 4-Feb | 288531 | 448/047 | 179.70 | 176.83 | 71.7379 $ | 12,685.41 | Shell-Dilley |
| 4-Feb | 289959 | 157/043 | 170.00 | 167.29 | 71.7379 $ | 12,001.03 | Shell-Dilley |
| 4-Feb | 289961 | 157/043 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 5-Feb | 289962 | 157/043 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 5-Feb | 289963 | 157/043 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Plains-George West |
| 5-Feb | 289964 | 157/043 | 180.00 | 177.13 | 71.7379 $ | 12,706.93 | Shell-Dilley |
| 5-Feb | 287085 | 11305/1309 | 5.10 | 5.02 | 71.7379 $ | 360.12 | Age-San Antonio |
| 5-Feb | 289967 | 157/043 | 172.20 | 169.45 | 71.7379 $ | 12,155.98 | Shell-Dilley |
| | | | 2878.30 | 2832.40 | | $ 203,190.38 | |