IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>AGE REFINING, INC.,<br><br>Debtor. | § § § § § § | CHAPTER 11 CASE<br><br>CASE NO. 10-50501 |

### NOTICE OF FILING MONTHLY FEE STATEMENT FOR
### CHAPTER 11 TRUSTEE FOR PERIOD ENDING FEBRUARY 28, 2011

PLEASE TAKE NOTICE OF THE FOLLOWING:

Pursuant to this Court's *Order on Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 146] entered on March 19, 2010, and the *Amended Order on Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* entered on September 8, 2010 [Docket No. 554], Eric J. Moeller, the Chapter 11 Trustee (the "Trustee"), hereby submits this Monthly Fee Statement for Period Ending February 28, 2011 (the "Monthly Fee Statement").

Dated: March 2, 2011

                                        Respectfully submitted,

                                        **LANGLEY & BANACK, INCORPORATED**
                                        745 E. Mulberry, Suite 900
                                        San Antonio, Texas 78212
                                        (210) 736-6600 Telephone
                                        (210) 735-6889 Telecopier

                                        _____
                                        DAVID S. GRAGG
                                        State Bar No. 08253300

                                        **GENERAL COUNSEL TO**
                                        **ERIC J. MOELLER, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 2nd day of March 2011, a true and correct copy of the *Notice of Filing of Trustee's Monthly Fee Statement for February 2011* was served by United States First Class Mail, postage prepaid, on the parties listed below.

| | |
|---|---|
| AGE Refining, Inc.<br>Attn: Lisa Trefger<br>7811 S. Presa Street<br>San Antonio, Texas 78223 | Office of the U.S. Trustee<br>Attn: Kevin Epstein<br>615 E. Houston, Suite 533<br>San Antonio, TX 78205 |
| Chase Capital Corporation<br>Attn: Toby Gerber<br>Fulbright & Jaworski, L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784 | <u>Counsel for Official Committee</u><br><u>of Unsecured Creditors</u><br>Michael G. Colvard<br>Martin & Drought<br>300 Convent St.<br>Bank of America Plaza, 25th Fl.<br>San Antonio, TX 78205-3789 |

                                                          */s/ David S. Gragg*
                                                     David S. Gragg

# LANGLEY & BANACK
### INCORPORATED
Attorneys and Counselors at Law

DAVID S. GRAGG
dgragg@langleybanack.com

March 2, 2011

AGE Refining, Inc.
c/o Lisa Trefger
7811 S. Presa Street
San Antonio, Texas 78223

Chase Capital Corporation
c/o Toby Gerber
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

Committee of Unsecured Creditors
c/o Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789

Office of the United States Trustee
Attn: Kevin Epstein
615 E. Houston, Suite 533
San Antonio, TX 78205

Re: *In re AGE Refining, Inc.*, Chapter 11 Bankruptcy Case No. 10-50501, pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (Chapter 11 Trustee / February 2011 Invoice)

Dear Counsel:

Pursuant to the *Order on Motion For Order Establishing Procedures For Interim Compensation and Reimbursement of Professionals* and as amended on September 8, 2010 [Docket Nos.146 and 554], please find enclosed the monthly statement for services rendered and expenses incurred by Eric J. Moeller as Chapter 11 Trustee for the period ending February 28, 2011.

Pursuant to the Interim Fee Order, the Notice Parties to whom this letter is addressed must file any objections to the attached fees and expenses before March 25, 2011.

If there are no objections, Mr. Moeller requests payment of 80% of his total fees and 100% of his total expenses as set forth in the attached statement.

If you have any questions regarding this statement, please contact me.

Sincerely yours,

David S. Gragg

Encl.

Circular 230 disclosure: Pursuant to Department of Treasury Circular 230, this correspondence is not intended or written to be used, and may not be used by the recipient, for the purposes of avoiding any federal tax penalty which may be asserted.

TRINITY PLAZA II • 745 EAST MULBERRY, STE 900
SAN ANTONIO, TEXAS 78212-3166 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

SAN ANTONIO • CARRIZO SPRINGS • EAGLE PASS

L & B 12836/0002_002/L0500229.DOC      MERITAS® LAW FIRMS WORLDWIDE

**Eric Moeller**
AGE Refining - Chapter 11 Trustee
ericjmoeller@gmail.com
(210) 531-3610 (office)
(210) 867-5192 (cell)

FOR SERVICES RENDERED AS TRUSTEE DURING FEBRUARY, 2011

BILLED PURSUANT TO THE July 6, 2010 ORDER APPROVING APPOINTMENT OF ERIC MOELLER AS CHAPTER 11 TRUSTEE

<u>Date</u>
FEBRUARY 1-28, 2011

| | |
|---|---|
| FEES | $55,000.00 |
| Less 20% Holdback | <$11,000.00> |
| EXPENSES | $0.00 |
| **TOTAL TO BE PAID NOW** | **$44,000.00** |

<u>Summary of Cumulative Unpaid Holdback Amounts</u>

| | |
|---|---|
| November 2010 | $11,000.00 |
| December 2010 | $11,000.00 |
| January 2011 | $11,000.00 |
| February 2011 | $11,000.00 |
| TOTAL HOLDBACK | $44,000.00 |