Expedited hearing shall be held on 3/4/2011 at 01:30 PM in SA Courtroom 1. Movant is responsible for notice.

**SO ORDERED.**

**SIGNED this 03rd day of March, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § § | CASE NO. 10-50501 |
| Debtor. | § § | |

### ORDER GRANTING EXPEDITED HEARING ON:

- Trustee's Motion to Modify Bid Procedures Order

- Motion Under Bankruptcy Rule 9019 to Approve Settlement and Release Agreement with Certain Insurers and Underwriters [Doc. No. 839]

- Motion Under Bankruptcy Rule 9019 to Approve Settlement and Release Agreement with Black & Veatch Corp. and Overland Contracting, Inc. [Doc. No. 845]

BEFORE THIS COURT ON THE ABOVE DAY, CAME ON TO BE CONSIDERED

the Motion to Expedite filed by Eric J. Moeller, Chapter 11 Trustee, seeking an expedited setting

on *(1) Trustee's Motion to Modify Bid Procedures Order; (2) Motion Under Bankruptcy Rule*

*9019 to Approve Settlement and Release Agreement with Certain Insurers and Underwriters*

*[Doc. No. 839]; and (3) Motion Under Bankruptcy Rule 9019 to Approve Settlement and Release Agreement with Black & Veatch Corp. and Overland Contracting, Inc. [Doc. No. 845].*

Upon the facts represented therein, this Court finds that the Motion to Expedite is well-taken and should be and hereby is **GRANTED**; it is therefore

**ORDERED** that the above three Motions be set for hearing on Friday, March 4, 2011 at 1:30 p.m. before the Honorable Leif M. Clark, United States Bankruptcy Court, Post Office Building and Courthouse, 615 E. Houston Street, Courtroom No. 1, Third Floor, San Antonio, Texas 78205; it is further

**ORDERED** that the Trustee shall be responsible for notice of the expedited hearing.

# # #

Submitted by:

David S. Gragg
State Bar No. 08253300
Steven R. Brook
State Bar No. 03042300
Allen M. DeBard
State Bar No. 24065132
Natalie Wilson
Hawaii 8852 Admitted *pro hac vice*

Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600

**GENERAL COUNSEL TO
ERIC J. MOELLER, CHAPTER 11 TRUSTEE**