**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11 Case** |
| **AGE REFINING, INC.,** | § | |
| | § | |
| **Debtor.** | § | **Case No. 10-50501** |
| _____ | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON MARCH 4, 2011 AT 1:30 P.M.**

NOW COMES Eric J. Moeller, the Chapter 11 Trustee, and  hereby submits this *Witness and Exhibit List* for the hearing to be held on March 4, 2011 at 1:30 p.m. on

● . Motion Under Bankruptcy Rule 9019 to Approve Settlement and Release Agreement with Black & Veatch Corp. and Overland Contracting, Inc. [Doc. No. 845]

● . Motion Under Bankruptcy Rule 9019 to Approve Settlement and Release Agreement with Certain Insurers and Underwriters [Doc. No. 839]

● . Trustee's Motion to Modify Bid Procedures Order [Doc. No. 847]

**WITNESSES**

1.  Eric J. Moeller, Chapter 11 Trustee [direct testimony to be given by proffer]
2.  Lisa Trefger, CPA, Director of Business Administration and Regulatory Affairs for the Debtor
3.  Michael Schmidt and/or Jenna Wittig of Global Hunter Securities

The Trustee reserves the right to call any witnesses designated by any other party, as well as call witnesses as required to rebut the testimony of any witness.

**EXHIBITS**

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|
| 1. | Settlement and Release Agreement with Overland Contracting, Inc. and Black & Veatch Corp. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2. | Release and Settlement Agreement with Certain Insurers and Underwriters | | | | | | |
| 3. | Order Granting Motion Under Bankruptcy Rule 9019 and Approving the Settlement and Release Agreement with Black & Veatch Corporation and Overland Contracting, Inc. | | | | | | |
| 4. | Order Granting Motion Under Bankruptcy Rule 9019 and Approving the Settlement and Release Agreement with Certain Insurers and Underwriters | | | | | | |
| 5. | STG Settlement Summary dated 3/3/2011 | | | | | | |
| 6. | Proposed Modified Bid Procedures | | | | | | |

The Trustee reserves the right to introduce any exhibit designated by any other party in interest.

The Trustee further reserves the right to supplement or amend this list or introduce any evidence necessary for rebuttal.

Dated: March 4, 2011

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED

Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889

By:      */s/ David S. Gragg*
     DAVID S. GRAGG
     Texas State Bar No. 08253300
     STEVEN R. BROOK
     Texas State Bar No. 03042300
     NATALIE WILSON
     Hawaii 8852 *Admitted pro hac vice*

GENERAL COUNSEL FOR ERIC J. MOELLER,CHAPR 11 TRUSTEE

2