# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 10–50501–lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Age Refining, Inc** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **3/4/2011** was filed on **3/21/2011**. The following deadlines apply:

The parties have until **March 28, 2011** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **April 11, 2011**.

If a request for redaction is filed, the redacted transcript is due **April 21, 2011**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 20, 2011** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Federal Court Reporters of San Antonio, Darla Messina, (210) 340–6464**, or you may view the document at the clerk's office public terminal.

Dated: 3/22/11

George D. Prentice II
Clerk, U. S. Bankruptcy Court
BY: Maria T. Esquivel

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]