UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-50501-lmc |
| | § | |
| AGE REFINING, INC., | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 CASE |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Warren, Drugan & Barrows, P.C. files its NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION.

1. Warren, Drugan & Barrows, P.C. has been retained as counsel for Texas Crane Services, a creditor of the Debtor.

2. As counsel for Texas Crane Services, Warren, Drugan & Barrows, P.C. is entitled to receive notice of any and all matters filed in this bankruptcy proceeding, including, but not limited to, contested matters and adversary proceedings, irrespective of whether Texas Crane Services is listed as a party to those particular proceedings.

3. Warren, Drugan & Barrows, P.C. requests that all pleadings and all notices given regarding the above-referenced case in any contested matters or adversary proceedings be sent to the following address:

Sam Drugan
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215

WHEREFORE, PREMISES CONSIDERED, Warren, Drugan & Barrows, P.C. respectfully requests that it be included on the mailing matrix to receive notice of all matters and proceedings filed in the above-captioned bankruptcy matter and that copies of any and all pleadings and notices given regarding any adversary proceeding be sent to Warren, Drugan & Barrows, P.C.

Warren, Drugan & Barrows, P.C.
*Attorneys for Plaintiff*
800 Broadway
San Antonio, Texas 78215
(210) 226-4131

By: _____
Sam Drugan
State Bar No. 06136200

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____ day of March, 2011, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION was served in accordance with applicable rules of the Bankruptcy procedure upon the Debtor, the Debtor's attorney, and the U.S. Trustee, the twenty (20) largest unsecured creditors or all members of court-appointed committee(s) and their respective attorneys, and all parties requesting notices; all as set forth and limited on the attached mailing list.

    Service in compliance with Local Rule 9013(d), if applicable, has been accomplished.

    */s/ Sam Drugan*
Sam Drugan