# IN RE AGE REFINING, INC.

## Limited Service List

| | | |
|---|---|---|
| Age Refining, Inc.<br>Attn: Lisa Trefger<br>7811 S. Presa Street<br>San Antonio, TX 78223 | **Special Counsel for Trustee**<br>Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX 75270<br>mandrews@coxsmith.com<br>akaufman@coxsmith.com | Office of the U.S. Trustee<br>615 E. Houston, #533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | **Chief Restructuring Officer of Debtor**<br>FTI Consulting, Inc<br>Albert S. Conly<br>2001 Ross Ave, #400<br>Dallas, TX 75201<br>fax: 214-397-1790<br>albert.conly@fticonsulting.com | **Special Counsel to Debtor**<br>Lee H. Shidlofsky<br>Visser Shidlofsky LLP<br>7200 N. Mopac Expwy, #430<br>Austin, Texas 78731<br>lee@vsfirm.com |
| Eric Moeller<br>Chapter 11 Trustee<br>ericjmoeller@gmail.com | **Counsel to Chapter 11 Trustee**<br>David S. Gragg<br>Langley & Banack, Inc<br>Trinity Plaza II<br>745 E Mulberry, Suite 900<br>San Antonio, TX 78212<br>dgragg@langleybanack.com | |

### SECURED CREDITORS

| | | |
|---|---|---|
| Chase Capital Corporation<br>Attn: W. Robert Felker<br>10 S. Dearborn St., #IL1-5048<br>Chicago, IL 60603 | **Counsel for Chase Capital Corporation**<br>Fulbright & Jaworski, LLP<br>Attn: Toby L. Gerber<br>2200 Ross Ave., #2800<br>Dallas, TX 75201-2784<br>fax: 214-855-8200<br>tgerber@fulbright.com | JP Morgan Chase Bank, N.A.<br>Attn: Courtney J. Jeans<br>2200 Ross Ave., 9th Fl<br>Dallas, TX 75201 |
| **Counsel for JP Morgan Chase Bank, N.A.**<br>Vinson & Elkins, LLP<br>Attn: William L. Wallander<br>Trammell Crow Center<br>2001 Ross Ave., #3700<br>Dallas, TX 75201-2975<br>fax: 214-999-7905<br>bwallander@velaw.com | | |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| Big Star Gathering, LLP<br>Attn: James L. Jensen<br>11177 Eagle View Dr., #150<br>Sandy, UT  84092<br>fax: 801-576-1154<br>james@stjamesenergy.com | dii Industries Services, LLC<br>Attn: Marc D. Moroux<br>600 Jefferson Street, Suite 1400<br>Lafayette, LA 70501<br>291-7437 Fax<br>mmoroux@morenoenergy.com | T-C Oil Company<br>Attn: Bland Proctor<br>427 FM 774<br>Refugio, TX  78377<br>fax: 361-576-6890<br>b.proctor@oconnorbraman.net |

**Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

## TWENTY LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Cindy Campbell<br>Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX  78223-3547 | American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | City Public Service<br>P.O. Box 2678<br>San Antonio, TX  78289-0001 |
| Dresser Rand<br>P.O. Box 7247-6149<br>Philadelphia, PA  19170-6149 | Gaither Petroleum Corporation<br>18000 Groschke Rd, Bldg A1<br>Houston, TX  77084 | Aurelie Magnuson<br>Genesis Crude Oil LP<br>919 Milam, #2100<br>Houston, TX  77002 |
| Juanita Proctor<br>Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX  77001-0844 | Killam Oil Co. Ltd.<br>P.O. Box 499<br>Laredo, TX  78042-0499 | Legend Natural Gas II, LP<br>410 W. Grand Pwky South, #400<br>Katy, TX  77494 |
| O.G.O. Marketing LLC<br>4560 Salt Flat Rd.<br>Luling, TX  78648 | Bob Frendt<br>Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO  64180-3823 | Plains Marketing LP<br>Attn: Legal Dept.<br>P.O. Box 4648<br>Houston, TX  77210 |
| Repcon, Inc.<br>P.O. Box 9316<br>Corpus Christi, TX  78469 | SemCrude, LP<br>Two Warren Pl.<br>Tulsa, OK  74136-4216 | Donald Gormley<br>Shell Trading (US) Company<br>Two Houston Center<br>909 Fannin Street<br>Houston TX  77010-1014 |
| James Jensen<br>St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT  84092 | Jim Devlin<br>Suemaur Exploration<br>802 N. Carancahua, #1000<br>Corpus Christi, TX  78470 | Jane Helm<br>Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX  78426-0784 |
| T-C Oil Company<br>P.O. Box 2549<br>Victoria, TX  77902 | Trammo Petroleum<br>1111 Bagby, #1920<br>Houston, TX  77002 | |

