IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
|---|---|---|
| | § | CHAPTER 11 CASE-LMC |
| AGE REFINING, INC., | § | |
| | § | CASE NO. 10-50501 |
| Debtor. | § | |
| | § | |

## NOTICE TO ALL PARTIES IN INTEREST

Please be advised that the following two Motions were filed on April 1, 2011. These Motions relate to the sale of the Debtor's Refinery assets (there are certain assets belonging to the Bankruptcy Estate which are not being sold).

A hearing has been set on the Motion to Sell for Monday, April 11, 2011 at 2:00 p.m. in San Antonio, Texas. If you would like additional information regarding this please note that copies of the Motions can be obtained from Pacer or by contacting Allen DeBard of this office at the address below.

1. [Doc. No. 879] *Trustee's Motion for Entry of Order Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Outside the Ordinary Course of Business;* and

2. [Doc. No. 880] *Motion to Expedite Motion for Entry of Order Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Outside the Ordinary Course of Business;*

**SET FOR:** Monday, April 11, 2011 at 2:00 P.M. (Central)

**LOCATION:** United States Bankruptcy Court, Post Office and Courthouse,
615 E. Houston Street, Courtroom No. 1, Third Floor,
San Antonio, Texas 78205

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). The Telephonic Appearance Instructions are attached as Exhibit "A".

Dated: April 5, 2011

Respectfully submitted,

**LANGLEY & BANACK, INCORPORATED**
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Telecopier

By: _____
DAVID S. GRAGG
State Bar No. 08253300
STEVEN R. BROOK
State Bar No. 03042300
ALLEN DeBARD
State Bar No. 24065132
NATALIE WILSON
Hawaii Bar No. 8852 *Admitted Pro Hac Vice*

**GENERAL COUNSEL TO ERIC J. MOELLER THE CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of April, 2011, a true and correct copy of the foregoing NOTICE was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and/or by First Class Mail upon the parties on the Debtor's entire mailing matrix.

_____
David S. Gragg

# EXHIBIT "A"

## COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall. The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.