**MOR-1**

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | Age Refining, Inc. |
| CASE NUMBER: | 10-50501-lmc-11 |
| PROPOSED PLAN DATE: | |
| PETITION DATE: | 02/08/10 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | San Antonio |

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH

YEAR 2011

| MONTH | February | March | April | May | June | July | August | September | October | November | December | Jan-11 | Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 15,231,145.00 | 29,960,148.00 | 31,742,144.00 | 15,256,162.00 | 9,550,867.00 | 5,369,907.00 | 17,119,231.00 | 20,217,015.00 | 29,691,683.00 | 30,290,186.00 | 31,919,689.00 | 22,977,018.00 | 30,752,590.00 |
| INCOME BEFORE INT, DEPREC/TAX (MOR-6) | -2,145,590.00 | 2,003,383.00 | -1,778,921.00 | -3,558,875.00 | -1,383,448.00 | -1,098,159.00 | -1,855,191.00 | -3,226,304.00 | -1,600,729.00 | -3,401,229.00 | 411,307.00 | -1,315,833.00 | 2,081,098.00 |
| DEPRECIATION (MOR-6) | -3,027,812.00 | 72,398.00 | -2,620,247.00 | -4,458,861.00 | -2,230,614.00 | -2,058,838.00 | -3,033,597.00 | -4,382,183.00 | -2,753,215.00 | -4,324,393.00 | -207,325.00 | -2,055,656.00 | 1,341,943.00 |
| NET INCOME (LOSS) (MOR-6) | 36,444.14 | 47,656.74 | 45,725.04 | 49,076.50 | 46,336.34 | 62,068.19 | 23,088.00 | 20,515.88 | 20,515.88 | 20,500.75 | 34,153.34 | 19,430.58 | 18,918.96 |
| PAYMENTS TO INSIDERS (MOR-9) | 581,133.00 | 137,938.28 | 362,564.92 | 1,029,914.96 | 283,801.95 | 160,276.02 | 701,072.00 | 135,042.00 | 198,712.65 | 1,074,347.09 | 1,332,577.63 | 290,813.80 | 515,073.89 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | | | | | | | | 61,556,498.26 |
| TOTAL DISBURSEMENTS (MOR-8) | 22,552,642.82 | 15,048,919.19 | 30,935,694.00 | 29,246,170.42 | 9,643,740.49 | 10,260,449.46 | 16,284,594.69 | 40,235,923.90 | 53,012,081.62 | 71,529,088.44 | 64,796,005.46 | 57,096,810.87 | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes No |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes No |
| Have all tax returns and other required government filings been timely paid? | | Yes No |
| Have any pre-petition liabilities been paid? | | Yes No |
| If so, describe *Various pre-petition amounts pursuant to orders approved by the Court* | | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | | Yes No |
| Were any assets disposed of outside the normal course of business? | | Yes No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes |
| What is the status of your Plan of Reorganization? *Plan must be filed by 3/31/10* | | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED: [signature]
(ORIGINAL SIGNATURE)
TITLE: Chapter 11 Trustee

PRINT NAME OF SIGNATORY: Eric J. Moeller

DATE: _____

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | | EXP. DATE |
|---|---|---|---|
| CASUALTY | YES X | NO | 06/30/11 |
| LIABILITY | YES X | NO | 05/01/11 |
| VEHICLE | YES X | NO | 05/01/11 |
| WORKERS | YES X | NO | 05/01/11 |
| OTHER | YES X | NO | 05/01/11 |

| | |
|---|---|
| ATTORNEY NAME: | Allen M. DeBard |
| FIRM NAME: | Langley & Banack |
| ADDRESS: | 745 East Mulberry, Ste 900 |
| CITY, STATE, ZIP: | San Antonio, TX 78212 |
| TELEPHONE/FAX: | 210-736-6600 / 210-735-6889 |

