## Wright, Gary (USATXW)

**From:** David S. Gragg [dgragg@langleybanack.com]
**Sent:** Friday, February 11, 2011 3:25 PM
**To:** Wright, Gary (USATXW)
**Cc:** Steven R Brook; Eric Moeller (ericjmoeller@gmail.com)
**Subject:** AGE Refining (Case No. 10-50501)

Dear Gary,

I don't believe you and I have ever spoken about this matter. I represent Eric Moeller, the Chapter 11 Trustee, who was appointed last summer in the AGE Refining case. I presume you will be involved at some point for the government in this case.

Since his appointment, Mr. Moeller has overseen and implemented significant operational improvements to the Refinery.

As you probably have seen from the docket, we are in the midst of a sales process regarding the refinery. One of the assets of the company are its various contracts with the U.S. government primarily regarding providing various types of jet fuel to the government. I am sure it will be very important to any buyer to keep the existing contracts in place.

I wanted to reach out to you at this early stage to see if you have any questions regarding this matter. Mr. Moeller and I would be happy to discuss this with you and whoever. We want to do everything possible to keep the government informed and happy as we work through this process.

Sincerely,

David S. Gragg
LANGLEY & BANACK, INC.
San Antonio Office
Trinity Plaza II
745 East Mulberry, Suite 900
San Antonio, Texas 78212
Phone: (210) 736-6600
Direct: (210) 253-7133



EXHIBIT 1