## Wright, Gary (USATXW)

| | |
|---|---|
| **From:** | Wright, Gary (USATXW) |
| **Sent:** | Wednesday, February 16, 2011 12:22 PM |
| **To:** | 'David S. Gragg' |
| **Subject:** | RE: AGE Refining (Case No. 10-50501) |

Dear David:

Thanks for your email. I contacted DFAS and checked into their questions and concerns. Their primary concern is that they want to be sure that any purchaser intends (and is able) to continue performance under the existing government contracts. Beyond that, the government has its usual concerns regarding the assignment of government contracts. As you probably know, government contracts aren't typically assignable without government approval. In order to approve assignment, DFAS would ask that any purchaser be required to enter into a novation agreement that is acceptable to the US. I can provide you a copy of the form novation agreement that is normally used if you like. To the extent the Trustee has identified a stalking horse or high bid, DFAS would like to know the identity of such entities so it can perform a preliminary check and make sure they may be approved as government contractors.

Additionally, there is the issue of a barrel (or two) of a certain fuel additive that is in possession of the Debtor, but is property of the United States. My understanding is that the additive is used in preparing the JPTS fuel under one of the existing contracts. The information provided to me indicated that each barrel of this additive has a value of approximately $50,000.00. We want to make sure that the purchaser knows the additive is not included in the sale, but is property of the US. Of course, that additive would remain at the site, provided the purchaser continues to perform under the JPTS contract. Thanks again for your email. I apologize for not getting back to you sooner.

Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7340
Fax: (210) 384-7358
gary.wright@usdoj.gov

CAUTION: This message may contain information protected by the attorney-client, attorney work product, or other privilege, or by federal confidentiality laws. Do not disseminate without the approval of the Office of the United States Attorney for the Western District of Texas.
This message is intended exclusively for the individual or entity to which it is addressed. If you are not the intended recipient (or have received this email message in error) please notify sender and destroy this email immediately. Any unauthorized copying, disclosure or distribution of the material in this email is strictly forbidden.

**From:** David S. Gragg [mailto:dgragg@langleybanack.com]
**Sent:** Friday, February 11, 2011 3:25 PM
**To:** Wright, Gary (USATXW)
**Cc:** Steven R Brook; Eric Moeller (ericjmoeller@gmail.com)
**Subject:** AGE Refining (Case No. 10-50501)

Dear Gary,



EXHIBIT
2

I don't believe you and I have ever spoken about this matter. I represent Eric Moeller, the Chapter 11 Trustee, who was appointed last summer in the AGE Refining case. I presume you will be involved at some point for the government in this case.

Since his appointment, Mr. Moeller has overseen and implemented significant operational improvements to the Refinery.

As you probably have seen from the docket, we are in the midst of a sales process regarding the refinery. One of the assets of the company are its various contracts with the U.S. government primarily regarding providing various types of jet fuel to the government. I am sure it will be very important to any buyer to keep the existing contracts in place.

I wanted to reach out to you at this early stage to see if you have any questions regarding this matter. Mr. Moeller and I would be happy to discuss this with you and whoever. We want to do everything possible to keep the government informed and happy as we work through this process.

Sincerely,

David S. Gragg
LANGLEY & BANACK, INC.
San Antonio Office
Trinity Plaza II
745 East Mulberry, Suite 900
San Antonio, Texas 78212
Phone: (210) 736-6600
Direct: (210) 253-7133