IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 10-50501-LMC |
| AGE REFINING, INC., | § § | |
| DEBTORS. | § § § | Chapter 11 |

**MOTION OF D. BOBBITT NOEL, JR.
FOR ADMISSION TO APPEAR *PRO HAC VICE***

**TO THE HONORABLE LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE:**

D. Bobbitt Noel, Jr. moves for and requests admission *pro hac vice* to appear in this action as counsel for Calumet Specialty Products Partners, L.P. ("Calumet"), and in support thereof would show the Court the following:

1. Mr. Noel is an attorney with the law firm of Vinson & Elkins LLP, 1001 Fannin, Suite 2500, Houston, Texas 77002; email: bnoel@velaw.com; telephone: (713) 758-2084; facsimile: (713) 615-5222.

2. Mr. Noel is eligible to practice in the Bankruptcy Court for the Western District of Texas and agrees to familiarize himself with the Local Rules of the United States District Court and Bankruptcy Court for the Western District of Texas.

3. Mr. Noel is a duly admitted member of the State Bar of Texas. Mr. Noel was admitted to the State Bar of Texas in 1976 and his State Bar Registration Number is 15056500. Mr. Noel has been admitted to practice in the following courts:

    (a)    All state courts for the State of Texas; and

    (b)    The United States District Courts for the Southern, Eastern and Northern Districts of Texas.

4. Mr. Noel is in good standing and not the subject of any disciplinary proceedings in the above-mentioned courts, and is not currently suspended or disbarred in any other court.

5. Mr. Noel has not requested admission *pro hac vice* in this Court in the preceding twelve months and is eligible to practice before this Court in accordance with Local Rule 1001(e) of the Local Rules of the United States Bankruptcy Court for the Western District of Texas.

6. It is respectfully requested that Mr. Noel be permitted to practice before this Court *pro hac vice* so that he may represent Calumet in these bankruptcy proceedings.

WHEREFORE, D. Bobbitt Noel, Jr. respectfully requests that the Court enter an order permitting him to practice before this Court in this case *pro hac vice* and granting such other and further relief as is just and proper.

Dated: April 8, 2011

    Respectfully submitted,

    **VINSON & ELKINS LLP**
    1001 Fannin Street
    First City Tower, Suite 2500
    Houston, Texas 77002
    Telephone: (713) 758-2084
    Facsimile: (713) 615-5222

    By: */s/ D. Bobbitt Noel, Jr.* _____
        D. Bobbitt Noel, Jr.
        Texas State Bar 15056500

    **ATTORNEYS FOR CALUMET SPECIALTY PRODUCTS PARTNERS, L.P.**

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice has been filed electronically using the CM/ECF System, which will send a Notice of Electronic Filing to counsel for the trustee, Mark E. Andrews, Cox Smith Matthews Incorporated, 1201 Elm Street, Suite 3300, Dallas, Texas 75270, this 8th day of April, 2011.

                                        */s/ D. Bobbitt Noel*_____
                                             D. Bobbitt Noel