IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 10-50501-LMC |
| AGE REFINING, INC., | § | |
| | § | Chapter 11 |
| DEBTORS. | § | |
| | § | |

MOTION OF KIRK S. CHENEY
FOR ADMISSION TO APPEAR *PRO HAC VICE*

**TO THE HONORABLE LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE:**

Kirk S. Cheney moves for and requests admission *pro hac vice* to appear in this action as counsel for Calumet Specialty Products Partners, L.P. ("Calumet"), and in support thereof would show the Court the following:

1. Mr. Cheney is an attorney with the law firm of Vinson & Elkins LLP, 1001 Fannin, Suite 2500, Houston, Texas 77002; email: kcheney@velaw.com; telephone: (713) 758-3252; facsimile: (713) 615-5047.

2. Mr. Cheney is eligible to practice in the Bankruptcy Court for the Western District of Texas and agrees to familiarize himself with the Local Rules of the United States District Court and Bankruptcy Court for the Western District of Texas.

3. Mr. Cheney is a duly admitted member of the State Bar of New York. Mr. Cheney was admitted to the State Bar of New York in 2010 and his State Bar Registration Number is 4850434. Mr. Cheney has not yet been admitted to practice in any court.

4. Mr. Cheney is in good standing and not the subject of any disciplinary proceedings in the New York, and is not currently suspended or disbarred in any other court.

5. Mr. Cheney has not requested admission *pro hac vice* in this Court in the preceding twelve months and is eligible to practice before this Court in accordance with Local Rule 1001(e) of the Local Rules of the United States Bankruptcy Court for the Western District of Texas.

6. It is respectfully requested that Mr. Cheney be permitted to practice before this Court *pro hac vice* so that he may represent Calumet in these bankruptcy proceedings.

WHEREFORE, Kirk S. Cheney respectfully requests that the Court enter an order permitting him to practice before this Court in this case *pro hac vice* and granting such other and further relief as is just and proper.

Dated: April 8, 2011

                        Respectfully submitted,

                        **VINSON & ELKINS LLP**
                        1001 Fannin Street
                        First City Tower, Suite 2500
                        Houston, Texas 77002
                        Telephone: (713) 758-3252
                        Facsimile: (713) 615-5047

                        By: */s/ Kirk S. Cheney*
                              Kirk S. Cheney
                              New York State Bar 4850434

                        **ATTORNEY FOR CALUMET SPECIALTY PRODUCTS PARTNERS, L.P.**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice has been filed electronically using the CM/ECF System, which will send a Notice of Electronic Filing to counsel for the trustee, Mark E. Andrews, Cox Smith Matthews Incorporated, 1201 Elm Street, Suite 3300, Dallas, Texas 75270, this 8th day of April, 2011.

                              /s/ *Kirk S. Cheney*
                              Kirk S. Cheney