IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>**AGE REFINING, INC.,**<br><br>Debtor. | §<br>§ **CHAPTER 11 CASE-LMC**<br>§<br>§ **CASE NO. 10-50501**<br>§<br>§ |

**NOTICE OF STATUS CONFERENCE AND
RESET HEARING ON THE MERITS OF THE TRUSTEE'S MOTION TO SELL**

TO CREDITORS AND PARTIES IN INTEREST:

Please be advised that the Court, at an Emergency Status Hearing that occurred at 4:00 p.m. on April 8, 2011, determined that the hearing on the *Trustee's Motion for Entry of Order Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Outside the Ordinary Course of Business* (the "Motion to Sell") (Docket No. 879) will be convened on Monday, April 11, 2011 at 2:00 p.m. as a **Status Conference** only.

The Motion to Sell will go forward on the **merits** Thursday, April 14, 2011 at 9:30 a.m.

Again, the Court emphasized that the Monday, April 11, 2011 hearing at 2:00 p.m. would serve to be a **Status Conference** only.

**STATUS CONFERENCE**: Monday, April 11, 2011 at 2:00 P.M. (Central)

**HEARING ON MERITS OF THE MOTION TO SELL:** Thursday, April 14, 2011 at 9:30 A.M. (Central)

**LOCATION**: United States Bankruptcy Court, Post Office and Courthouse,
615 E. Houston Street, Courtroom No. 1, Third Floor,
San Antonio, Texas 78205

Any person desiring to appear telephonically at either the Status Conference (Monday, April 11, 2011 at 2:00 p.m.) or the hearing on the Motion to Sell (Thursday, April 14, 2011 at 9:30 a.m.) should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). The Telephonic Appearance Instructions are attached as Exhibit "A".

Dated: April 8, 2011

Respectfully submitted,

**LANGLEY & BANACK, INCORPORATED**
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Telecopier

By: */s/ David S. Gragg*
DAVID S. GRAGG
State Bar No. 08253300
STEVEN R. BROOK
State Bar No. 03042300
ALLEN DeBARD
State Bar No. 24065132
NATALIE WILSON
Hawaii Bar No. 8852 *Admitted Pro Hac Vice*

**GENERAL COUNSEL TO ERIC J. MOELLER THE CHAPTER 11 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice was served on those parties on the Limited Service List through the Court's electronic case filing system and/or by first class mail, postage prepaid, on this 8th day of April 2011.

*/s/ David S. Gragg*
David S. Gragg

# EXHIBIT "A"

### COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall. The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.