**Schedule 1.1(a)(iv)**
**Purchased Assets**
**Owned Real Property**

## TRACT 1 – TERMINAL PROPERTY

TRACT 1 – 8.252 acres of land in the Francisco Farias Survey No. 15, Abstract No. 2, the City of San Antonio, Bexar County, Texas conveyed from Support Terminals Services, Inc. to AGE Refining, Inc. in that Warranty Deed at Volume 9613 Page 1164 of the Official Public Records of Real Property of Bexar County, Texas.

## TRACT 2 – REFINERY PROPERTY

TRACT 2A – 5.86 acres of land out of Tract 2, NCB 10931, The Rudolph Keilmann Subdivision, City of San Antonio, Bexar County, Texas according to plat recorded at Volume 1625 Page 95 of the Deed and Plat Records of Bexar County, Texas. Said 5.86 acre tract being more particularly described in that Quitclaim Deed conveyed from Al Gonzalez to AGE Refining, Inc and recorded at Volume 6081 Page 192 of the Official Public Records of Real Property of Bexar County, Texas.

TRACT 2B – 17.314 acres of land (Tract I) and 0.301 acres (Tract II) described in that Warranty Deed conveyed from Howell Hydrocarbons & Chemicals, Inc. to AGE Marketing Company and recorded at Volume 5340 Page 1663 in the Official Public Records of Real Property of Bexar County, Texas.

## TRACT 3 – REFINERY PROPERTY

TRACT 3 – 8.84 acres of land being Tract 5B, New City Block 10931, Rudolph Keilmann Subdivision, in the corporate limits of the City of San Antonio, Bexar County, Texas, according to the plat thereof recorded at Volume 1625 Page 95 of the Plat Records of Bexar County, Texas. Said 8.84 acres being more particularly described in that Quitclaim Deed conveyed from Arthur Wilson DeBaun and Sharon DeBaun, each individually and as co-executors of the estate of Mary McDonald DeBaun to Albert Gonzales and recorded at Volume 12816 Page 945 of the Official Public Records of Real Property of Bexar County, Texas.