## Schedule 1.1(a)(vi)
## Purchased Assets
## Inventory

| Chemical No. | Chemical's Name | Approx. Qty. (as of March 28, 2011) |
|---|---|---|
| **Process Chemicals** | | |
| | Wrico Sodium Bisulfite | 12.00 |
| 2584 | Nalco AlkaSource 2584 | 0.00 |
| 03RD091.33 | Corrosion Inhibitor (03RD091) | 0.00 |
| EC1021A.36 | Nalco EC 1021A | 75.50 |
| 1820 | Nalco 1820 Oxygen Scavenger | 55.00 |
| Caustic (~10" tank - 300 gal capacity) | Caustic (~10" tank - 300 gal capacity) | 150.00 |
| 1820.12 | Tri-Act 1820 Corrosion Inhibitor | 0.00 |
| 5407-A | Corrosion Inhibitor | 121.25 |
| 22300.15 | NexGuard 22300 | 124.00 |
| PT2000.15 | Pre-Tect PT 2000 | 165.00 |
| 26263.15/3DT 102 | 3DT 102 | 221.00 |
| UN1791 III | Sodium Hypochlorite | 508.00 |
| UN1824 II | Caustic Soda | 0.00 |
| UN1830 II | Sulfuric Acid | 275.00 |
| SALT | Water Softener (bags) | 168.00 |
| | Elimin-ox | 86.00 |
| EC1008A.33 | Nalco EC 1008A | 330.00 |
| | Nalco P.C. -391T | 40.00 |
| | Nalco RC-416 | 0.00 |
| Potassium Hydrxide, Solid 8, UN1813, II | Caustic Potash | 0.00 |
| Anitfoam | Anti Foam (EC 9091A) | 0.00 |
| | Acetone | 0.00 |
| | Trasar 3DT 186 Phosphate | 260.00 |
| UN1897, PG III | Perchloroethylene | 330.00 |
| EC5497 | Nalco 5497 | 65.00 |
| Nalco 750 | | 55.00 |
| Antifoulant | | 220.00 |
| EC5492 | Nalco 5492 | 10.00 |
| EC2048A | RE-SOLV | 55.00 |
| **Finished Prod additives** | | |
| 5403 | Jet Fuel C 1 | 110.00 |
| Unisol BK Red Dye | Unisol BK Red Dye 50 | 55.00 |
| JFA (Government owned) | JFA-5 | 55.00 |
| Stadis 450 | Stadis 450 | 55.00 |
| Anti-ice Bulk | 0.00 | |
| Lubrizol 539X | Lubrizol 539X | 55.00 |
| **Lab Chemicals** | | |
| Hexane | Hexane | 0.00 |
| 3,UN1230,PGII | Methanol | 65.00 |