## Schedule 1.1(a)(viii)
## Purchased Assets
## Business Contracts

| Name and Address | Pre-Petition Cure Amount | Post-Petition Amounts (Other than Current Payables) | Required Consents |
|---|---|---|---|
| Air Liquide Industrial U.S., L.P.<br>801 W. North Carrier Pkwy.<br>Grand Prairie, TX 75050 | $6,180.86 | $0 | |
| Anadarko Petroleum Corp.<br>1201 Lake Robbins Dr.<br>The Woodlands, TX 77380<br>(crude supply agreement) | $0 | $0 | |
| C.H. Guernsey & Company<br>5344 N. Crystal Springs Rd.<br>Salina, KS 67401 | $20,642.07 | $0 | |
| Chartis (aka American International Specialty Lines Insurance Co.)<br>70 Pine St.<br>New York, NY 10270<br>Policy No. PLS 5769188 | $0 | $0 | |
| Continental Trend Resources<br>PO Box 1032<br>Enid, OK 73702 | $0 | $0 | |
| Defense Energy Support Center/DLA<br>8725 John J. Kingman Rd.<br>Fort Belvoir, VA 22060 | $0 | $0 | Novation required |
| Dresser Rand<br>1200 W. Sam Houston Pkwy. N.<br>Houston, TX 77043 | $0 | $0 | |
| Drilling Info, Inc.<br>HPDI Subscriptions<br>PO Box 5545<br>Austin, Texas 78763 | $1,805.07 | $0 | |
| (DTN) Telvent<br>519 Oak Court<br>Panama City, FL 32404 | $0 | $0 | |
| Edith Polly Duhaine<br>316 New Hope & Crimona Rd.<br>Waynesboro, VA 22980 | $0 | $0 | |

| | | | |
|---|---|---|---|
| G&K Services<br>PO Box 830483<br>San Antonio, TX 78283 | $10,082.89 | $0 | |
| Glenn Dugger<br>1915 Encino<br>Alice, TX 78332 | $0 | $0 | |
| Gulfmark Energy, Inc.<br>PO Box 844<br>Houston, TX 77001 | $0 | $0 | |
| H&H Crane Services, dba Texas Crane Services<br>203 S. Ww White Road<br>San Antonio, TX 78219 | $0 | $0 | |
| Hawk Electronics<br>9971 IH-10 West<br>San Antonio, TX 78230 | $4,6365.90 | $0 | |
| High Sierra Toilet Co., Inc.<br>7 Moss Rock<br>New Braunfels, TX 78130 | $0 | $0 | |
| HRH Partners<br>PO Box 127<br>Bruni, TX 78344 | $359.26 | $0 | |
| IKON Financial Services<br>PO Box 9115<br>Macon, GA 31208 | $1,389.09 | $0 | |
| Laguna Oil & Gas Corp.<br>667 Oak Ridge Dr.<br>Goliad, TX 77963 | $0 | $0 | |
| Legend Natural Gas II, LP<br>210 W. Grand Parkway S., Ste. 400<br>Katy, TX 77494 | $0 | $0 | |
| Merichem Company<br>5455 Old Spanish Trail<br>Houston, TX 77023 | $0 | $0 | |
| Mitsubishi International Corp.<br>6555 3rd Ave.<br>New York, NY 10019 | $0 | $0 | |
| Modular Space Corp.<br>1200 Swedesford Rd.<br>Berwyn, PA 19312 | $0 | $0 | |
| Musket Corporation<br>10601 North Pennsylvania<br>Oklahoma City, OK 73120 | $0 | $0 | |
| OGO Marketing, LLC<br>4560 Salt Flat Road<br>Luling, TX 78648 | $0 | $0 | |

| | | | |
|---|---|---|---|
| Porous Media Corp.<br>4301 W. Davis<br>Conroe, TX 77304 | $0 | $0 | |
| Roddey Engineering Services, Inc.<br>400 Texas St. Ste. 1040<br>Shreveport, LA 71101 | $0 | $0 | |
| RSC Equipment Rental<br>533 E. Houston<br>San Antonio, TX 78220 | $0 | $0 | |
| SBS Administrative Services<br>PO Box 3102<br>Universal City, TX 78148 | $0 | $0 | |
| Service Uniform Rental<br>2580 S. Raritan St.<br>Englewood, CO 80110 | $0 | $0 | |
| Shell Trading (US) Co.<br>909 Fannin, Plaza Level 1<br>Houston, TX 77010<br>(crude supply agreement CSE136279) | $0 | $0 | |
| Stolt Nielsen Rail Services<br>15602 Jacintoport Blvd.<br>Houston, TX 77015 | $0 | $0 | |
| Suemar Exploration & Production, LLC<br>1000 Frost Bank Plaza<br>Corpus Christi, TX 78246 | $0 | $0 | |
| Superior Crude Gathering, Inc.<br>PO Box 260784<br>Corpus Christi, TX 78426 | $0 | $0 | |
| TAS Environmental Services, LP<br>3929 California Pkwy. E.<br>Ft. Worth, TX 76119 | $3,735.53 | $0 | |
| Texon LP<br>11757 Katy Freeway, Ste. 1400<br>Houston, TX 77079 | $0 | $0 | |
| Truth Resources, LP<br>440 Louisiana, Ste 900<br>Houston, TX 77002 | $0 | $0 | |
| Valero Energy Corporation<br>One Valero Way<br>San Antonio, TX 78249 | $0 | $0 | |
| Vickrey & Associates<br>12940 Country Parkway<br>San Antonio, TX 78216 | $0 | $0 | |
| Vinoski & Associates<br>234 Pittsburgh Pike<br>Ruffs Dale, PA 15679 | $0 | $0 | |

| | | | |
|---|---|---|---|
| Waste Management<br>1777 NE Loop 410, Suite 1001<br>San Antonio, TX 78217 | $0 | $0 | |