**Schedule 1.1(a)(xi)**
<u>**Purchased Assets**</u>
**Intellectual Property**

None