## Schedule 1.1(a)(xv)
## Purchased Assets
### Telephone numbers, websites and URLs

www.agerefining.com and related content

All AGE telephone numbers

All AGE employee email addresses