## Schedule 1.1(b)(x)
### Excluded Assets
### Real Property Leases

Redfish Bay: 535 W. Intercoastal Waterway, Aransas Pass, TX , as described with underlying documents in the Bankruptcy Court's Order Granting Motion to Assume Storage and Service Agreement, dated September 1, 2010 (Docket No. 542); *see also* Trustee's Motion to Assume Storage and Service Agreement as Executory Contract and Unexpired Lease, and exhibits thereto (Docket No. 513).

First Amendment to Product Storage and Handling Agreement dated January 21, 2011 between Shell Trading (US) Company and AGE Refining, Inc. relating to the Redfish Bay facility.