# Schedule 1.1(b)(xi)
## Excluded Assets
### Other Excluded Assets

All JFA-5 Inventory that has not been used in producing Jet Propellant Thermally Stable fuel, which remains property of the United States Government

Steven Gorea, Claim Number 8565441 filed with James River Insurance Co.

Andre Ball personal injury insurance claim

Proceeds or insurance proceeds relating to any litigation disclosed on Schedule 3.13

All accounts and notes receivable from AGE Transportation, Inc., Tierra Transportation, Inc., and Tierra G Squared Land and Properties LLC (collectively, the "*Tierra Receivables*"), which are categorized as "Other Receivables" in the books and records of AGE Refining, Inc. These accounts include receivables relating to: (1) diesel fuel purchased post-petition by AGE Transportation, Inc. from AGE Refining, Inc.; (2) post-petition advance from AGE Refining, Inc. to AGE Transportation, Inc. to provide cash flow to the latter during periods when the Refinery was not operating (i.e., when letters of credit were revoked and after the May 5, 2010 fire); and (3) money loaned by AGE Refining, Inc. to Tierra G Squared Land and Properties LLC for the purchase of two parcels of real property directly across from the Refinery.

That certain note receivable identified in the Seller's books as "Advance to Shareholder" in the amount of $17,630

All Shell Trading (US) Company receivables

Receivables related to the costs incurred by AGE Refining, Inc. on behalf of the government to administer the JPTS contract, including but not limited to rail car monthly lease fees and other related rail car expenses, identified in the company's books and records as "Government Contract Clearing."

All Government Contract Clearing Receivables

Equipment owned by Seller at the Redfish Bay terminal.