## Schedule 3.6
## Proprietary Rights

Intellectual Property as listed on Schedule 1.1.(a)(x).

DI System HPDI Texas License granted by Drilling Info, valid through November 4, 2011.