# Schedule 3.7(a)
## Material Business Contracts

**Name and Address**

ACE Property & Casualty Insurance Company
Two Riverway, Suite 900
Houston, TX 77056

Air Liquide Industrial U.S., L.P.
801 W. North Carrier Pkwy.
Grand Prairie, TX 75050

Arch Specialty Insurance Company
300 Plaza Three, Fl. 3
Jersey City, NJ 07311

Anadarko Petroleum Corp. (1992 Purchase Agreement)
1201 Lake Robbins Dr.
The Woodlands, TX 77380

Anadarko Petroleum Corp. (crude supply agreement)
1201 Lake Robbins Dr.
The Woodlands, TX 77380

Apache Corporation
PO Box 840133
Dallas, TX 75284

C.H. Guernsey & Company
5344 N. Crystal Springs Rd.
Salina, KS 67401

Chartis (aka American International Specialty Lines Insurance Co.)
70 Pine St.
New York, NY 10270

Continental Trend Resources
PO Box 1032
Enid, OK 73702

DCP Midstream NGL Services
370 17th St., Ste. 2500
Denver, CO 80202

Defense Energy Support Center/DLA
8725 John J. Kingman Rd.
Fort Belvoir, VA 22060

Dresser-Rand
1200 W. Sam Houston Pkwy. N.
Houston, TX 77043

Drilling Info.
2600 Via Fortuna Ste 500
Austin, TX, 78746

(DTN) Telvent
519 Oak Court
Panama City, FL 32404

Edith Polly Duhaine
316 New Hope & Crimona Rd.
Waynesboro, VA 22980

Full Spectrum Analytics
85 Rickenbacker Cir.
Livermore, CA 94551

Glenn Dugger
1915 Encino
Alice, TX 78332

G&K Services
PO Box 830483
San Antonio, TX 78283

Gulfmark Energy, Inc.
PO Box 844
Houston, TX 77001

H&H Crane Services, dba Texas Crane Services
203 S. Ww White Road
San Anotnio, TX 78219

Hartford Casualty Insurance Company
One Hartford Plaza
Hartford, CT 06155

Hawk Electronics
9971 IH-10 West
San Antonio, TX 78230

Herschap Brothers
PO Box 127
Bruni, TX 78344

High Sierra Toilet Co., Inc.
7 Moss Rock
New Braunfels, TX 78130

HRH Partnerhsip
PO Box 127
Bruni, TX 78344

IKON Financial Services
PO Box 9115
Macon, GA 31208

James River Insurance Company
PO Box 27648
Richmond, VA 23261-7648

Laguna Oil & Gas Corp.
667 Oak Ridge Dr.
Goliad, TX 77963

Legend Natural Gas II, LP
210 W. Grand Parkway S., Ste. 400
Katy, TX 77494

Lexington Insurance
100 Summer St.
Boston, MA 02110

Liberty Mutual
175 Berkley St.
Boston, MA 02116

Lloyds of London
25 W. 53rd St., 14th Fl.
New York, NY 10019

M.D. Abel Co.
PO Box 1391
Midland, TX 79702

Merichem Company
5455 Old Spanish Trail
Houston, TX 77023

Mitsubishi International Corp.
6555 3rd Ave.
New York, NY 10019

Modular Space Corp.
1200 Swedesford Rd.
Berwyn, PA 19312

Musket Corporation
10601 North Pennsylvania
Oklahoma City, OK 73120

National Fire
3024 Harney St.
Omaha, NE 68124

National Union
70 Pine St.
New York, NY 10270

O.G.O. Marketing LLC
4560 Salt Flat Rd.
Luling, TX 78648

Paetec
600 WillowBrook Office Park,
Fairport, NY 14450

Peerless Insurance Co.
62 Maple Ave.
Keene, NH 03431

Porous Media Corp.
4301 W. Davis
Conroe, TX 77304

Roddey Engineering Services, Inc.
400 Texas St. Ste. 1040
Shreveport, LA 71101

Rovisys
1455 Danner Dr.
Aurora, OH 44202

RSC Equipment Rental
533 E. Houston
San Antonio, TX 78220

SBS Administrative Services
PO Box 3102
Universal City, TX 78148

Scottsdale Insurance Co.
8877 N. Gainey Center Dr.
Scottsdale, AZ 85258

Service Uniform Rental
2580 S. Raritan St.
Englewood, CO 80110

Shell Trading (US) Company, Inc.
909 Fanning, Plaza Level 1
Houston, TX 77010
(crude supply agreement CSE136279)
South Texas Operating Company
PO Box 17405
San Antonio, TX 78217

St. Paul Companies
PO Box 64198
St. Paul, MN 55164

Staybridge Suites
123 Hoefgen
San Antonio, TX 78205

Stolt Nielsen Rail Services
15602 Jacintoport Blvd.
Houston, TX 77015

Suemar Exploration & Production, LLC
1000 Frost Bank Plaza
Corpus Christi, TX 78246

Superior Crude Gathering, Inc.
PO Box 260784
Corpus Christi, TX 78426

TAS Environmental Services, LP
3929 California Pkwy. E.
Ft. Worth, TX 76119

T-C Oil Company
1058 FM 3024
George West, TX 78022

Team Industrial Services, Inc.
200 Hermann Drive
Alvin, TX 77511

Texon LP
11757 Katy Freeway, Ste. 1400
Houston, TX 77079

Truth Resources, LP
440 Louisiana, Ste 900
Houston, TX 77002

US Specialty Insurance Co.
PO Box 201116
Dallas, TX 75320-1116

Valero Energy Corporation
One Valero Way
San Antonio, TX 78249

Vickrey & Associates
12940 Country Parkway
San Antonio, TX 78216

Vinoski & Associates
234 Pittsburgh Pike
Ruffs Dale, PA 15679

Waste Management
1777 NE Loop 410, Suite 1001
San Antonio, TX 78217

Wayne E. Glen Assoc., Inc.
PO Box 1326
Dickinson, TX 77539

Zurich American Insurance Company
1400 American Lane
Schaumburg, IL 60196

**Real Property Lease**

Redfish Bay: 535 W. Intercoastal Waterway, Aransas Pass, TX , as described with underlying documents in the Bankruptcy Court's Order Granting Motion to Assume Storage and Service Agreement, dated September 1, 2010 (Docket No. 542); *see also* Trustee's Motion to Assume Storage and Service Agreement as Executory Contract and Unexpired Lease, and exhibits thereto (Docket No. 513).

First Amendment to Product Storage and Handling Agreement dated January 21, 2011 between Shell Trading (US) Company and AGE Refining, Inc. relating to the Redfish Bay facility.