## Schedule 3.8
## Material Business Licenses

HUBZone Certification dated March 11, 2008 issued by United States Small Business Administration.

Certificate of Occupancy No. 1663328 dated January 3, 2011 issued by the City of San Antonio, Texas, Development Services Department.

Certificate of Incorporation number 1188042 dated March 22, 1999, issued by the Secretary of State of Texas.

Boiler Certificate of Operation No. 201103210053 issued by Texas Department of Licensing and Regulation, expiration date January 8, 2012.