## Schedule 3.13
## Litigation

*Eric Moeller v. Albert Glen Gonzalez, et al. (In re AGE Refining, Inc.)*, Adv. No. 10-05120-lmc (Bankr. W.D. Tex.).

*Hilda L. Solis v. AGE Refining, Inc.*, Inspection No. 314299793 (Occupational Safety and Health Review Commission).

*Allen Ramirez v. AGE Refining, Inc. et al.*, 2010-CI-10823 (150th Judicial District, Bexar County, Texas) (personal injury claim).