## Schedule 3.20
## Environmental Permits

Permits

San Antonio Water System #PR-001
TCEQ Notice of Registration Industrial and Hazardous Waste; Registration No. 34356
TCEQ Permit #4438 Air
TCEQ Permit #6113 Air
TCEQ Storm Water #TRR05T952
TPDES General Permit No. TXR050000
Environmental Protection Agency approval of Facility Response Plan dated Nov. 5, 2010
Environmental Protection Agency ID Number TXD049754047
TCEQ Standard Permit 53411 (Elmendorf)
TCEQ Standard Permit 53416 (Elmendorf)
Facility Response Plan (Elmendorf)

Liability
2007 Releases, a summary of which has been provided to Purchaser
2008 Releases, a summary of which has been provided to Purchaser
2009 Releases, a summary of which has been provided to Purchaser
2010 Releases, a summary of which has been provided to the Purchaser

Spill of 280 gallons of mineral spirits on July 18, 2006 (TCEQ Incident #78880)
Fire on August 19, 2008
Spill of 13 barrels crude oil into Storm Water Creek (Ditch) on July 24, 2010 (NRC Report # 948751)
OSHA Inspection No. 311309736, relating to the construction of a blast resistant structure in the control room
Spill of approximately 50 gallons of crude oil at Elmendorf facility on February 22, 2011
Fire in crude unit furnace (H-501) April 2, 2011

Agreed Order dated January 11, 1995 entered by TCEQ Assessing Administrative Penalties and Requiring Certain Actions of AGE Refining, Inc. and Howell Hydrocarbons and Chemicals, Inc., a copy of which has been provided to Purchaser