## Schedule 3.23
## Affiliated Transactions

None

L & B 12836/0002/L0506151.DOC