## Schedule 5.11(d)
## Property Tax Proration

| Property ID # | Type | Owner Name | Description | Acres | 2010 Value | 2010 Tax Rate | 2010 Tax |
|---|---|---|---|---|---|---|---|
| **Refinery** | | | | | | | |
| 469512 | Real | Age Marketing Co. | Land, Bldgs, Fence | 5.210 | $227,950 | 2.61% | $5,941.12 |
| 469514 | Real | Age Marketing Co. | Land, Shed, Fence | 1.401 | $104,140 | 2.61% | $2,714.69 |
| 469517 | Real | Age Marketing Co. | Land, Shed | 2.412 | $179,820 | 2.61% | $4,687.49 |
| 1111813 | Real | Age Marketing Co. | Land, Warehouse | 6.250 | $461,100 | 2.61% | $12,019.80 |
| 1111814 | Real | Age Marketing Co. | Land, Bldgs | 2.088 | $154,720 | 2.61% | $4,033.19 |
| 469513 | Real | Age Refining, Inc. | Industrial Land | 5.600 | $914,760 | 2.61% | $23,845.66 |
| 469515 | Real | Albert Gonzales | Industrial Land | 8.692 | $598,230 | 2.61% | $15,594.46 |
| 809297 | Personal | Age Refining & Mktng. | M&E | | $16,986,370 | 2.61% | $442,794.93 |
| 1124925 | Personal | Age Refining & Mktng. | M&E - TCEQ Exempt | | $1,023,060 | | Exempt |
| 1149535 | Personal | Age Refining, Inc. | M&E - TCEQ Exempt | | $79,110 | | Exempt |
| **Elmendorf Terminal - Lamm Rd.** | | | | | | | |
| 160495 | Real | Age Refining, Inc. | Industrial Land | 4.971 | $75,790 | 2.23% | $1,690.33 |
| 160497 | Real | Age Refining, Inc. | Industrial Land | 3.281 | $50,020 | 2.23% | $1,115.58 |
| 812919 | Personal | Age Refining, Inc. | Storage Tanks (4) | | $3,935,100 | 2.23% | $87,763.58 |
| **Total** | | | | | **$24,790,170** | | **$602,200.83** |
| | | | | | | 111 days/365 days= | 0.3041 |
| | | | | | | Seller Pro-rated Tax= | **$183,135.05** |

L & B 12836/0002/L0506151.DOC