## Schedule 5.17
## Employees

| Employee Name | Status | Hire Date |
|---|---|---|
| Acker, Ryan G. | Active | May 1, 2009 |
| Allen, Deborah R. | Active | March 18, 2009 |
| Almaguer, Eric W. | Active | March 14, 2005 |
| Baeza, Jose L. | Active | March 29, 2004 |
| Besinaiz, Christobal | Active | August 30, 2004 |
| Brown, Christopher | Active | October 1, 2007 |
| Brown, Keith V. | Active | January 16, 2007 |
| Calderon Jr., Eberardo | Active | February 6, 2007 |
| Campbell, Cynthia A. | Active | December 1, 2008 |
| Carranza, Aruturo | Active | May 31, 2005 |
| Chavez, Ernest J. | Active | May 14, 2001 |
| Crump, Edwin T. | Active | October 27, 2008 |
| Dangler, Roger W. | Active | March 24, 1999 |
| Dorrow, Feff | Active | March 27, 2006 |
| Drury, Mary R. | Active | September 20, 2007 |
| Duffek, David | Active | March 18, 1992 |
| Duffek, Elizabeth L. | Active | March 15, 1999 |
| Esparza, Victor L. | Active | November 27, 2006 |
| Felter, Andrew D. | Active | January 21, 2008 |
| Felux, Edwin James | Active | March 18, 1992 |
| Fowler, Bill D. | Active | March 30, 2009 |
| Galan, Ruben M. | Active | March 16, 2007 |
| Garcia, Joel | Active | September 17, 2007 |
| Garcia, David R. | Active | July 22, 1996 |
| Garcia, Johnny L. | Active | November 12, 2007 |
| Garcia, Raul R. | Active | May 25, 2004 |
| Garza, Normal I. | Active | August 7, 2009 |
| Gerland, Kenneth W. | Active | January 29, 2007 |
| Gibbens, Milton R. | Active | August 14, 2008 |
| Goodman, Philip J. | Active | May 17, 2004 |
| Greenway, Erik B. | Active | October 29, 2007 |
| Gullette, Alan B. | Active | October 12, 2009 |
| Guinn, Amy S. | Active | June 9, 2008 |
| Harrison, Michael H. | Active | January 22, 2007 |
| Hernandez, Jesus G. | Active | September 17, 1999 |
| Hernandez, Vanessa | Active | October 29, 2007 |
| Johnson, Tommy L. | Active | July 26, 1993 |
| Jones, Jennifer R. | Active | November 10, 2008 |
| Knoblauch, Roland H. | Active | July 7, 2008 |
| Lawson, Kimberly O. | Active | January 21, 2008 |

L & B 12836/0002/L0506151.DOC

| Lerma, Gilbert | Active | November 7, 2007 |
|---|---|---|
| Lockhart, Thomas A. | Active | March 23, 2009 |
| Lucas, Darrell L. | Active | March 1, 1999 |
| McElroy, Charles | Active | September 22, 2008 |
| Menchaca, Matthew L. | Active | December 28, 1998 |
| Mireles, Gilbert V. | Active | October 30, 2009 |
| Mitchell, Lonnie J. | Active | February 12, 2009 |
| Moreau, Roger A. | Active | December 4, 2006 |
| O'Reilly, Paul D. | Active | August 1, 2009 |
| Ortega, Elias G. | Active | March 23, 2009 |
| Ortega, Luis A. | Active | August 6, 2009 |
| Ortiz, Brenda G. | Active | September 1, 2000 |
| Palomo, Patricia J. | Active | April 11, 2005 |
| Patterson, Matthew F. | Active | March 15, 2010 |
| Pena, Jessica F. | Active | January 2, 2008 |
| Perez, Andrew | Active | May 15, 2006 |
| Ramirez, Richard | Active | January 26, 2009 |
| Renteria, Gabriel A. | Active | March 29, 1999 |
| Roberts, Adam | Active | February 1, 2010 |
| Saenz, Jacquin O. | Active | June 27, 2006 |
| Salazar, Elliott | Active | December 16, 2009 |
| Sanchez, Maria D. | Active | November 28, 2005 |
| Sanchez, Rafael | Active | February 3, 1998 |
| Segura, Phillip R. | Active | October 15, 2007 |
| Smith, Christopher R. | Active | May 12, 2008 |
| Stevens, Carol J. | Active | December 14, 2009 |
| Steiger, Lloyd A. | Active | April 24, 2006 |
| Stuart, Elizabeth A. | Active | February 4, 2008 |
| Tyalor, Thomas A. | Active | October 16, 2006 |
| Thane, Jr., Victor E. | Active | January 15, 2007 |
| Torres, Flora | Active | November 1, 2008 |
| Torres, John H. | Active | January 24, 2005 |
| Trevino, Arturo R. | Active | August 28, 2006 |
| Trevino, Juan A. | Active | March 18, 1992 |
| Trefger, Lisa J. | Active | September 4, 2002 |
| Vega, Christina I. | Active | June 17, 2008 |
| Vega, Nelson X. | Active | November 12, 2007 |
| Vogler, Anngela | Active | August 27, 2009 |
| Vogler, August J. | Active | July 16, 2007 |
| Wendland, Herman J. | Active | October 6, 2008 |
| Wiedenfeld, Rory Dale | Active | July 24, 1995 |
| Zermeno, Leila | Active | August 3, 2007 |