**SO ORDERED.**

**SIGNED this 12th day of April, 2011.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
|---|---|---|
| | § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § | |
| | § | CASE NO. 10-50501 |
| Debtor. | § | |

**ORDER GRANTING IN PART MOTION TO CONTINUE HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES OUTSIDE THE ORDINARY COURSE OF BUSINESS AND SETTING STATUS CONFERENCE**

[Relates to Docket No. 879]

Before this Court on April 8, 2011 came on for consideration the Trustee's Motion to Continue Hearing on his Motion for Entry of Order Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Outside the Ordinary Course of Business (the "Sale Motion"), and the Court, after considering said Motion to Continue and the pleadings on file as well as the arguments of counsel is of the opinion that the Motion to Continue should be and hereby is GRANTED IN PART; it is therefore

ORDERED that a Status Hearing on this matter is set for Monday, April 11, 2011 at 2:00 P.M. before the Honorable Leif M. Clark in the United States Bankruptcy Court, 615 E. Houston Street, Post Office and Courthouse, Third Floor, Courtroom No. 1, San Antonio, Texas 78205. It is further

ORDERED that the hearing on the merits of the Trustee's Sale Motion is hereby continued and reset for Thursday, April 14, 2011 at 9:30 A.M. before the Honorable Leif M. Clark in the United States Bankruptcy Court, 615 E. Houston Street, Post Office and Courthouse, Third Floor, Courtroom No. 1, San Antonio, Texas 78205.

IT IS SO ORDERED.

# # #

Submitted by:

David S. Gragg
State Bar No. 08253300
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600

**GENERAL COUNSEL TO**
**ERIC J. MOELLER, CHAPTER 11 TRUSTEE**