# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-50501 |
| AGE REFINING, INC., | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND PAPERS

PLEASE TAKE NOTICE THAT the undersigned hereby enters their appearance as counsel for NUSTAR REFINING, LLC in the above referenced case, pursuant to § 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

> Robin Russell
> Andrews Kurth LLP
> 600 Travis Street, Suite 4200
> Houston, Texas 77002
> Telephone: (713) 220-4086
> Facsimile: (713) 238-7192
> email: robinrussell@andrewskurth.com

> Joseph P. Rovira
> Andrews Kurth LLP
> 600 Travis Street, Suite 4200
> Houston, Texas 77002
> Telephone: (713) 220-4609
> Facsimile: (713) 238-5009
> email: josephrovira@andrewskurth.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any

application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Respectfully submitted this 13th day of April, 2011.

By: */s/ Chasless L. Yancy*
Robin Russell
State Bar No. 17424001
Chasless L. Yancy
State Bar No. 24033481
Joseph P. Rovira
State Bar No. 24066008
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200 (Telephone)
(713) 220-4285 (Facsimile)

**COUNSEL FOR NUSTAR REFINING, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service of Papers was served upon the parties listed below via U.S. first class mail, postage prepaid and/or ECF for those parties set up for ECF on this 13th day of April, 2011.

                By: */s/ Joseph P. Rovira*
                      Joseph P. Rovira

HOU:3109122.1