IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AGE REFINING, INC., | § | Case No. 10-50501 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned represents NuStar Refining, LLC, and hereby enters an appearance pursuant to § 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed to the following person:

> Monica S. Blacker
> Andrews Kurth LLP
> 1717 Main St., Suite 3700
> Dallas, Texas 75201
> monicablacker@andrewskurth.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

DATED this 13th day of April, 2011.

Respectfully submitted,

**ANDREWS KURTH LLP**

By: /s/ Monica S. Blacker
    Monica S. Blacker
    State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**COUNSEL FOR NUSTAR REFINING, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading has been served via electronic court filing on the 13th day of April, 2011.

    /s/ Monica S. Blacker
    Monica S. Blacker