**SO ORDERED.**

**SIGNED this 13th day of April, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASE |
| | § | |
| AGE REFINING, INC. | § | CASE NO. 10-50501-LMC |
| | § | |
| Debtor. | § | |

**ORDER AUTHORIZING AND AWARDING THIRD INTERIM APPLICATION
FOR COMPENSATION OF FEES AND EXPENSES TO MARTIN & DROUGHT, P.C.,
AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE**

WHEREAS, in said District, came on for consideration the Third Interim Application for Compensation of Fees and Expenses, (the "Third Interim Application") of Martin & Drought, P.C., ("MDPC"), as Counsel to the Unsecured Creditors Committee, (the "Committee"), seeking interim allowance of compensation and reimbursement of actual and necessary expenses for the period of November 1, 2010 through February 28, 2011 of $79,967.50 in fees, $3,777.98 in expenses; and it appearing that MDPC has incurred fees during this Third interim period in the amount of $79,967.50 and expenses of $3,777.98 for which no previous approval has been sought; and the Court further finding, the compensation sought in the Third Interim Application is reasonable and appropriate and

consistent with the Order Authorizing MDPC to be retained by the Committee [Docket No. 246]; and the Court further finding the compensation sought in the Third Interim Application is reasonable and appropriate, and the Court further finding that, to the extent herein provided, the compensation should be awarded and the reimbursement of out-of-pocket expenses should be authorized from the estate. It is therefore,

ORDERED, ADJUDGED and DECREED that MDPC be and it hereby is, awarded interim compensation for fees in the amount of $79,967.50. It is further,

ORDERED, ADJUDGED and DECREED that MDPC be and hereby is awarded reimbursement for out-of-pocket expenses in the amount of $3,777.98. It is further,

ORDERED, ADJUDGED and DECREED that MDPC be and hereby is provided final approval for all fees awarded in these proceedings in the amount of $79,967.50, expenses in the amount of $3,777.98, for a total of $83,745.48.

###