IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 Case |
| AGE REFINING, INC., | § § | |
| Debtor. | § § § | Case No. 10-50501 |

## TRUSTEE'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON APRIL 14, 2011 AT 9:30 A.M.

NOW COMES Eric J. Moeller, the Chapter 11 Trustee, and hereby submits this *Witness and Exhibit List* for the hearing to be held on Thursday, April 14, 2011 at 9:30 a.m. on:

- [Doc. No. 879] *Trustee's Motion for Entry of Order Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Outside the Ordinary Course of Business*

- [Doc. 901] *Supplement to Trustee's Motion to Sell*

- [Doc. 903] *Second Supplement to Trustee's Motion to Sell*

### WITNESSES

1. Eric J. Moeller, Chapter 11 Trustee
2. Lisa Trefger, CPA, Director of Business Administration and Regulatory Affairs for the Debtor
3. Michael Schmidt and/or Jenna Wittig of Global Hunter Securities
4. Michael Hoeltzel, Senior Vice Presdient, NuStar
5. Curt V. Anastasio, CEO, NuStar

The Trustee reserves the right to call any witnesses designated by any other party, as well as call witnesses as required to rebut the testimony of any witness.

### EXHIBITS

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECTED | ADMIT | DATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|
| 1. | Indicative Offer by Designated Purchaser | | | | | | |
| 2. | Asset Purchase Agreement dated 4/11/2011 | | | | | | |

| 3. | Affidavit and Proffer of Direct Testimony of Eric J. Moeller | | | | | | |
|---|---|---|---|---|---|---|---|
| 4. | Affidavit and Proffer of Direct Testimony of Michael J. Schmidt | | | | | | |
| 5. | Affidavits and Proffers of Direct Testimony of NuStar Witnesses | | | | | | |
| 6. | Various Charts Setting Forth Historical "Crack Spread" Margins | | | | | | |
| 7. | Historical Data on Other Refinery Sales | | | | | | |

The Trustee reserves the right to introduce any exhibit designated by any other party in interest.

The Trustee further reserves the right to supplement or amend this list or introduce any evidence necessary for rebuttal.

Dated: April 13, 2011

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED

Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889

By: /s/ 
DAVID S. GRAGG
Texas State Bar No. 08253300
STEVEN R. BROOK
Texas State Bar No. 03042300
NATALIE WILSON
Hawaii 8852 *Admitted pro hac vice*

GENERAL COUNSEL FOR ERIC J. MOELLER, CHAPTER 11 TRUSTEE