UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AGE REFINING, INC., | § | Case No. 10-50501-LMC |
| | § | |
| Debtor | § | |

**TRUSTEE'S MOTION TO SET BAR DATE FOR FILING ADMINISTRATIVE CLAIMS**

TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:

Eric J. Moeller, the duly appointed Chapter 11 Trustee in the above-captioned case (the "Trustee") hereby files his *Motion to Set Bar Date for Filing Administrative Claims* (the "Motion"). In support of the Motion, the Trustee respectfully represents as follows:

## I. JURISDICTION, VENUE AND BACKGROUND

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On February 8, 2010, (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.

3. On or about March 17, 2010, the United States Trustee appointed a Committee of Unsecured Creditors (the "Committee").

4. On or about June 16, 2010, the Court entered an agreed order authorizing the appointment of a Chapter 11 Trustee. On or about July 6, 2010, the Court entered an order appointing Eric J. Moeller as Chapter 11 Trustee.

L & B 12836/0002/L0519923.DOC/

5. The statutory predicates for the relief requested herein are sections 105(a) and 330 of the Bankruptcy Code. The relief requested is also consistent with the Local Rules of Bankruptcy Procedure for the Western District of Texas (the "Local Rules").

6. The Trustee, acting under Court-approved bid procedures, sold substantially all of the Debtor's refining assets to NuStar Energy LP ("NuStar"); such sale was approved by this Court on April 14, 2011 (Docket No. 913), and closed on April 19, 2011. The Trustee filed a Motion to approve bid procedures for the sale of a lease on a terminal located at Redfish Bay in Aransas Pass, Texas (the "Redfish Bay Assets"). On May 20, 2011, the Court approved the sale of the Redfish Bay Assets (Docket No. 978). The sale of the Redfish Bay Assets closed on May 20, 2011.

7. Following the sale of the Redfish Bay Assets, the Debtor effectively ceased operations and the only remaining substantial assets of the estate are the pending litigation against Glen Gonzalez, et al., Adversary No. 10-05120 (the "Gonzalez Litigation"), as well as insurance claims and collection of insider accounts receivable.

8. As no operations are continuing, the Estate has begun to wind down. Ascertaining the amounts and number of unpaid administrative claims is an important part of moving forward with this bankruptcy case.

## II. RELIEF REQUESTED

9. As a part of the wind down process, it is imperative that the Trustee have knowledge of all potential administrative claims which may exist.

10. The Trustee respectfully requests the Court to set a bar date of thirty (30) days (the "Bar Date") following entry of this Order.

### III. PRAYER

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Trustee's Motion to Set Bar Date for Filing Administrative Claims and granting such other and further relief as this Court deems just and proper under the circumstances.

Dated: June 13, 2011.

                                                Respectfully submitted

LANGLEY & BANACK, INCORPORATED
Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889
E-mail: dgragg@langleybanack.com

By: _____
DAVID S. GRAGG
Texas Bar No. 08253300
STEVEN R. BROOK
Texas Bar No. 03042300
ALLEN DeBARD
Texas Bar No. 24065132
NATALIE F. WILSON
Hawaii Bar No. 8852
Admitted *Pro Hac Vice*

ATTORNEYS FOR ERIC J. MOELLER,
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 13, 2011, true and correct copies of the foregoing Motion was served upon those creditors and interested parties reflected on the limited service list established in this case and by electronic means to those ECF/PACER participants.

**United States Trustee:**
Kevin Epstein
P.O. Box 1539
San Antonio, TX 78295-1539

_____
DAVID S. GRAGG