Expedited hearing shall be held on 6/23/2011 at 10:00 AM in SA Courtroom 1. Movant is responsible for notice.



**SO ORDERED.**

**SIGNED this 14th day of June, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § § | CASE NO. 10-50501-LMC |
| Debtor. | § § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR EXPEDITED CONSIDERATION OF:**

- **TRUSTEE'S MOTION TO SET BAR DATE FOR FILING ADMINISTRATIVE CLAIMS AND**

- **TRUSTEE'S MOTION TO (I) COMPEL ALL PROFESSIONALS OF THE DEBTOR AND TRUSTEE NO LONGER PROVIDING PROFESSIONAL SERVICES TO FILE FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED; AND (II) SET A BAR DATE FOR FILING FINAL FEE APPLICATIONS**

ON THIS DAY, CAME ON TO BE CONSIDERED the Motion to Expedite filed by Eric J. Moeller, Chapter 11 Trustee, seeking an expedited setting on *(A) Trustee's Motion to Set Bar Date for Filing Administrative Claims* and *(B) Motion to (I) Compel all Professionals of the Debtor and Trustee no Longer Providing Professional Services to File Final Applications for*

L & B 12836/0002/L0519957.DOC/

*Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred; and (II) Set a Bar Date for Filing Final Fee Applications.* Upon the facts represented therein, this Court finds that the Motion to Expedite is well-taken and should be and hereby is GRANTED; it is therefore

**ORDERED** that a hearing is set on an expedited basis for the 23rd day of June 2011 at _____ \_\_\_\_..M. before the Honorable Leif M. Clark, United States Bankruptcy Court, Post Office Building and Courthouse, 615 E. Houston Street, Courtroom No. 1, Third Floor, San Antonio, Texas 78205; it is further

**ORDERED** that the Trustee shall be responsible for notice.

### #

Submitted by:

David S. Gragg
State Bar No. 08253300
Allen M. DeBard
State Bar No. 24065132
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600

