

**SO ORDERED.**

**SIGNED this 28th day of June, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **AGE REFINING, INC.,** | § § | **CHAPTER 11 CASE** |
| Debtor. | § § § | **CASE NO. 10-50501-LMC** |

### ORDER GRANTING TRUSTEE'S MOTION
### TO SET BAR DATE FOR FILING ADMINISTRATIVE CLAIMS

**ON THIS DAY, CAME ON TO BE CONSIDERED** the *Trustee's Motion to Set Bar Date for Filing Administrative Claims* [Docket No. 1020] (the "Motion"). Counsel for the Trustee appeared. No party in interest appeared in opposition to the Motion. The Court, after considering the pleadings on file, and representations on the records, is of the opinion that a deadline should be fixed for filing administrative claims, other than Court approved professionals. It is therefore

**ORDERED** that the Motion to Set Bar Date for Filing Administrative Claims is GRANTED. It is further

**ORDERED** that August 1, 2011 is established as the bar date for filing administrative claims for reimbursement of expenses of administration of the above estate. It is further

-2-

**ORDERED** that wherever possible, if the Trustee has a valid e-mail address for a professional or other potential claim, Trustee shall give notice by e-mail in addition to any other form of notice; it is further

**ORDERED** that the Trustee shall send either a copy of this Order or Notice of the Bar Date on not later than June 30, 2011 to all parties in interest on the Debtor's matrix and any other parties that the Debtor did business with after the Chapter 11 case was filed in order to notify them of the deadline for filing administrative claims and use e-mail addresses when the Trustee has a valid e-mail address as additional notice.

**IT IS SO ORDERED.**

# # #

Submitted by:

David S. Gragg
State Bar No. 08253300
Steven R. Brook
State Bar No. 03042300
Allen M. DeBard
State Bar No. 24065132
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600

**GENERAL COUNSEL TO**
**ERIC J. MOELLER, CHAPTER 11 TRUSTEE**