IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>AGE REFINING, INC.,<br><br>Debtor. | § §<br>§<br>§ CHAPTER 11 CASE<br>§<br>§ CASE NO. 10-50501<br>§<br>§ |

### NOTICE OF BAR DATE
### FOR FILING ADMINISTRATIVE CLAIMS

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

NOW COMES Eric J. Moeller, the Chapter 11 Trustee (the "Trustee"), and hereby provides the following notice to all creditors and parties in interest:

The Bankruptcy Court, on June 28, 2011, entered an Order Granting the Trustee's Motion to Set Bar Date for Filing Administrative Claims [Docket No. 1041] (other than Court approved Professionals some of which are subject to another Order also entered on June 28, 2011).

Pursuant to this Order Granting the Trustee's Motion to Set Bar Date for Filing Administrative Claims, the Court set August 1, 2011 as the Administrative Claims Bar Date in this case. Administrative Claims are generally those that arise <u>after</u> the commencement date of this Chapter 11 case which was February 8, 2010. All applications or other requests for payment of Administrative Claims (except Professional Fee Claims) must be received and filed with the Bankruptcy Court by August 1, 2011 (Clerk, United States Bankruptcy Court, P.O. Box 1439, San Antonio, Texas 78295-1439). If you are a claimant under 11 U.S.C. § 503(b)(9) and have previously filed a claim pursuant to prior Court Order, you do not need to file an additional claim.

**Again, the last day for timely filing administrative claims (except for Court approved professionals) is August 1, 2011. Failure to file an administrative claim by August 1, 2011 will result in such claim being forever barred.**

L & B 12836/0002/L0528837.DOC/

Dated: June 30, 2011

                           Respectfully submitted,

                           **LANGLEY & BANACK, INCORPORATED**
                           745 E. Mulberry, Suite 900
                           San Antonio, Texas 78212
                           (210) 736-6600 Telephone
                           (210) 735-6889 Telecopier

By:   /s/ *David S. Gragg*
        DAVID S. GRAGG
        State Bar No. 08253300
        STEVEN R. BROOK
        State Bar No. 03042300
        NATALIE WILSON
        State Bar No. 24076779

        **GENERAL COUNSEL TO ERIC J. MOELLER**
        **THE CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2011, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and to all parties on the entire service list (via e-mail where possible) and/or by United States First Class Mail, postage prepaid.

                           */s/ David S. Gragg*
                           David S. Gragg

-2-

# EXHIBIT "A"

10-50501-lmc Doc#1045 Filed 06/30/11 Entered 06/30/11 09:35:31 Main Document Pg 3 of 5

| UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION | | **PROOF OF ADMINISTRATIVE CLAIM** |
|---|---|---|
| IN RE:<br>**AGE REFINING, INC.**,<br>DEBTOR | CHAPTER 11<br>CASE NO. **10-50501** | |
| IMPORTANT NOTE: This form should only be used to make a claim for an administrative expense arising on or after February 8, 2010. IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO FEB. 8, 2010.<br><br>**Name of Creditor and Address**: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement given particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the court. | |
| Creditor Telephone Number: | | |
| CREDITOR TAX ID NUMBER: | ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if ☐amends<br>This claim ☐ replaces<br><br>a previously filed claim dated: _____ |
| 1. BASIS FOR ADMINISTRATIVE CLAIM<br><br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Contractual or lease obligations | ☐ Personal injury/wrongful death/property damage<br>☐ Taxes<br>☐ Other (describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below:<br>Las four digits of SS #:<br><br>Unpaid compensation for services performed from _____ to _____<br>       Date     Date |
| 2. DATE DEBT WAS INCURRED:<br>(arising on or after February 8, 2010) | | 3. IF COURT JUDGMENT, DATE OBTAINED: |
| 4. **TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**<br>    $_____<br>If all or part of your claim is secured, also complete Item 5 below.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.<br>Attach itemized statement of all interest or additional charges. | | |
| 5. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information) | | |
| 7. SUPPORTING DOCUMENTATION:<br><br>☐ This claim is supported by documentation that is attached hereto, or<br>☐ This claim is supported by documentation that is not attached hereto because _____<br>_____ | | **THIS SPACE FOR COURT USE ONLY** |
| DATE SIGNED:_____<br><br>SIGN and print the name and title, if any of the creditor or other person authorized to file this claim (attach power of attorney, if any)<br><br>BY: | | |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE CLAIM

1.Please read this proof of administrative claim form carefully and fill it in completely and accurately.

2.Print legibly. Your claim may be disallowed if it cannot be read or understood.

3.Attach additional pages if more space if required to complete this proof of administrative claim.

4.**THIS FORM SHOULD ONLY BE USED TO MAKE A CLAIM FOR AN ADMINISTRATIVE EXPENSE, AS DEFINED IN 11 U.S.C. § 503, THAT WAS INCURRED ON OR AFTER FEBRUARY 8, 2010. THIS FORM IS NOT FOR FILING CLAIMS ARISING PRIOR TO FEBRUARY 8, 2010.**

5.Only list the last four digits of your social security number.

6.If mailing this Proof of Administrative Claim form, send the **original** to the

United States Bankruptcy Court
Office of the Clerk
P.O. BOX 1439
San Antonio, TX 78295-1439

and a **copy** to

David S. Gragg / Steven R. Brook
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

7.To obtain verification that your Proof of Administrative Claim was received by the United States Bankruptcy Court, include a copy of the completed Proof of Administrative Claim and a self-addressed, postage prepaid, return envelope when you file this form with the United States Bankruptcy Court.

8.THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTS THAT PROVE THAT THIS CLAIM IS FOR AN OBLIGATION INCURRED ON OR AFTER FEBRUARY 8, 2010, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST. IF THE DOCUMENTS ARE NOT ATTACHED, THE TRUSTEE MAY SEEK DISALLOWANCE OF YOUR CLAIM.

9.To be considered timely filed, the completed Proof of Administrative Claim must actually be received and filed by the United States Bankruptcy Court by August 1, 2011.