**SO ORDERED.**

**SIGNED this 28th day of June, 2011.**

_____
**LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § § | CASE NO. 10-50501-LMC |
| Debtor. | § § § | |

### ORDER GRANTING TRUSTEE'S MOTION
### TO SET BAR DATE FOR FILING ADMINISTRATIVE CLAIMS

**ON THIS DAY, CAME ON TO BE CONSIDERED** the *Trustee's Motion to Set Bar Date for Filing Administrative Claims* [Docket No. 1020] (the "Motion"). Counsel for the Trustee appeared. No party in interest appeared in opposition to the Motion. The Court, after considering the pleadings on file, and representations on the records, is of the opinion that a deadline should be fixed for filing administrative claims, other than Court approved professionals. It is therefore

**ORDERED** that the Motion to Set Bar Date for Filing Administrative Claims is GRANTED. It is further

**ORDERED** that August 1, 2011 is established as the bar date for filing administrative claims for reimbursement of expenses of administration of the above estate. It is further

**ORDERED** that wherever possible, if the Trustee has a valid e-mail address for a professional or other potential claim, Trustee shall give notice by e-mail in addition to any other form of notice; it is further

**ORDERED** that the Trustee shall send either a copy of this Order or Notice of the Bar Date on not later than June 30, 2011 to all parties in interest on the Debtor's matrix and any other parties that the Debtor did business with after the Chapter 11 case was filed in order to notify them of the deadline for filing administrative claims and use e-mail addresses when the Trustee has a valid e-mail address as additional notice.

**IT IS SO ORDERED.**

# # #

Submitted by:

David S. Gragg
State Bar No. 08253300
Steven R. Brook
State Bar No. 03042300
Allen M. DeBard
State Bar No. 24065132
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600

