## CHASE COLLATERAL VALUATION ANALYSIS

| CHASE CLAIM | CHASE PREPETITION | | CHASE POST-PETITION | | NET VALUE |
|---|---|---|---|---|---|
| $40,212,084.63 (Claim Do. No. 50-1) | Collateral | Value | Collateral | Value | |
| | Refinery (First Lien DIP) | $18 - $20 Million | Refinery | $39 Million (based on Sale of $41. Million less $2 Million for unencumbered asset sold) | $39 Million + collection of unliquidated collateral |
| | Receivables, Inventory, cash, etc. | 0 after deduction of $35 Million Chase Bank First Lien | Liquidated Inventory, cash receivables | | |
| | Second lien - Chase Bank | | | A) Redfish Bay reduction cash of $9.7 Million    Less $5 Million    Net $4.7 Million Less Redfish -$6.5 Million               <$1.8> deficit | $0.0 |
| | TOTAL | $18 - $20 Million | | B) Working Capital Adjustment Cash    $9.7 Million Less Refinery $5.0 Million     Net    $4.7 Million Less payable $5.6 Million            <$900K> deficit | $0.0 |
| | | | Uniquidated 1. ATI receivables 2. Insurance collection 3. Gonzalez receivables | unknown unknown unknown | $ unknown |

