UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AGE REFINING, INC., | § § | Case No. 10-50501-LMC |
| Debtor | § § § | |

**JOINT APPLICATION TO APPROVE COMPROMISE AND SETTLEMENT
OF ADMINISTRATIVE CLAIM OF
ALEXANDER OIL COMPANY AND ALEXANDER TRUCKING COMPANY**

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM
THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

TO THE HONORABLE LEIF M. CLARK,
UNITED STATES BANKRUPTCY JUDGE:

COME NOW Eric J. Moeller, the Chapter 11 Trustee (the "Trustee") and Alexander Oil Company and Alexander Trucking Company (collectively, "Alexander" and together with the Trustee, the "Parties") and file their *Joint Application to Approve Compromise and Settlement* (the "Application") and would respectfully show the Court as follows:

### Background

1. This is a core proceeding over which the Court has jurisdiction under 28 U.S.C. § 157(b). The statutory predicate for relief is Rule 9019 of the Federal Rules of Bankruptcy Procedure.

2. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On February 8, 2010, (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.

4. On or about March 17, 2010, the United States Trustee appointed a Committee of Unsecured Creditors (the "Committee").

5. On or about June 16, 2010, the Court entered an agreed order authorizing the appointment of a Chapter 11 Trustee. On or about July 6, 2010, the Court entered an order appointing Eric J. Moeller as Chapter 11 Trustee.

6. On or about June 13, 2011, the Trustee filed a motion to set the bar date for administrative claims as August 1, 2011 [Docket No. 1020]. The Court signed an Order setting the bar date for filing administrative claims as August 1, 2011 [Docket No. 1041].

7. The Trustee has received a number of administrative expense claims. Alexander Oil Company timely filed an administrative expense claim on June 24, 2011 in the amount of $942.40 for freight charges incurred on March 9, 2011. See Claim Register, Claim #150. Alexander Trucking Company timely filed an administrative expense claim on June 30, 2011 in the amount of $592.80 for freight charges incurred on April 12, 2011. See Claim Register, Claim #151.

8. The Parties have agreed to compromise and settle their dispute as follows: The Trustee and Alexander hereby stipulate and agree that Alexander shall be allowed an administrative claim in the aggregate amount of one thousand one hundred dollars

($1,100.00) on behalf of the two (2) Alexander claims. Payment will be tendered from the estate to Alexander within five (5) days of entry of the Order approving the Application.

### Relief Requested

9. The settlement is in the best interest of the estate and has been reached after arms-length negotiations among the Trustee and Alexander. In support thereof, the Parties would assert that the requisites for approval of a compromise and settlement as established by *Jackson Brewing Co. v. Herpel*, 624 F.2d 599, 602 (5th Cir. 1980) have been met.

10. The Court has discretionary authority to approve the compromise of a controversy pursuant to Fed. R. Bankr. P. 9019(a). *See Protective Comm. of Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968), on remand, *TMT Trailer Ferry, Inc. v. Kirkland*, 471 F2d 10 (5th Cir. 1972); *Continental Airlines, Inc. v. Air Line Pilot's Ass'n Int'l. (In re Continental Airlines, Inc.)*, 907 F.2d 1500, 1508 (5th Cir. 1990). A debtor may compromise claims in the administration of the estate with the approval of the court, after notice and hearing. Fed. R. Bankr. P. 9019(a). Whether to approve a compromise is a matter within the sound discretion of the bankruptcy court. *See In re Aweco, Inc.*, 725 F.2d 293 (5th Cir. 1984); *Am. Employers Ins. Co. v. King Res. Co.*, 556 F.2d 471 (10th Cir. 1977).

11. Courts have considered certain factors in determining the reasonableness of a settlement agreement. *See Protective Comm.*, 390 U.S. at 424-25; *In re Emerald Oil Co.*, 807 F.2d 1234 (5th Cir. 1987); *Jones v. Cage (In re W.J. Servs. Inc.)*, 140 B.R. 190, 191 (S.D. Tex. 1991). These factors seek to balance the risks and benefits associated

with pursuing a potential claim against the costs associated with the proposed settlement and are as follows in this case:

a) <u>The probability of success in litigation</u>. Each of the Parties believes it would be successful in litigating the disputes between them.

b) <u>The difficulty in collecting any judgment that may be obtained.</u> This is a significant factor in this case. While the size of the estate is not completely known at this time, it is probable that administrative claimants will be paid some portion of the total claim.

c) <u>The complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attendant to it.</u> The legal issues arising in the litigation are complex. Litigation of these issues would be costly and time consuming. The amounts in controversy do not support protracted and expensive litigation.

d) <u>The interests of creditors and a proper deference to their reasonable views.</u> A copy of this Application is being mailed to all interested parties entitled to receive notice. The Parties believe that this settlement is in the best interest of all creditors because it preserves assets for funding the Plan and payment of other administrative claims and creditors.