{L & B 12836/0001/L0453507.DOC}
2864923.12

## GOVERNMENT AND REGULATORY AGENCIES

| | | |
|---|---|---|
| Defense Energy Support Center<br>Attn: Matthew Shuster, Contracting Ofcr.<br>8725 John J. Kingman Rd., #4950<br>Fort Belvoir, VA 22060 | Caroline Chien<br>Assistant Counsel<br>Defense Energy Support Center<br>8725 John J. Kingman Rd, #1565<br>Fort Belvoir, VA 22060-6222<br>fax: 703-767-5022<br>Caroline.Chien@dla.mil | EPA Washington Acctg Operations<br>Fountain Place 12th Fl., #1200<br>1445 Ross Ave.<br>Dallas, TX 75202-2733 |
| HUBZone Empowerment Contracting Prog<br>US Small Business Admin<br>405 3rd St., SW<br>Washington, DC 20416 | Railroad Commission of TX<br>Oil & Gas Division<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Railroad Commission of Texas<br>1701 N. Congress Ave.<br>Austin, TX 78711 |
| TCEQ<br>14250 Judson Rd.<br>San Antonio, TX 78233-4480 | Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 | Texas Dept. of Licensing & Regulations<br>P.O. Box 12157<br>Austin, TX 78711 |
| TX Dept. of State Health Services<br>Asbestos Notification Program<br>P.O. Box 149347<br>Austin, TX 78714-9347 | TXDOT<br>Aviation Division<br>P.O. Box 5020<br>Austin, TX 78763-5020 | TX Dept. of State Health Services<br>P.O. Box 12190<br>Austin, TX 78711-2190 |
| Texas State Board of Public Accts<br>333 Guadalupe<br>Tower III, #900<br>Austin, TX | Texas State Comptroller<br>111 E 17th St.<br>Austin, TX 78774-0100 | Texas Enterprise Zone<br>Aaron Demerson, Ofc of Governor<br>Economic Dev. & Tourism<br>P.O. Box 12428<br>Austin, TX 78711 |
| US Department of Labor<br>Occupational Safety & Health Admin.<br>800 Dolorosa St., #203<br>San Antonio, TX 78207-4561 | U.S. Department of Labor<br>Occupation Safety & Health Adm<br>San Antonio District Office<br>Washington Square Blvd, #203<br>800 Dolorosa Street<br>San Antonio, TX 78207-4559 | Texas State Comptroller<br>Unclaimed Property Division<br>P.O. Box 12019<br>Austin, TX 78711-2019 |
| US Treasury<br>Defense Energy Support<br>8725 John Kingman Rd., #4950<br>Fort Belvoir, VA 22060-6222 | U. S. Dept of Transportation<br>Hazardous Materials Registration<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Gary W. Wright<br>Assistant United States Attorney<br>601 N.W. Loop 410, #600<br>San Antonio, TX 78216<br>Fax: (210) 384-7358<br>gary.wright@usdoj.gov |