INITIALS _____ DATE _____

UST USE ONLY

MOR-1                                       Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 2/8/10 | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | | | |
| Cash | $17,053,065 | $9,533,429 | $15,464,429 | $17,000,204 | $2,384,003 | $1,808,192 | $584,543 | $774,850 | $265,257 | $2,809,283 | $1,949,919 | $2,338,286 | $1,634,752 | $2,498,205 |
| Accounts Receivable, Net | $13,655,093 | $2,314,089 | $11,653,467 | $10,268,540 | $10,504,164 | $9,881,269 | $5,330,026 | $12,537,079 | $15,941,068 | $19,491,122 | $16,001,309 | $15,863,446 | $15,636,383 | $17,428,484 |
| Inventory - Lower of Cost or Market | $7,933,226 | $6,629,510 | $10,324,160 | $13,206,821 | $10,853,280 | $8,885,669 | $8,297,445 | $11,881,011 | $13,745,313 | $10,411,236 | $8,763,718 | $9,302,223 | $12,793,656 | $9,856,425 |
| Prepaid Expenses | $692,740 | $667,590 | $494,522 | $379,477 | $655,082 | $672,394 | $2,376,638 | $2,207,884 | $1,979,359 | $1,764,389 | $1,547,281 | $1,337,904 | $1,116,142 | $896,241 |
| Investments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL CURRENT ASSETS | $3,036,913 | $3,563,963 | $5,297,019 | $5,282,416 | $5,916,576 | $5,647,622 | $6,430,585 | $6,702,246 | $6,822,119 | $4,974,521 | $5,594,806 | $6,730,125 | $7,237,476 | $8,148,927 |
| OTHER CURRENT ASSETS | $42,371,038 | $22,708,580 | $43,233,597 | $46,137,458 | $30,313,105 | $26,895,246 | $23,019,237 | $34,103,070 | $38,753,116 | $39,450,551 | $33,857,033 | $35,571,984 | $38,418,409 | $38,828,282 |
| TOTAL CURRENT ASSETS | $103,518,975 | $103,570,453 | $103,790,044 | $103,919,011 | $103,998,833 | $104,026,040 | $104,118,226 | $104,136,728 | $104,270,030 | $104,477,446 | $104,555,502 | $104,718,494 | $104,822,832 | $105,067,482 |
| PROPERTY, PLANT & EQUIP. @ COST | $11,754,019 | $12,099,925 | $12,762,174 | $13,220,935 | $13,697,130 | $14,156,049 | $14,614,583 | $15,071,367 | $15,527,833 | $15,984,169 | $16,440,134 | $16,895,769 | $17,350,819 | $17,805,197 |
| Accumulated Depreciation | $91,764,955 | $91,470,528 | $91,027,870 | $90,698,076 | $90,301,703 | $89,869,991 | $89,503,643 | $89,065,361 | $88,742,197 | $88,493,277 | $88,115,368 | $87,822,725 | $87,472,013 | $87,262,285 |
| NET BOOK VALUE OF PP & E | | | | | | | | | | | | | | |
| OTHER ASSETS | | | | | | | | | | | | | | |
| Deposits and Other L-T Assets | $626,406 | $1,771,775 | $2,613,818 | $743,251 | $682,342 | $621,432 | $560,523 | $499,614 | $438,704 | $527,755 | $526,845 | $426,474 | $325,153 | $245,492 |
| Advances to Stockholders | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 | $17,630 |
| TOTAL ASSETS | $134,780,029 | $115,968,513 | $136,892,915 | $137,596,415 | $121,314,780 | $117,404,299 | $113,101,033 | $123,685,675 | $127,951,647 | $128,489,213 | $122,516,876 | $123,838,813 | $126,233,205 | $126,353,689 |

* Differs slightly from Schedules and Statement of Affairs due to cash balance sources (bank balance versus general ledger balance)