**GENERAL COUNSEL TO
ERIC J. MOELLER, CHAPTER 11 TRUSTEE**

```
United States Bankruptcy Court
Western District of Texas
In re:                                                                Case No. 10-50501-lmc
Age Refining, Inc                                                     Chapter 11
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0542-5        User: chapab          Page 1 of 2         Date Rcvd: Jun 15, 2011
                            Form ID: pdfintp      Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2011.
db           +Age Refining, Inc,    7811 S. Presa St.,    San Antonio, TX 78223-3547
aty          +Bryan J. Wells,    Conner & Winters, LLP,    211 North Robinson, Suite 1700,
               Oklahoma City, OK 73102-7261
aty          +Charles S. Kelley,    Mayer Brown LLP,    700 Louisiana #3400,    Houston, TX 77002-2798
aty          +Cox Smith Matthews Incorporated,    112 E. Pecan Street,    Suite 1800,
               San Antonio, TX 78205-1521
aty          +Erica N. Beck,   Jones, Walker, et. al., LLP,   201 Saint Charles Avenue, Suite 5100,
               New Orleans, LA 70170-5101
aty          +Mark D. Goranson,    550 Westcott, Suite 415,    Houston, TX 77007-5195
aty          +Michael J. McGinnis,    1001 Louisiana, Suite S1905A,    Houston, TX 77002-5089
aty          +William W. Cason,    Gaither Petroleum Corporation,    18000 Groeschke Road, Suite A1,
               Houston, TX 77084-5642
cr           +Allen Ramirez,    c/o Harlin C. Womble, Jr.,    Jordan, Hyden, Womble, Culbreth & Holzer,
               500 N. Shoreline, Suite 900,    Corpus Christi, TX 78401-0341
cr           +Bay Ltd.,    1414 Corn Products Road,    Corpus Christi, Tx 78409-3020
intp         +David H. Brock,    301 E. San Antonio,    Boerne, TX 78006-2051
cr           +Dynamic Industries, Inc.,    c/o Erica N. Beck, Jones Walker,    201 St. Charles Avenue, 49th Floor,
               New Orleans, LA 70170-1000
intp         +Eric Moeller,    114 Legend Hollow,    Boerne, TX 78006-4209
intp         +FTI Consulting, Inc,    Albert S. Conly,    2001 Ross Ave, Suite 400,    Dallas, TX 75201-2916
intp         +Francis Law Firm, P.C.,    W. Bebb Francis, III,    112 E. Pecan, Ste 550,
               San Antonio, TX 78205-1595
cr           +Gaither Petroleum Corporation,    18000 Groschke Road, Building A1,    Houston, tx 77084-5642
intp         +Grant Thornton,    Grant Thornton LLP,    333 Clay Street, Ste 2700,    Houston, TX 77002-4168
cr           +Gulfmark Energy, Inc.,    4400 Post Oak Pkwy Ste 2700,    Houston, TX 77027-3417
intp         +Hallett & Perrin, P.C.,    Robert E. Luxen,    2001 Bryan St., Ste 3900,    Dallas, TX 75201-3093
cr            IKON Financial Services,    1738 Bass Road,    P.O. Box 13708,    Macon, GA 31208-3708
intp         +James R. Dublin,    3015 San Pedro,    San Antonio, TX 78212-2269
cr           +John D. Manley, III, Operator, Inc.,    3206 Reid Drive, Suite 12-A,
               Corpus Christi, TX 78404-2551
intp         +Joseph F. Guida,    Guida, Slavich & Flores, P.C.,    750 N. St. Paul St., Ste 200,
               Dallas, TX 75201-3205
intp         +Karl L. Killian,    The Claro Group, LLC,    600 Travis Street, #6950,    Houston, TX 77002-3012
cr           +Manco Corporation,    3206 Reid Drive, Suite 12-A,    Corpus Christi, TX 78404-2551
cr           +Mary Mercado,    c/o Harlin C. Womble, Jr.,    Jordan, Hyden, Womble, Culbreth & Holzer,
               500 N. Shoreline, Suite 900,    Corpus Christi, TX 78401-0341
intp         +Muse, Stancil & Co,    W. P. (Paul) Ruwe,    Two Allen Center,    1200 Smith St, Suite 1600,
               Houston, TX 77002-4403
cr           +Official Committee of Unsecured Creditors,    c/o Michael G. Colvard, Esq.,    Martin & Drought, PC,
               300 Convent, 25th Fl.,    San Antonio, TX 78205-3716
cr            Pemex Exploracion y Produccion,    Av. Marina Nacional No. 329,    Mexico City, D.F.,    11311
intp         +Ronald H. Uscher,    Two Lafayette Centre,    1133 21st St., NW, Ste 500,
               Washington, DC 20036-3331
cr           +Ryan, Inc.,    Bruce W. Akerly,    Cantey Hanger LLP,    1999 Bryan Street,    Suite 3330,
               Dallas, Tx 75201-6874
intp         +Scott T. Crouch,    404 Camp Craft Rd.,    Austin, TX 78746-6508
cr           +South Texas Operating Company,    Attn: Joseph M. Harris,    P.O. Box 17405,
               San Antonio, TX 78217-0405,    U.S.A.
cr           +Suemaur Exploration & Production, LLC,    800 North Shoreline Blvd., Suite 800S,
               Corpus Christi, TX 78401-3765
cr           +T-C Oil Company,    Anderson Smith Null Stofer, LLP,    Richard T. Chapman,    P.O. Box 1969,
               Victoria, TX 77902-1969
cr           +Taylor Central Appraisal District,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
intp          Texas Commission on Environmental Quality,    c/o Office of the Attorney General,
               P. O. Box 12548    MC-008,    Austin, TX 78711-2548
cr           +Texas Crane Services,    c/o Sam Drugan,    Warren, Drugan & Barrows, P.C.,    800 Broadway,
               San Antonio, TX 78215-1517
cr           +Truth Resources, L.P.,    440 Louisiana, Ste 900,    Houston, tx 77002-4205
cr           +United States of America,    c/o Gary W. Wright,    Assistant United States Attorney,
               601 N.W. Loop 410, Suite 600,    San Antonio, TX 78216-5512
intp         +Visser Shidlofsky LLP,    7200 North Mopac Expresswy Ste 430,    Austin, TX 78731-2696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: BNCEmails@blinellc.com Jun 15 2011 23:20:13     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
cr           +E-mail/Text: janehelm@superiorcrude.com Jun 15 2011 22:47:55      Superior Crude Gathering Inc.,
               P.O. Box 260784,    Corpus Christi, TX 78426-0784
                                                                                               TOTAL: 2
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| aty | Langley & Banack, Inc. |
| aty | Peckar & Abramson, P.C. |
| tr | Eric Moeller |
| cr | AGE Transportation, Inc. |
| cr | AZZ Galvanizing Services |
| intp | Albert Glen Gonzalez |
| intp | Albert Gonzalez |
| cr | Andrews Myers Coulter & Hayes, P.C. |
| intp | Andrews Transport, LP |
| cr | Bexar County, Linebarger Goggan et al |
| cr | Big Star LLP / Saint James Energy Operating, Inc. |
| intp | Calumet Specialty Products Partners, LP |
| cr | Chase Capital Corporation |
| intp | Dublin & Associates, Inc. |
| cr | El Paso Merchant Energy-Petroleum Company |
| cr | Enduring Resources, LLC |
| intp | Glen Gonzalez |
| intp | Global Hunter Securities, LLC |
| intp | Grant Thornton LLP as Financial Advisors to the Ch |
| intp | Guida Slavich & Flores, P.C. |
| cr | JPMorgan Chase Bank, N.A. |
| cr | Killam Oil Co., Ltd. |
| cr | Landcoast Insulation, Inc. |
| cr | Live Oak CAD |
| cr | M. Frank Russell |
| cr | Magnatex Pumps, Inc. |
| cr | Mission Controls & Supply |
| cr | Mitsubishi International Corporation |
| intp | NuStar Refining, LLC |
| cr | Nueces County |
| cr | Overland Contracting, Inc. |
| intp | Padgett, Stratemann & Co., LLP |
| cr | Polaris Construction |
| cr | Polaris Engineering |
| intp | RPS JDC, Inc. |
| cr | Redfish Bay Terminal, Inc. |
| cr | SEMCRUDE, L.P. |
| cr | Shell Trading (US) Company |
| cr | Texas Comptroller of Public Accounts |
| cr | Texpata Pipeline Co. |
| intp | The Claro Group, LLC as Insurance Consultants for |
| intp | Tierra G Squared Land & Properties, L.P. |
| intp | Travis Wolff, LLP |
| intp | Travis Wolff, LLP as Accountants to the Chapter 11 |

TOTALS: 44, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**          **Signature:**          *Joseph Speetjens*