**GENERAL COUNSEL TO**
**ERIC J. MOELLER, CHAPTER 11 TRUSTEE**

United States Bankruptcy Court
Western District of Texas

In re:  
Age Refining, Inc  
    Debtor

Case No. 10-50501-lmc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: chapab     Page 1 of 2     Date Rcvd: Jun 28, 2011  
                   Form ID: pdfintp     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2011.

```
db          +Age Refining, Inc,    7811 S. Presa St.,    San Antonio, TX 78223-3547
aty         +Bryan J. Wells,    Conner & Winters, LLP,    211 North Robinson, Suite 1700,
              Oklahoma City, OK 73102-7261
aty         +Charles S. Kelley,    Mayer Brown LLP,    700 Louisiana #3400,    Houston, TX 77002-2798
aty         +Cox Smith Matthews Incorporated,    112 E. Pecan Street,    Suite 1800,
              San Antonio, TX 78205-1521
aty         +Erica N. Beck,    Jones, Walker, et. al., LLP,    201 Saint Charles Avenue, Suite 5100,
              New Orleans, LA 70170-5101
aty         +Mark D. Goranson,    550 Westcott, Suite 415,    Houston, TX 77007-5195
aty         +Michael J. McGinnis,    1001 Louisiana, Suite S1905A,    Houston, TX 77002-5089
aty         +William W. Cason,    Gaither Petroleum Corporation,    18000 Groeschke Road, Suite A1,
              Houston, TX 77084-5642
cr          +Allen Ramirez,    c/o Harlin C. Womble, Jr.,    Jordan, Hyden, Womble, Culbreth & Holzer,
              500 N. Shoreline, Suite 900,    Corpus Christi, TX 78401-0341
cr          +Bay Ltd.,    1414 Corn Products Road,    Corpus Christi, Tx 78409-3020
intp        +David H. Brock,    301 E. San Antonio,    Boerne, TX 78006-2051
cr          +Dynamic Industries, Inc.,    c/o Erica N. Beck, Jones Walker,    201 St. Charles Avenue, 49th Floor,
              New Orleans, LA 70170-1000
intp        +Eric Moeller,    114 Legend Hollow,    Boerne, TX 78006-4209
intp        +FTI Consulting, Inc,    Albert S. Conly,    2001 Ross Ave, Suite 400,    Dallas, TX 75201-2916
intp        +Francis Law Firm, P.C.,    W. Bebb Francis, III,    112 E. Pecan, Ste 550,
              San Antonio, TX 78205-1595
cr          +Gaither Petroleum Corporation,    18000 Groschke Road, Building A1,    Houston, tx 77084-5642
intp        +Grant Thornton,    Grant Thornton LLP,    333 Clay Street, Ste 2700,    Houston, TX 77002-4168
cr          +Gulfmark Energy, Inc.,    4400 Post Oak Pkwy Ste 2700,    Houston, TX 77027-3417
intp        +Hallett & Perrin, P.C.,    Robert E. Luxen,    2001 Bryan St., Ste 3900,    Dallas, TX 75201-3093
cr           IKON Financial Services,    1738 Bass Road,    P.O. Box 13708,    Macon, GA  31208-3708
intp        +James R. Dublin,    3015 San Pedro,    San Antonio, TX 78212-2269
cr          +John D. Manley, III, Operator, Inc.,    3206 Reid Drive, Suite 12-A,
              Corpus Christi, TX 78404-2551
intp        +Joseph F. Guida,    Guida, Slavich & Flores, P.C.,    750 N. St. Paul St., Ste 200,
              Dallas, TX 75201-3205
intp        +Karl L. Killian,    The Claro Group, LLC,    600 Travis Street, #6950,    Houston, TX 77002-3012
cr          +Manco Corporation,    3206 Reid Drive, Suite 12-A,    Corpus Christi, TX 78404-2551
cr          +Mary Mercado,    c/o Harlin C. Womble, Jr.,    Jordan, Hyden, Womble, Culbreth & Holzer,
              500 N. Shoreline, Suite 900,    Corpus Christi, TX 78401-0341
intp        +Muse, Stancil & Co,    W. P. (Paul) Ruwe,    Two Allen Center,    1200 Smith St, Suite 1600,
              Houston, TX 77002-4403
cr          +Official Committee of Unsecured Creditors,    c/o Michael G. Colvard, Esq.,    Martin & Drought, PC,
              300 Convent, 25th Fl.,    San Antonio, TX 78205-3716
cr           Pemex Exploracion y Produccion,    Av. Marina Nacional No. 329,    Mexico City, D.F.,    11311
intp        +Ronald H. Uscher,    Two Lafayette Centre,    1133 21st St., NW, Ste 500,
              Washington, DC 20036-3331
cr          +Ryan, Inc.,    Bruce W. Akerly,    Cantey Hanger LLP,    1999 Bryan Street,    Suite 3330,
              Dallas, Tx 75201-6874
intp        +Scott T. Crouch,    404 Camp Craft Rd.,    Austin, TX 78746-6508
cr          +South Texas Operating Company,    Attn: Joseph M. Harris,    P.O. Box 17405,
              San Antonio, TX 78217-0405,    U.S.A.
cr          +Suemaur Exploration & Production, LLC,    800 North Shoreline Blvd., Suite 800S,
              Corpus Christi, TX 78401-3765
cr          +T-C Oil Company,    Anderson Smith Null Stofer, LLP,    Richard T. Chapman,    P.O. Box 1969,
              Victoria, TX 77902-1969
cr          +Taylor Central Appraisal District,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
intp         Texas Commission on Environmental Quality,    c/o Office of the Attorney General,
              P. O. Box 12548    MC-008,    Austin, TX  78711-2548
cr          +Texas Crane Services,    c/o Sam Drugan,    Warren, Drugan & Barrows, P.C.,    800 Broadway,
              San Antonio, TX 78215-1517
cr          +Truth Resources, L.P.,    440 Louisiana, Ste 900,    Houston, tx 77002-4205
cr          +United States of America,    c/o Gary W. Wright,    Assistant United States Attorney,
              601 N.W. Loop 410, Suite 600,    San Antonio, TX 78216-5512
intp        +Visser Shidlofsky LLP,    7200 North Mopac Expresswy Ste 430,    Austin, TX 78731-2696
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           E-mail/PDF: BNCEmails@blinellc.com Jun 29 2011 00:09:12      Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA  98111-9221
cr          +E-mail/Text: janehelm@superiorcrude.com Jun 28 2011 23:04:31      Superior Crude Gathering Inc.,
              P.O. Box 260784,    Corpus Christi, TX 78426-0784
                                                                                              TOTAL: 2
```

```
District/off: 0542-5           User: chapab              Page 2 of 2              Date Rcvd: Jun 28, 2011
                               Form ID: pdfintp          Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Langley & Banack, Inc.
aty           Peckar & Abramson, P.C.
tr            Eric Moeller
cr            AGE Transportation, Inc.
cr            AZZ Galvanizing Services
intp          Albert Glen Gonzalez
intp          Albert Gonzalez
cr            Andrews Myers Coulter & Hayes, P.C.
intp          Andrews Transport, LP
cr            Bexar County,   Linebarger Goggan et al
cr            Big Star LLP / Saint James Energy Operating, Inc.
intp          Calumet Specialty Products Partners, LP
cr            Chase Capital Corporation
intp          Dublin & Associates, Inc.
cr            El Paso Merchant Energy-Petroleum Company
cr            Enduring Resources, LLC
intp          Glen Gonzalez
intp          Global Hunter Securities, LLC
intp          Grant Thornton LLP as Financial Advisors to the Ch
intp          Guida Slavich & Flores, P.C.
cr            JPMorgan Chase Bank, N.A.
cr            Killam Oil Co., Ltd.
cr            Landcoast Insulation, Inc.
cr            Live Oak CAD
cr            M. Frank Russell
cr            Magnatex Pumps, Inc.
cr            Mission Controls & Supply
cr            Mitsubishi International Corporation
intp          NuStar Refining, LLC
cr            Nueces County
cr            Overland Contracting, Inc.
intp          Padgett, Stratemann & Co., LLP
cr            Polaris Construction
cr            Polaris Engineering
intp          RPS JDC, Inc.
cr            Redfish Bay Terminal, Inc.
cr            SEMCRUDE, L.P.
cr            Shell Trading (US) Company
cr            Texas Comptroller of Public Accounts
cr            Texpata Pipeline Co.
intp          The Claro Group, LLC as Insurance Consultants for
intp          Tierra G Squared Land & Properties, L.P.
intp          Travis Wolff, LLP
intp          Travis Wolff, LLP as Accountants to the Chapter 11
                                                                                 TOTALS: 44, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2011**          **Signature:**        *Joseph Speetjens*