12. The underlying issues require the development of a substantial factual record and complicated legal issues. Litigating these issues would require a substantial investment of time and resources by the parties relative to the amounts in controversy. In these circumstances, litigating this matter is not a good use of the Parties' resources.

13. Finally, if an evidentiary hearing on the merits of all disputes were conducted, the Parties hereto will likely expend thousands of dollars in attorney's fees

08/17/2011 WED 10:23 FAX 8303792262 ALEXANDER OF H SEGUIN ☒001/001

and costs, absent a settlement.

14. Given the likelihood of success on the merits and the risks and ineffeciencies of litigation, the proposed settlement is in the best interest of all parties; therefore, the proposed compromise and settlement should be approved as being in the best interest of the estate.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully pray the application to compromise and settle the matters as set forth above be approved; the Court enter an order finding that such settlement agreements are in the best interest of the estate and its creditors, and authorizing the Parties to execute all documents necessary to consummate the proposed compromise and settlement. Movants further pray for such other and further relief, at law or in equity, as is just and proper.

Dated: August 17, 2011.

Respectfully submitted,

| /s/ Allen M. DeBard<br>David S. Gragg – State Bar No. 08253300<br>Allen M. DeBard – State Bar No. 24065132<br><br>LANGLEY & BANACK, INC.<br>745 East Mulberry, Suite 900<br>San Antonio, TX 78212<br>(210) 736-6600<br>(210) 735-6889 (facsimile)<br><br>COUNSEL FOR THE CHAPTER 11 TRUSTEE | /s/ ~~Barry Brandenberg~~ Jud Alexander<br>~~Barry Brandenberg, Controller~~ Jud Alexander, Jr.<br>Vice President<br><br>ALEXANDER OIL COMPANY & ALEXANDER TRUCKING COMPANY<br>P.O. 469<br>Seguin, TX 78105<br>(830) 379-1736 |

L & B 12836/0008/L0539854.DOC/

08/17/2011 WED 10:24 [JOB NO. 5599] ☒001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage pre-paid on the parties listed on the limited service list and/or by electronic means for all Pacer system participants on this 17th day of August, 2011.

/s/ *Allen M. DeBard*
Allen M. DeBard

Last Update: 6/10/11

# IN RE AGE REFINING, INC.

## Limited Service List

| | | |
|---|---|---|
| Age Refining, Inc.<br>Eric Moeller<br>Chapter 11 Trustee<br>ericjmoeller@gmail.com | **Special Counsel for Trustee**<br>Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX 75270<br>mandrews@coxsmith.com<br>akaufman@coxsmith.com | Office of the U.S. Trustee<br>615 E. Houston, #533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | **Chief Restructuring Officer of Debtor**<br>FTI Consulting, Inc<br>Albert S. Conly<br>2001 Ross Ave, #400<br>Dallas, TX 75201<br>fax: 214-397-1790<br>albert.conly@fticonsulting.com | **Special Counsel to Debtor**<br>Lee H. Shidlofsky<br>Visser Shidlofsky LLP<br>7200 N. Mopac Expwy, #430<br>Austin, Texas 78731<br>lee@vsfirm.com |
| Eric Moeller<br>Chapter 11 Trustee<br>ericjmoeller@gmail.com | **Counsel to Chapter 11 Trustee**<br>David S. Gragg / Steve R. Brook<br>Langley & Banack, Inc<br>Trinity Plaza II<br>745 E Mulberry, Suite 900<br>San Antonio, TX 78212<br>dgragg@langleybanack.com | |