**NOTICES OF APPEARANCE**

| | | |
|---|---|---|
| Truth Resources LLP<br>William W. Cason<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084<br>fax: 281-994-5410<br>bcason@apxww.com | Killam Oil Co., Ltd. and Texpata Pipeline<br>c/o Patrick H. Autry<br>Nunley Jolley Cluck Aelvoet LLP<br>1580 South Main St., #200<br>Boerne, TX 78006<br>fax: 830-816-3388<br>Email: pautry@texastriallaw.com | Comptroller of Public Accounts<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>fax: 512-482-8341<br>bk-jstarks@oag.state.tx.us |
| Suemaur Exploration and Production<br>c/o Scott J. Duncan<br>Porter Rogers Dahlman & Gordon, PC<br>800 N. Shoreline Blvd., #800S<br>Corpus Christi, TX 78401<br>fax: 361-880-5844<br>sduncan@prdg.com | Suemaur Exploration and Production, LLC<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205<br>fax: 210-227-1035<br>jwharris@johnwharrislaw.com | M. Frank Russell<br>312 Westover Rd.<br>San Antonio, TX 78209<br>mfrussell777@att.net |
| Overland Contracting, Inc.<br>c/o Rhett G. Campbell<br>Mitchell E. Ayer<br>Thompson & Knight LLP<br>333 Clay St., #3300<br>Houston, TX 77002<br>fax: 713-654-1871<br>Rhett.Campbell@tklaw.com<br>Mitchell.Ayer@tklaw.com | T-C Oil Company<br>c/o Richard T. Chapman<br>Anderson, Smith, Null & Stofer, L.L.P.<br>One O'Connor Plaza, 7th Floor<br>P.O. Box 1969<br>Victoria, TX 77902<br>fax: 361-573-5288<br>rchapman@andersonsmith.com | Plains All American Pipeline<br>c/o Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>412 E. Washington Ave.<br>Navasota, TX 77868<br>pwp@pattiprewittlaw.com |
| Plains All American Pipeline<br>c/o Andrew M. Caplan<br>Weycer Kaplan Pulaski & Zuber, PC<br>11 Greenway Plaza, #1400<br>Houston, TX 77046<br>acaplan@wkpz.com | Enduring Resources, LLC<br>c/o Randall L. Rouse<br>Lynch, Chappell & Alsup<br>300 North Marienfeld, #700<br>Midland, Texas 79701-4345<br>fax: 432-683-2587<br>rrouse@lcalawfirm.com | Gulfmark Energy, Inc.<br>c/o Michael S. Holmes, Esq.<br>Michael S. Holmes, P.C.<br>8100 Washington Ave., #120<br>Houston, TX 77007<br>fax: 713-956-6284<br>msholmes@cowgillholmes.com |
| Albert Glen Gonzalez<br>c/o Ronald Hornberger<br>Plunkett & Gibson, Inc.<br>70 NE Loop 410, #1100<br>San Antonio, TX 78216<br>fax: 210-734-0379<br>hornbergerr@plunkett-gibson.com | Bexar County<br>c/o David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, #300<br>San Antonio, TX 78205<br>fax: 210-225-6410<br>sanantonio.bankruptcy@publicans.com | Polaris Engineering<br>Polaris Construction<br>c/o Mike F. Pipkin<br>Sedgwick Detert Moran & Arnold LLP<br>1717 Main St., #5400<br>Dallas, TX 75201<br>fax: 469-227-8004<br>mike.pipkin@sdma.com |
| Diane Prier<br>8312 Ridgelea St.<br>Dallas, TX 75209-2626<br>fax: 214-350-7938<br>dprier@tx.rr.com | Taylor Central Appraisal District<br>c/o Lee Gordon<br>McCreary Veselka Bragg & Allen PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>fax: 512-323-3205<br>lgordon@mvbalaw.com | Nueces County and Live Oak CAD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>fax: 512-443-5114<br>Austin.bankruptcy@publicans.com |