MOR-2

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 2/8/10 | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $3,706,895 | $29,004,425 | $32,704,474 | $21,986,606 | $16,159,329 | $15,902,678 | $29,520,917 | $38,169,070 | $43,559,744 | $37,428,289 | $38,766,542 | $42,763,818 | $43,183,881 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | | | |
| Notes Payable - Secured | $39,688,889 | $39,688,889 | $39,688,889 | $40,820,942 | $41,102,738 | $45,224,775 | $42,044,746 | $42,471,482 | $42,471,482 | $42,471,481 | $44,442,380 | $44,633,389 | $45,086,161 | $45,498,294 |
| Priority Debt | $1,670,035 | $1,279,321 | $1,134,861 | $1,134,861 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 | $1,093,025 |
| Federal Income Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FICA/Withholding | -$6 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Unsecured Debt | $36,520,713 | $17,046,599 | $12,745,309 | $11,237,176 | $9,891,995 | $9,917,685 | $11,109,939 | $11,109,939 | $11,109,939 | $11,109,939 | $11,109,939 | $11,109,939 | $11,109,939 | $11,109,939 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL PRE-PETITION LIABILITIES | $77,879,632 | $58,014,809 | $53,569,059 | $53,192,979 | $52,087,759 | $56,235,485 | $54,247,710 | $54,247,710 | $54,247,710 | $54,247,710 | $56,645,344 | $56,836,353 | $57,289,125 | $57,701,258 |
| **TOTAL LIABILITIES** | $77,879,632 | $61,721,704 | $82,573,485 | $85,897,454 | $74,074,365 | $72,394,814 | $70,150,388 | $83,768,627 | $92,416,780 | $97,807,454 | $94,073,633 | $95,602,895 | $100,052,943 | $100,887,139 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | | |
| PREFERRED STOCK | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| COMMON STOCK | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 | $19,607 |
| ADDITIONAL PAID-IN CAPITAL | -$57,894,897 | -$57,894,897 | -$57,891,717 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 | -$57,894,897 |
| RETAINED EARNINGS: Filing Date | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 | $114,775,687 |
| RETAINED EARNINGS: Post Filing Date | -$2,653,588 | -$2,584,150 | -$5,201,437 | -$9,659,982 | -$11,890,913 | -$13,949,750 | -$16,983,349 | -$21,365,530 | -$26,218,639 | -$28,457,154 | -$28,664,479 | -$30,720,134 | -$31,433,846 | |
| TOTAL OWNERS EQUITY (NET WORTH) | $56,900,397 | $54,246,809 | $54,319,427 | $51,698,960 | $47,240,415 | $45,009,484 | $42,950,647 | $39,917,048 | $35,534,867 | $30,681,758 | $28,443,243 | $28,235,918 | $26,180,263 | $25,466,551 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $134,780,029 | $115,968,513 | $136,892,912 | $137,596,414 | $121,314,780 | $117,404,298 | $113,101,035 | $123,685,675 | $127,951,647 | $128,489,212 | $122,516,876 | $123,838,813 | $126,233,206 | $126,353,690 |

MOR-3

* Differs slightly from Schedules and Statement of Affairs
Note: MOR-6 is for the full month of February

Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 727,167.32 | 27,913,347.80 | 30,978,595.33 | 20,574,205.74 | 14,991,692.84 | 14,915,431.04 | 28,219,745.02 | 35,594,774.60 | 40,730,706.63 | 33,868,315.82 | 37,038,937.48 | 41,268,307.82 | 41,449,031.82 |
| TAX PAYABLE | | | | | | | | | | | | | |
| Federal Payroll Taxes | 54,413.25 | 4,356.00 | -286.00 | -244.00 | -593.00 | -19.00 | -1,544.00 | -8,599.00 | -190.00 | 87.00 | 561.00 | 3,078.00 | 50,622.00 |
| State Payroll Taxes | 3,119.01 | 12,274.00 | 12,705.00 | -216.00 | 16.00 | 395.00 | -224.00 | -146.00 | -381.00 | 318.00 | 1,585.00 | 12,316.00 | 15,813.00 |
| Ad Valorem Taxes | -15,353.82 | 98,714.15 | 212,783.15 | 570,342.00 | 677,988.66 | 333,677.00 | 447,735.00 | 561,803.00 | 675,872.00 | 789,940.00 | 695,793.95 | 57,983.00 | 115,966.00 |
| Other Taxes | -7,617.51 | 132,943.82 | 194,844.82 | 158,595.00 | 43,155.00 | 169,404.00 | 125,128.00 | 341,986.00 | 736,223.00 | 1,095,882.00 | 570,972.00 | 557,724.00 | 564,293.00 |
| | 34,560.93 | 248,287.97 | 420,046.97 | 728,477.00 | 720,566.66 | 503,457.00 | 571,095.00 | 895,044.00 | 1,411,524.00 | 1,886,227.00 | 1,268,911.95 | 631,101.00 | 746,694.00 |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 801,710.36 | 934,242.95 | 535,757.36 | 413,279.06 | 426,734.84 | 429,503.54 | 418,532.40 | 439,797.31 | 428,458.50 | 445,615.70 | 452,771.45 | 412,133.12 |
| ACCRUED INTEREST PAYABLE | 382,737.67 | 0.00 | 305,803.41 | 115,661.90 | 17,090.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | | | | | | | | |
| OTHER ACCRUED LIABILITIES | | 65,785.83 | | 32,504.00 | 16,700.00 | 57,054.76 | 300,573.44 | 1,260,719.00 | 977,716.06 | 1,255,288.09 | -19,037.27 | 411,637.73 | 578,021.65 |
| 1. PROFESSIONAL, ENVIRONMENTAL, MISC | 2,334,363.37 | 41,079.36 | | | | | | | | | | | |
| 2. OTHER PROCESSING COSTS | 71,395.21 | | | | | | | | | | | | |
| 3. OTHER G&A | 156,670.05 | | | | | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $3,706,894.55 | $29,004,425.49 | $32,704,474.49 | $21,986,606.00 | $16,159,328.66 | $15,902,677.64 | $29,520,917.00 | $38,169,070.00 | $43,559,744.00 | $37,428,289.41 | $38,734,427.86 | $42,763,818.00 | $43,185,880.59 |

*Payment requires Court Approval

MOR-4

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## AGING OF POST-PETITION LIABILITIES
MONTH: February-11

| DAYS | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|
| 0-30 | 40,130,135.14 | 317,092.00 | 313,636.00 | 115,966.00 |
| 31-60 | 0.00 | | | |
| 61-90 | 0.00 | | | |
| 91+ | 2,065,590.68 | | | |
| TOTAL | $42,195,725.82 | $317,092.00 | $313,636.00 | $115,966.00 |

| DAYS | TOTAL |
|---|---|
| 0-30 | 39,383,441.14 |
| 31-60 | |
| 61-90 | |
| 91+ | 2,065,590.68 |
| TOTAL | $41,449,031.82 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | February | March | April | May | June | July | August | September | October | November | December | Jan-11 | Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 1,106,565.04 | 11,046,308.96 | 10,003,414.65 | 10,215,342.29 | 9,514,806.56 | 5,105,042.65 | 10,562,666.87 | 14,063,627.40 | 19,152,663.52 | 15,457,326.48 | 15,382,082.77 | 13,120,762.62 | 14,667,016.88 |
| 31-60 DAYS | 260,463.96 | 430,223.45 | 68,337.03 | 65,552.88 | 112,067.73 | 370,196.41 | 440,065.31 | 159,081.27 | 64,156.95 | 247,687.87 | 2,018,858.50 | 2,407,309.52 |
| 61-90 DAYS | 23,523.66 | 178,694.70 | 65,513.94 | 134,839.98 | 113,310.65 | 112,067.73 | 580,994.13 | 370,196.41 | -29,334.39 | 305,049.68 | 64,156.95 | 269,820.38 | 0.76 |
| 91+ DAYS | 1,325,433.26 | 405,137.38 | 543,170.98 | 505,325.96 | 563,081.35 | 1,385,249.72 | 1,385,249.72 | 1,385,249.72 | 1,758,052.65 | 1,689,261.02 | 1,668,177.81 | 1,726,579.64 | 1,839,418.70 |
| TOTAL | $2,715,985.92 | $12,060,364.49 | $10,680,436.60 | $10,921,061.11 | $10,303,266.29 | $6,602,360.10 | $12,968,976.03 | $16,400,067.66 | $21,040,463.05 | $17,515,794.13 | $17,362,105.40 | $17,136,021.14 | $18,913,745.86 |