## SECURED CREDITORS

| | | |
|---|---|---|
| Chase Capital Corporation<br>Attn: W. Robert Felker<br>10 S. Dearborn St., #IL1-5048<br>Chicago, IL 60603 | **Counsel for Chase Capital Corporation**<br>Fulbright & Jaworski, LLP<br>Attn: Toby L. Gerber<br>2200 Ross Ave., #2800<br>Dallas, TX 75201-2784<br>fax: 214-855-8200<br>tgerber@fulbright.com | JP Morgan Chase Bank, N.A.<br>Attn: Courtney J. Jeans<br>2200 Ross Ave., 9th Fl<br>Dallas, TX 75201 |
| **Counsel for JP Morgan Chase Bank, N.A.**<br>Vinson & Elkins, LLP<br>Attn: William L. Wallander<br>Trammell Crow Center<br>2001 Ross Ave., #3700<br>Dallas, TX 75201-2975<br>fax: 214-999-7905<br>bwallander@velaw.com | | |

L & B 12836/0001/L0453507.DOC/
2864923.12

Last Update: 6/10/11

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Big Star Gathering, LLP
Attn: James L. Jensen
11177 Eagle View Dr., #150
Sandy, UT 84092
fax: 801-576-1154
james@stjamesenergy.com

**Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

dii Industries Services, LLC
Attn: Marc D. Moroux
600 Jefferson Street, Suite 1400
Lafayette, LA 70501
291-7437 Fax
mmoroux@morenoenergy.com

T-C Oil Company
Attn: Bland Proctor
427 FM 774
Refugio, TX 78377
fax: 361-576-6890
b.proctor@oconnorbraman.net

## TWENTY LARGEST UNSECURED CREDITORS

Cindy Campbell
Age Transportation Inc
7811 S Presa
San Antonio, TX 78223-3547

Dresser Rand
P.O. Box 7247-6149
Philadelphia, PA 19170-6149

Juanita Proctor
Gulfmark Energy Inc.
P.O. Box 844
Houston, TX 77001-0844

O.G.O. Marketing LLC
4560 Salt Flat Rd.
Luling, TX 78648

Repcon, Inc.
P.O. Box 9316
Corpus Christi, TX 78469

James Jensen
St. James Energy Operating
11177 Eagle View Dr., #150
Sandy, UT 84092

T-C Oil Company
P.O. Box 2549
Victoria, TX 77902

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Gaither Petroleum Corporation
18000 Groschke Rd, Bldg A1
Houston, TX 77084

Killam Oil Co. Ltd.
P.O. Box 499
Laredo, TX 78042-0499

Bob Frendt
Overland Contracting, Inc.
P.O. Box 803823
Kansas City, MO 64180-3823

SemCrude, LP
Two Warren Pl.
Tulsa, OK 74136-4216

Jim Devlin
Suemaur Exploration
802 N. Carancahua, #1000
Corpus Christi, TX 78470

Trammo Petroleum
1111 Bagby, #1920
Houston, TX 77002

City Public Service
P.O. Box 2678
San Antonio, TX 78289-0001

Aurelie Magnuson
Genesis Crude Oil LP
919 Milam, #2100
Houston, TX 77002

Legend Natural Gas II, LP
410 W. Grand Pwky South, #400
Katy, TX 77494

Plains Marketing LP
Attn: Legal Dept.
P.O. Box 4648
Houston, TX 77210

Donald Gormley
Shell Trading (US) Company
Two Houston Center
909 Fannin Street
Houston TX 77010-1014

Jane Helm
Superior Crude Gathering, Inc.
P.O. Box 260784
Corpus Christi, TX 78426-0784

L & B 12836/0001/L0453507.DOC/
2864923.12

Last Update: 6/10/11

## GOVERNMENT AND REGULATORY AGENCIES

Defense Energy Support Center
Attn: Matthew Shuster, Contracting Ofcr.
8725 John J. Kingman Rd., #4950
Fort Belvoir, VA 22060

Caroline Chien
Assistant Counsel
Defense Energy Support Center
8725 John J. Kingman Rd, #1565
Fort Belvoir, VA 22060-6222
fax: 703-767-5022
Caroline.Chien@dla.mil

EPA Washington Acctg Operations
Fountain Place 12th Fl., #1200
1445 Ross Ave.
Dallas, TX 75202-2733

HUBZone Empowerment Contracting Prog
US Small Business Admin
405 3rd St., SW
Washington, DC 20416

Railroad Commission of TX
Oil & Gas Division
P.O. Box 12967
Austin, TX 78711-2967

Railroad Commission of Texas
1701 N. Congress Ave.
Austin, TX 78711

TCEQ
14250 Judson Rd.
San Antonio, TX 78233-4480

Texas Commission on Environmental Quality
P.O. Box 13089
Austin, TX 78711-3089

Texas Dept. of Licensing & Regulations
P.O. Box 12157
Austin, TX 78711

TX Dept. of State Health Services
Asbestos Notification Program
P.O. Box 149347
Austin, TX 78714-9347