{L & B 12836/0001/L0453507.DOC}
2864923.12

| | | |
|---|---|---|
| Jeffrey A. Shadwick<br>Andrews Myers Coulter & Hayes<br>3900 Essex Ln., #800<br>Houston, TX  77027<br>fax: 713-850-4211<br>jshadwick@lawamc.com | Ryan, Inc.<br>c/o Bruce W. Akerly<br>Cantey Hanger, LLP<br>1999 Bryan St., #3300<br>Dallas, TX  75201<br>fax: 214-978-4150<br>bakerly@canteyhanger.com | El Paso Corporation<br>Attn: Michael J. McGinnis<br>1001 Louisiana, #1540B<br>Houston, TX  77002<br>fax: 713-420-6060<br>Michael.j.mcginnis@elpaso.com |
| IKON Financial Services<br>Attn: Maie Griner, Recovery Data Coordinator<br>Bankruptcy Administration<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA  31208-3708 | Mitsubishi Corporation<br>c/o Charles S. Kelley and Andres Romay<br>Mayer Brown LLP<br>700 Louisiana St., #3400<br>Houston, TX  77002-2730<br>fax: 713-238-4634<br>ckelley@mayerbrown.com<br>aromay@mayerbrown.com | Mitsubishi Corporation<br>c/o Andrew D. Shaffer<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019<br>fax: 212-849-5828<br>ashaffer@mayerbrown.com |
| Shell Trading (US) Company<br>c/o Paul B. Turner<br>Sutherland Asbill & Brennan LLP<br>Two Houston Center<br>909 Fannin, #2200<br>Houston, TX  77010<br>fax: 713-654-1301<br>paul.turner@sutherland.com | Shell Trading (US) Company<br>c/o Mark D. Sherrill<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Ave., NW<br>Washington, DC  20004<br>fax: 202-637-3593<br>mark.sherrill@sutherland.com | Dynamic Industries, Inc.<br>c/o Erica N. Beck<br>Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.<br>201 St. Charles Ave., #5100<br>New Orleans, LA  70170<br>fax: 504-589-8336<br>ebeck@joneswalker.com |
| Landcoast Insulation, Inc.<br>c/o Mark D. Goranson<br>GoransonKing, PLLC<br>550 Westcott, #415<br>Houston, TX  77007<br>fax: 713-526-9202<br>goranson@goransonking.com | Superior Crude Gathering and Bay, Ltd.<br>c/o Ronald A. Simank<br>Schauer & Simank, PC<br>615 N. Upper Broadway, #2000-MSC-159<br>Corpus Christi, TX  78477<br>fax: 361-884-2822<br>rsimank@cctxlaw.com | TCEQ<br>c/o E. Stuart Phillips<br>Assistant Attorney General<br>The Texas Attorney General's Office<br>P.O. Box 12548, MC-008<br>Austin, TX  78711-2548<br>fax: 512-482-8341<br>stuart.phillips@oag.state.tx.us |
| Glen Gonzalez and<br>AGE Transportation, Inc.<br>c/o Eric J. Taube and Morris D. Weiss<br>Hohmann Taube & Summers LLP<br>100 Congress Ave., 18th Fl.<br>Austin, TX  78701<br>erict@hts-law.com | SemCrude, L.P.<br>c/o Andrew R. Turner<br>CONNER & WINTERS, LLP<br>4000 One Williams Center<br>Tulsa, OK  74172-0148<br>fax (918) 586-8672<br>aturner@cwlaw.com | SemCrude, L.P.<br>c/o Bryan J. Wells<br>CONNER & WINTERS, LLP<br>1700 One Leadership Square<br>211 North Robinson<br>Oklahoma City, OK  74102-7101<br>fax (405) 232-2695 |
| Big Star LLP / Saint James Energy Operating, Inc.<br>c/o Robert K. Sugg<br>Oppenheimer, Blend, Harrison & Tate, Inc<br>711 Navarro, Sixth Floor<br>San Antonio, TX  78205<br>210 224 7540 (fax)<br>rsugg@obht.com. | Magnatex Pumps, Inc.<br>c/o John P. Melko<br>Gardere Waynne Sewell LLP<br>1000 Louisiana, #3400<br>Houston, TX  77002-5011<br>713 276 6727 (fax)<br>jmelko@gardere.com | Harlin Womble<br>Jordan, Hyden Womble<br>Culbreth & Holzer, P.C.<br>500 North Shoreline Dr. #900<br>Corpus Christi, TX 78471<br>hwomble@jhwclaw.com |

Harry P. Susman
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
hsusman@susmangodfrey.com

Mark A. Mintz
Jones Walker Waechter
Poitevent Carrere & Denegre LLP
201 St. Charles Ave. 49th Floor
New Orleans, LA 70170-5100

Sam Drugan
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215

{L & B 12836/0001/L0453507.DOC}
2864923.12