Note: excludes bad debt expense accrual

MOR-5

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## STATEMENT OF INCOME (LOSS)

| | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 15,231,145 | 29,960,148 | 31,742,144 | 15,256,162 | 9,550,867 | 5,369,907 | 17,119,231 | 20,217,015 | 29,691,683 | 30,290,186 | 31,919,689 | 22,977,018 | 30,752,590 | 290,077,785 |
| TOTAL COST OF REVENUES | 14,885,239 | 27,072,612 | 30,224,297 | 16,601,124 | 9,399,998 | 5,307,671 | 17,281,393 | 20,810,164 | 28,571,940 | 30,300,646 | 31,467,670 | 22,076,330 | 26,326,252 | 280,325,336 |
| GROSS PROFIT | 345,906 | 2,887,536 | 1,517,847 | -1,344,962 | 150,869 | 62,236 | -162,162 | -593,149 | 1,119,743 | -10,460 | 452,019 | 900,688 | 4,426,338 | 9,752,449 |
| OPERATING EXPENSES: | | | | | | | | | | | | | | |
| Selling & Marketing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General & Administrative | 1,274,744 | -717,807 | 269,365 | 301,439 | 246,079 | 226,845 | 198,475 | 184,182 | 271,718 | 306,597 | 90,272 | 278,382 | 306,958 | 3,237,248 |
| Insiders Compensation | 36,444 | 47,657 | 45,725 | 49,077 | 46,336 | 62,068 | 23,088 | 20,516 | 20,516 | 20,501 | 34,153 | 19,431 | 19,431 | 444,943 |
| Professional Fees | 515,451 | 561,245 | 1,904,190 | 954,404 | 184,683 | 223,780 | 299,727 | 1,260,719 | 1,006,626 | 1,342,340 | 424,431 | 664,877 | 8,619,882 |
| Operating Expenses | 664,857 | 953,058 | 1,077,488 | 908,994 | 1,057,219 | 647,702 | 1,171,739 | 1,167,738 | 1,421,612 | 1,721,331 | 632,878 | 1,494,277 | 1,353,974 | 14,312,867 |
| TOTAL OPERATING EXPENSES | 2,491,496 | 884,153 | 3,296,768 | 2,213,913 | 1,534,317 | 1,160,395 | 1,693,029 | 2,633,155 | 2,720,472 | 3,390,769 | 34,712 | 2,216,521 | 2,345,240 | 26,614,940 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,145,590 | 2,003,383 | -1,778,921 | -3,558,875 | -1,383,448 | -1,098,159 | -1,855,191 | -3,226,304 | -1,600,729 | -3,401,229 | 417,307 | -1,315,833 | 2,081,098 | -16,862,491 |
| INTEREST EXPENSE | 374,559 | 1,424,878 | 348,442 | 416,717 | 413,279 | 457,068 | 661,190 | 645,640 | 757,664 | 513,093 | 267,819 | 511,200 | 537,761 | 7,329,310 |
| DEPRECIATION | 522,209 | 520,638 | 519,671 | 522,812 | 519,829 | 519,443 | 517,694 | 517,375 | 517,246 | 516,874 | 455,636 | 455,050 | 454,377 | 6,558,854 |
| OTHER (INCOME) EXPENSE* | -14,546 | -14,531 | -26,787 | -13,000 | -85,942 | -15,832 | -478 | -7,136 | -122,424 | -106,803 | -98,823 | -226,427 | -252,983 | -985,712 |
| OTHER ITEMS* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,875,909 | 12,875,909 |
| TOTAL INT, DEPR & OTHER ITEMS | 882,222 | 1,930,985 | 841,326 | 899,986 | 847,166 | 960,679 | 1,178,406 | 1,155,879 | 1,152,486 | 923,164 | 624,632 | 739,823 | 739,155 | -29,738,400 |
| NET INCOME BEFORE TAXES | -3,027,812 | 72,398 | -2,620,247 | -4,458,861 | -2,230,614 | -2,058,838 | -3,033,597 | -4,382,183 | -2,753,215 | -4,324,393 | -207,325 | -2,055,656 | 1,341,943 | -29,738,400 |
| FEDERAL INCOME TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) (MOR-1) | -3,027,812 | 72,398 | -2,620,247 | -4,458,861 | -2,230,614 | -2,058,838 | -3,033,597 | -4,382,183 | -2,753,215 | -4,324,393 | -207,325 | -2,055,656 | 1,341,943 | -29,738,400 |

* Unusual and/or Infrequent Item(s) outside the ordinary course of business requires footnote.