TXDOT
Aviation Division
P.O. Box 5020
Austin, TX 78763-5020

TX Dept. of State Health Services
P.O. Box 12190
Austin, TX 78711-2190

Texas State Board of Public Accts
333 Guadalupe
Tower III, #900
Austin, TX

Texas State Comptroller
111 E 17th St.
Austin, TX 78774-0100

Texas Enterprise Zone
Aaron Demerson, Ofc of Governor
Economic Dev. & Tourism
P.O. Box 12428
Austin, TX 78711

US Department of Labor
Occupational Safety & Health Admin.
800 Dolorosa St., #203
San Antonio, TX 78207-4561

U.S. Department of Labor
Occupation Safety & Health Adm
San Antonio District Office
Washington Square Blvd, #203
800 Dolorosa Street
San Antonio, TX 78207-4559

Texas State Comptroller
Unclaimed Property Division
P.O. Box 12019
Austin, TX 78711-2019

US Treasury
Defense Energy Support
8725 John Kingman Rd., #4950
Fort Belvoir, VA 22060-6222

U. S. Dept of Transportation
Hazardous Materials Registration
1200 New Jersey Ave, SE
Washington, DC 20590

Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, #600
San Antonio, TX 78216
Fax: (210) 384-7358
gary.wright@usdoj.gov

Last Update: 6/10/11

## NOTICES OF APPEARANCE

Truth Resources LLP
William W. Cason
18000 Groschke Rd, Bldg A1
Houston, TX 77084
fax: 281-994-5410
bcason@apxww.com

Killam Oil Co., Ltd. and Texpata Pipeline
c/o Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 South Main St., #200
Boerne, TX 78006
fax: 830-816-3388
Email: pautry@texastriallaw.com

Comptroller of Public Accounts
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711-2548
fax: 512-482-8341
bk-jstarks@oag.state.tx.us

Suemaur Exploration and Production
c/o Scott J. Duncan
Porter Rogers Dahlman & Gordon, PC
800 N. Shoreline Blvd., #800S
Corpus Christi, TX 78401
fax: 361-880-5844
sduncan@prdg.com

Suemaur Exploration and Production, LLC
c/o John W. Harris
Law Offices of John Wallis Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205
fax: 210-227-1035
jwharris@johnwharrislaw.com

M. Frank Russell
312 Westover Rd.
San Antonio, TX 78209
mfrussell777@att.net

Overland Contracting, Inc.
c/o Rhett G. Campbell
Mitchell E. Ayer
Thompson & Knight LLP
333 Clay St., #3300
Houston, TX 77002
fax: 713-654-1871
Rhett.Campbell@tklaw.com
Mitchell.Ayer@tklaw.com

T-C Oil Company
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Connor Plaza, 7th Floor
P.O. Box 1969
Victoria, TX 77902
fax: 361-573-5288
rchapman@andersonsmith.com

Plains All American Pipeline
c/o Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
412 E. Washington Ave.
Navasota, TX 77868
pwp@pattiprewittlaw.com

Plains All American Pipeline
c/o Andrew M. Caplan
Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, #1400
Houston, TX 77046
acaplan@wkpz.com

Enduring Resources, LLC
c/o Randall L. Rouse
Lynch, Chappell & Alsup
300 North Marienfeld, #700
Midland, Texas 79701-4345
fax: 432-683-2587
rrouse@lcalawfirm.com

Gulfmark Energy, Inc.
c/o Michael S. Holmes, Esq.
Michael S. Holmes, P.C.
8100 Washington Ave., #120
Houston, TX 77007
fax: 713-956-6284
msholmes@cowgillholmes.com

Albert Glen Gonzalez
c/o Ronald Hornberger
Plunkett & Gibson, Inc.
70 NE Loop 410, #1100
San Antonio, TX 78216
fax: 210-734-0379
hornbergerr@plunkett-gibson.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, #300
San Antonio, TX 78205
fax: 210-225-6410
sanantonio.bankruptcy@publicans.com

Polaris Engineering
Polaris Construction
c/o Mike F. Pipkin
Sedgwick Detert Moran & Arnold LLP
1717 Main St., #5400
Dallas, TX 75201
fax: 469-227-8004
mike.pipkin@sdma.com

Diane Prier
8312 Ridgelea St.
Dallas, TX 75209-2626
fax: 214-350-7938
dprier@tx.rr.com