Footnote Mandatory:
Accrual Accounting Required, Otherwise Footnote with Explanation.

MOR-6

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $9,446,002 | $9,533,429 | $15,464,429 | $17,000,203 | $2,384,002 | $1,808,193 | $584,543 | $774,850 | $265,256 | $2,809,553 | $1,950,188 | $2,338,556 | $1,635,022 | $9,446,002 |
| RECEIPTS: | | | | | | | | | | | | | | |
| 2. CASH SALES | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $22,640,070 | $20,225,472 | $32,063,347 | $14,525,759 | $4,273,327 | $4,693,704 | $7,284,225 | $17,688,296 | $29,736,054 | $35,430,734 | $32,773,538 | $24,200,469 | $30,068,993 | $275,603,988 |
| 4. LOANS & ADVANCES (attach list) | $0 | $0 | $0 | $0 | $4,050,000 | $3,310,250 | $8,922,809 | $21,892,146 | $25,595,811 | $35,238,989 | $31,804,382 | $31,886,740 | $32,243,594 | $194,944,722 |
| 5. SALE OF ASSETS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6. OTHER (attach list) | $0 | $754,447 | $408,122 | $104,211 | $744,604 | $1,032,846 | $267,867 | $145,888 | $224,514 | $606,454 | $606,067 | $306,067 | $107,094 | $4,702,114 |
| TOTAL RECEIPTS** | $22,640,070 | $20,979,919 | $32,471,469 | $14,629,969 | $9,067,931 | $9,036,800 | $16,474,901 | $39,726,330 | $55,556,379 | $70,669,723 | $65,184,374 | $56,393,276 | $62,419,682 | $475,250,823 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | $0 |
| DISBURSEMENTS | | | | | | | | | | | | | | |
| 7. NET PAYROLL | $296,832 | $342,916 | $387,506 | $357,403 | $379,608 | $461,140 | $288,681 | $297,565 | $287,812 | $319,388 | $490,529 | $373,670 | $335,334 | $4,618,385 |
| 8. PAYROLL TAXES PAID | $123,483 | $168,280 | $126,024 | $121,258 | $100,222 | $163,390 | $106,579 | $103,077 | $115,212 | $110,000 | $133,283 | $127,601 | $1,660,289 |
| 9. SALES, USE, & OTHER TAXES PAID | $411,035 | $138,650 | $87,470 | $410,952 | $843,255 | $104,829 | $120,700 | $628,491 | $256,353 | $545,298 | $889,149 | $1,055,869 | $482,775 | $5,974,828 |
| 10. SECURED/RENTAL/LEASES | $0 | $48,261 | $30,794 | $53,190 | $41,519 | $30,779 | $70,440 | $45,875 | $37,816 | $53,438 | $277,361 | $67,001 | $47,777 | $904,249 |
| 11. UTILITIES & TELEPHONE | $0 | $106,002 | $74,089 | $107,428 | $180,996 | $71,042 | $109,371 | $65,175 | $143,527 | $359,278 | $243,878 | $225,311 | $267,896 | $1,953,992 |
| 12. INSURANCE | $11,844 | $0 | ($8,243) | $191,416 | $225,733 | $1,251,899 | $181,157 | $169,387 | $228,625 | $118,140 | $109,250 | $0 | $0 | $2,637,581 |