Taylor Central Appraisal District
c/o Lee Gordon
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680
fax: 512-323-3205
lgordon@mvbalaw.com

Nueces County and Live Oak CAD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
fax: 512-443-5114
Austin.bankruptcy@publicans.com

L & B 12836/0001/L0453507.DOC/
2864923.12

Last Update: 6/10/11

Jeffrey A. Shadwick
Andrews Myers Coulter & Hayes
3900 Essex Ln., #800
Houston, TX 77027
fax: 713-850-4211
jshadwick@lawamc.com

Ryan, Inc.
c/o Bruce W. Akerly
Cantey Hanger, LLP
1999 Bryan St., #3300
Dallas, TX 75201
fax: 214-978-4150
bakerly@canteyhanger.com

El Paso Corporation
Attn: Michael J. McGinnis
1001 Louisiana, #1540B
Houston, TX 77002
fax: 713-420-6060
Michael.j.mcginnis@elpaso.com

IKON Financial Services
Attn: Maie Griner, Recovery Data Coordinator
Bankruptcy Administration
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Mitsubishi Corporation
c/o Charles S. Kelley and Andres Romay
Mayer Brown LLP
700 Louisiana St., #3400
Houston, TX 77002-2730
fax: 713-238-4634
ckelley@mayerbrown.com
aromay@mayerbrown.com

Mitsubishi Corporation
c/o Andrew D. Shaffer
Mayer Brown LLP
1675 Broadway
New York, NY 10019
fax: 212-849-5828
ashaffer@mayerbrown.com

Shell Trading (US) Company
c/o Paul B. Turner
Sutherland Asbill & Brennan LLP
Two Houston Center
909 Fannin, #2200
Houston, TX 77010
fax: 713-654-1301
paul.turner@sutherland.com

Shell Trading (US) Company
c/o Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
fax: 202-637-3593
mark.sherrill@sutherland.com

Dynamic Industries, Inc.
c/o Erica N. Beck
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave., #5100
New Orleans, LA 70170
fax: 504-589-8336
ebeck@joneswalker.com

Landcoast Insulation, Inc.
c/o Mark D. Goranson
GoransonKing, PLLC
550 Westcott, #415
Houston, TX 77007
fax: 713-526-9202
goranson@goransonking.com

Superior Crude Gathering and Bay, Ltd.
c/o Ronald A. Simank
Schauer & Simank, PC
615 N. Upper Broadway, #2000-MSC-159
Corpus Christi, TX 78477
fax: 361-884-2822
rsimank@cctxlaw.com

TCEQ
c/o E. Stuart Phillips
Assistant Attorney General
The Texas Attorney General's Office
P.O. Box 12548, MC-008
Austin, TX 78711-2548
fax: 512-482-8341
stuart.phillips@oag.state.tx.us

Glen Gonzalez and
AGE Transportation, Inc.
c/o Eric J. Taube and Morris D. Weiss
Hohmann Taube & Summers LLP
100 Congress Ave., 18th Fl.
Austin, TX 78701
erict@hts-law.com

SemCrude, L.P.
c/o Andrew R. Turner
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
fax (918) 586-8672
aturner@cwlaw.com

SemCrude, L.P.
c/o Bryan J. Wells
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 74102-7101
fax (405) 232-2695

Big Star LLP / Saint James Energy Operating, Inc.
c/o Robert K. Sugg
Oppenheimer, Blend, Harrison & Tate, Inc
711 Navarro, Sixth Floor
San Antonio, TX 78205
210 224 7540 (fax)
rsugg@obht.com.

Magnatex Pumps, Inc.
c/o John P. Melko
Gardere Waynne Sewell LLP
1000 Louisiana, #3400
Houston, TX 77002-5011
713 276 6727 (fax)
jmelko@gardere.com

Harlin Womble
Jordan, Hyden Womble
Culbreth & Holzer, P.C.
500 North Shoreline Dr. #900
Corpus Christi, TX 78471
hwomble@jhwclaw.com

Last Update: 6/10/11

Harry P. Susman
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
hsusman@susmangodfrey.com

Sam Drugan
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215

B-Line, LLC
Attn: Steven Kane
PO Box 91121 Dept.550
Seattle, WA 98111-9221

Mark A. Mintz
Jones Walker Waechter
Poitevent Carrere & Denegre LLP
201 St. Charles Ave. 49th Floor
New Orleans, LA 70170-5100

Chasless L. Yancy
Robin Russell
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002