| 13. INVENTORY PURCHASES/SOCS | $19,636,792 | $13,491,450 | $29,095,587 | $26,166,286 | $5,838,458 | $1,944,242 | $6,447,851 | $20,769,274 | $20,681,148 | $29,013,580 | $29,036,452 | $28,489,782 | $29,555,419 | $260,166,321 |
| 14. VEHICLE EXPENSES | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15. TRAVEL & ENTERTAINMENT | $0 | $3,999 | $1,671 | $2,496 | $1,387 | $1,605 | $1,199 | $0 | $0 | $1,465 | $1,444 | $1,323 | $17,589 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | $336,386 | $521,380 | $593,378 | $625,548 | $1,112,591 | $671,094 | $1,132,859 | $576,215 | $1,380,112 | $1,886,426 | $1,884,361 | $1,184,542 | $1,548,166 | $13,452,858 |
| 17. ADMINISTRATIVE & SELLING | $14,800 | $5,974 | $20,359 | $20,934 | $10,244 | $10,203 | $125,183 | $107,713 | $241,381 | $362,929 | $263,558 | $227,795 | $225,773 | $1,636,847 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 19. INTEREST/BANK FEES/LOAN PAYMENTS | $1,140,338 | $84,070 | $164,494 | $158,545 | $625,926 | $5,389,950 | $6,944,201 | $17,706,745 | $29,151,633 | $37,740,568 | $30,148,534 | $24,938,049 | $28,466,693 | $182,659,746 |
| 20. PROFESSIONAL FEES | $581,133 | $137,938.28 | $65,435 | $16,461 | $96,534 | $84,304 | $186,776 | $10,029 | $33,478 | $63,745 | $39,677 | $1,432 | $164,285 | $1,481,227 |
| 21. U.S. TRUSTEE FEES | $0 | $0 | $30,000 | $30,000 | $30,000 | $0 | $30,000 | $0 | $0 | $30,000 | $0 | $0 | $0 | $90,000 |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | $0 | $0 | $267,130 | $1,013,454 | $187,269 | $75,972 | $484,296 | $125,013 | $165,235 | $710,602 | $1,292,901 | $289,382 | $333,456 | $4,944,709 |
| TOTAL DISBURSEMENTS** | $22,552,643 | $15,048,919 | $30,935,694 | $29,246,170 | $9,643,740 | $10,260,449 | $16,284,595 | $40,235,924 | $53,012,082 | $71,529,088 | $64,796,005 | $57,096,811 | $61,556,498 | $482,198,620 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $21,971,510 | $14,910,981 | $30,573,129 | $28,216,255 | $9,359,938 | $10,100,173 | $15,583,523 | $40,100,882 | $52,813,369 | $70,724,741 | $63,463,428 | $56,805,997 | $61,058,757 | $475,682,684 |
| 23. NET CASH FLOW | $87,427 | $5,931,000 | $1,535,775 | ($14,616,201) | ($575,810) | ($1,223,649) | $190,306 | ($509,594) | $2,544,297 | ($859,365) | $388,369 | ($703,535) | $863,184 | ($6,947,796) |
| 24. CASH - END OF MONTH (MOR-2) | $9,533,429 | $15,464,429 | $17,000,203 | $2,384,002 | $1,808,193 | $584,543 | $774,850 | $265,256 | $2,809,553 | $1,950,188 | $2,338,556 | $1,635,022 | $2,498,205 | $2,498,205 |

* Applies to Individual debtors only
** Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

F:\DATA\EXCEL\Monthly Close\2011\02 - February\MOR 2011_02 Large Co MOR Forms-Age Refining Inc 10-50501

Revised 1/10/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF February

| BANK NAME | JPMorgan Chase | JPMorgan Chase | JPMorgan Chase | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 707739066 | # 707739090 - 707739108 | # | | TOTAL |
| ACCOUNT TYPE | OPERATING/PAYROLL | COLLECTION/LOCKBOX | Cash Reserve | Petty Cash Refinery & Office | |
| BANK BALANCE | $301,910 | $2,932,889 | $0 | $0 | $3,234,799 |
| DEPOSITS IN TRANSIT | $0 | $0 | $0 | $0 | $0 |
| OUTSTANDING CHECKS | $1,045,011 | $0 | $0 | $0 | $1,045,011 |
| ADJUSTED BANK BALANCE | -$743,102 | $2,932,889 | $0 | $0 | $2,189,788 |
| BEGINNING CASH - PER BOOKS | $171,762 | $1,214,224 | $236,520 | $2,000 | $1,624,507 |
| RECEIPTS* | $32,243,594 | $30,176,088 | $0 | $0 | $62,419,682 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | $0 | $0 | $0 | $0 | $0 |
| CHECKS/OTHER DISBURSEMENTS* | $33,088,316 | $28,457,397 | $0 | $0 | $61,545,713 |
| ENDING CASH - PER BOOKS | -$672,959 | $2,932,914 | $236,520 | $2,000 | $2,498,475 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g. salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Glen Gonzalez / Salary and Expense Reimbursement | $12,186 | $21,827 | $21,765 | $22,296 | $22,296 | $27,649 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2. Lisa Treficrt / Salary and Expense Reimbursement | $8,469 | $8,731 | $8,188 | $11,026 | $8,188 | $12,435 | $12,560 | $9,734 | $9,734 | $9,719 | $17,819 | $9,204 | $0 |
| 3. Philip Goodman / Salary and Expense Reimbursement | $9,480 | $9,479 | $9,466 | $9,424 | $9,424 | $14,284 | $10,528 | $10,782 | $10,782 | $10,782 | $16,335 | $10,226 | $9,715 |
| 4. Cindy Campbell / Salary and Expense Reimbursement | $6,308 | $7,620 | $6,306 | $6,331 | $6,429 | $7,700 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $36,444 | $47,657 | $45,725 | $49,077 | $46,336 | $62,068 | $23,088 | $20,516 | $20,516 | $20,501 | $34,153 | $19,431 | $18,919 |

| PROFESSIONALS | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH Jan-11 | MONTH Feb-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Restructuring: | | | | | | | | | | | | | |
| 1. Cox, Smith Matthews Inc (retainer) | $250,000 | | | $208,142 | $107,480 | | $415,735 | | | $60,284 | $239,099 | | $21,771 |
| 2. FTI Consulting | $250,000 | | $113,221 | $270,000 | | | | | | | | | $113,427 |
| 3. Fulbright & Jaworski LLP | | | $75,205 | $114,360 | | | | | | | | | |
| 4. Vinson & Elkins LLP | | | $42,393 | $119,835 | $45,285 | $43,871 | | | | | | | |
| 5. Global Hunter | | | $30,000 | | | | $30,000 | | | $19,675 | | $74,352 | |
| 6. U.S. Trustee | | | | $106,244 | | $31,069 | $67,529 | | | $30,000 | | | $52,728 |
| 7. Muse Stancil | | | | $148,159 | | | | | | $51,969 | $17,652 | $290 | |
| 8. Xroads | | | | | | | | | | $55,078 | | | $105,178 |
| 9. Merrill Communications | | | $7,731 | | $1,099 | $1,032 | $1,032 | $1,032 | $1,032 | | $2,135 | | $2,579 |
| 10. Southwest Legal Solutions | | | | | $6,585 | | $0 | $0 | $0 | $0 | $0 | $44,000 | $44,000 |
| 11. GE Trustee | | | | | | | | | $44,111 | $44,585 | $86,226 | $3,917 | $4,634 |
| 12. Guida, Slavich & Flores PC | | | | | | | | | | $42,791 | $26,340 | $119,657 | $66,556 |
| 13. Langley & Banack Inc | | | | | | | | | | $151,618 | $163,246 | $19,126 | $19,704 |
| 14. Martin & Drought | | | | | | | | | | $234,617 | $131,211 | $18,013 | $19,259 |
| 15. The Claro Group | $81,133 | $137,938 | $94,015 | $63,176 | $123,354 | $84,304 | $186,776 | $134,010 | $153,570 | $96,504 | $61,012 | $11,458 | $65,238 |
| 16. Other Professional Fees | | | | | | | | | | $51,761 | $46,743 | | |
| 17. | | | | | | | | | | | | | |
| 18. | | | | | | | | | | | | | |
| 19. | | | | | | | | | | | | | |
| 20. | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $581,133 | $137,938 | $362,565 | $1,029,915 | $283,802 | $160,276 | $701,072 | $135,042 | $198,713 | $1,074,347 | $1,332,578 | $290,814 | $515,074 |

MOR-9

Revised 11/08/05