**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | |
| **AGE REFINING, INC.,** | § | **Case No. 10-50501-LMC** |
| | § | |
| **Debtor** | § | |
| | § | |

**OBJECTION OF ERIC J. MOELLER, CHAPTER 11 TRUSTEE, TO**
**ADMINISTRATIVE EXPENSE CLAIM OF**
**TIDEPORT DISTRIBUTING, INC.**
*Relates to Claim #166-1*

TO THE HONORABLE LEIF M. CLARK,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Eric J. Moeller, the Chapter 11 Trustee (the "Trustee") and files this Objection to the Administrative Expense Claim of Tideport Distributing, Inc. (Claim #166-1) (the "Objection") and would respectfully show the Court as follows:

**Background and Relief Requested**

1.      This is a core proceeding over which the Court has jurisdiction under 28 U.S.C. § 157(b).  The statutory predicate for relief is Rule 9019 of the Federal Rules of Bankruptcy Procedure.

2.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      On February 8, 2010, (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.

4.      On or about March 17, 2010, the United States Trustee appointed a Committee of Unsecured Creditors (the "Committee").

5. On or about June 16, 2010, the Court entered an agreed order authorizing the appointment of a Chapter 11 Trustee. On or about July 6, 2010, the Court entered an order appointing Eric J. Moeller as Chapter 11 Trustee.

6. On or about June 13, 2011, the Trustee filed a motion to set the bar date for administrative claims as August 1, 2011 [Docket No. 1020]. The Court signed an Order setting the bar date for filing administrative claims as August 1, 2011 (the "Bar Date") [Docket No. 1041].

7. The Trustee has received a number of administrative expense claims. Tideport Distributing, Inc. ("Tideport") filed a <u>late</u> administrative expense claim on August 16, 2011 in the amount of $23,474.13 for oil transport services (the "Tideport Claim"). See Claim Register, Claim #166-1.

8. Due to the late filing of the Tideport Claim, without filing a motion for leave to file a late administrative expense claim, it administrative expense claim should not be allowed.

9. The Bar Dates and other deadlines approved by the Court were set to efficiently administer the administrative expense claims and the remaining estate assets. *See **In re PT-1 Communications, Inc.**,* 406 B.R. 250, 259 (Bankr. E.D.N.Y. 2009). The Bar Date gave potential claimants plenty of time to retain counsel or file a claim, and the process for filing an administrative expense was clearly defined.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that the Court enter an Order disallowing claim # 166-1 as untimely and Order the estate not liable for the administrative expense claim of Tideport Distributing, Inc. and for such other and further relief, at law or in equity, as is just and proper.

Dated: August 19, 2011.

Respectfully submitted,

LANGLEY & BANACK,
INCORPORATED
Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889
E-mail: adebard@langleybanack.com

By: _____

DAVID S. GRAGG
Texas Bar No. 08253300
STEVEN R. BROOK
Texas Bar No. 03042300
ALLEN DeBARD
Texas Bar No. 24065132

GENERAL COUNSEL TO THE
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage pre-paid on the parties listed on the limited service list and/or by electronic means for all Pacer system participants on this _19_ th day of August, 2011.  Additionally a copy of the Order Regarding Motion to Enter Scheduling Order Setting Deadlines for Filing Objections to Administrative Claims and Setting a Hearing on Administrative Claims was sent to Tideport Distributing, Inc. at the below addresses.

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Ste. 201
Arlington, TX 76015

Andrew Caplan
Weycer, Kaplan, Pulaski & Zuber, P.C.
Eleven Greenway Plaza, Suite 1400
Houston, TX 77046

/s/ *Allen M. DeBard*
Allen M. DeBard

Last Update: 6/10/11

**IN RE AGE REFINING, INC.**

**Limited Service List**

Age Refining, Inc.
Eric Moeller
Chapter 11 Trustee
ericjmoeller@gmail.com

**Special Counsel for Trustee**
Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm St., #3300
Dallas, TX 75270
mandrews@coxsmith.com
akaufman@coxsmith.com

Office of the U.S. Trustee
615 E. Houston, #533
P.O. Box 1539
San Antonio, TX 78295-1539
USTPRegion07.SN.ECF@usdoj.gov

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**Chief Restructuring Officer of Debtor**
FTI Consulting, Inc
Albert S. Conly
2001 Ross Ave, #400
Dallas, TX 75201
fax: 214-397-1790
albert.conly@fticonsulting.com

**Special Counsel to Debtor**
Lee H. Shidlofsky
Visser Shidlofsky LLP
7200 N. Mopac Expwy, #430
Austin, Texas 78731
lee@vsfirm.com

Eric Moeller
Chapter 11 Trustee
ericjmoeller@gmail.com

**Counsel to Chapter 11 Trustee**
David S. Gragg / Steve R. Brook
Langley & Banack, Inc
Trinity Plaza II
745 E Mulberry, Suite 900
San Antonio, TX 78212
dgragg@langleybanack.com

**SECURED CREDITORS**

Chase Capital Corporation
Attn: W. Robert Felker
10 S. Dearborn St., #IL1-5048
Chicago, IL 60603

**Counsel for Chase Capital Corporation**
Fulbright & Jaworski, LLP
Attn: Toby L. Gerber
2200 Ross Ave., #2800
Dallas, TX 75201-2784
fax: 214-855-8200
tgerber@fulbright.com

JP Morgan Chase Bank, N.A.
Attn: Courtney J. Jeans
2200 Ross Ave., 9th Fl
Dallas, TX 75201

**Counsel for JP Morgan Chase Bank, N.A.**
Vinson & Elkins, LLP
Attn: William L. Wallander
Trammell Crow Center
2001 Ross Ave., #3700
Dallas, TX 75201-2975
fax: 214-999-7905
bwallander@velaw.com

Last Update: 6/10/11

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Big Star Gathering, LLP
Attn: James L. Jensen
11177 Eagle View Dr., #150
Sandy, UT 84092
fax: 801-576-1154
james@stjamesenergy.com

dii Industries Services, LLC
Attn: Marc D. Moroux
600 Jefferson Street, Suite 1400
Lafayette, LA 70501
291-7437 Fax
mmoroux@morenoenergy.com

T-C Oil Company
Attn: Bland Proctor
427 FM 774
Refugio, TX 78377
fax: 361-576-6890
b.proctor@oconnorbraman.net

**Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

## TWENTY LARGEST UNSECURED CREDITORS

Cindy Campbell
Age Transportation Inc
7811 S Presa
San Antonio, TX 78223-3547

American Express
P.O. Box 650448
Dallas, TX 75265-0448

City Public Service
P.O. Box 2678
San Antonio, TX 78289-0001

Dresser Rand
P.O. Box 7247-6149
Philadelphia, PA 19170-6149

Gaither Petroleum Corporation
18000 Groschke Rd, Bldg A1
Houston, TX 77084

Aurelie Magnuson
Genesis Crude Oil LP
919 Milam, #2100
Houston, TX 77002

Juanita Proctor
Gulfmark Energy Inc.
P.O. Box 844
Houston, TX 77001-0844

Killam Oil Co. Ltd.
P.O. Box 499
Laredo, TX 78042-0499

Legend Natural Gas II, LP
410 W. Grand Pwky South, #400
Katy, TX 77494

O.G.O. Marketing LLC
4560 Salt Flat Rd.
Luling, TX 78648

Bob Frendt
Overland Contracting, Inc.
P.O. Box 803823
Kansas City, MO 64180-3823

Plains Marketing LP
Attn: Legal Dept.
P.O. Box 4648
Houston, TX 77210

Repcon, Inc.
P.O. Box 9316
Corpus Christi, TX 78469

SemCrude, LP
Two Warren Pl.
Tulsa, OK 74136-4216

Donald Gormley
Shell Trading (US) Company
Two Houston Center
909 Fannin Street
Houston TX 77010-1014

James Jensen
St. James Energy Operating
11177 Eagle View Dr., #150
Sandy, UT 84092

Jim Devlin
Suemaur Exploration
802 N. Carancahua, #1000
Corpus Christi, TX 78470

Jane Helm
Superior Crude Gathering, Inc.
P.O. Box 260784
Corpus Christi, TX 78426-0784

T-C Oil Company
P.O. Box 2549
Victoria, TX 77902

Trammo Petroleum
1111 Bagby, #1920
Houston, TX 77002

L & B 12836/0001/L0453507.DOC/
2864923.12

Last Update: 6/10/11

## GOVERNMENT AND REGULATORY AGENCIES

Defense Energy Support Center
Attn: Matthew Shuster, Contracting
Ofcr.
8725 John J. Kingman Rd., #4950
Fort Belvoir, VA  22060

Caroline Chien
Assistant Counsel
Defense Energy Support Center
8725 John J. Kingman Rd, #1565
Fort Belvoir, VA  22060-6222
fax: 703-767-5022
Caroline.Chien@dla.mil

EPA Washington Acctg Operations
Fountain Place 12th Fl., #1200
1445 Ross Ave.
Dallas, TX  75202-2733

HUBZone Empowerment Contracting
Prog
US Small Business Admin
405 3rd St., SW
Washington, DC  20416

Railroad Commission of TX
Oil & Gas Division
P.O. Box 12967
Austin, TX  78711-2967

Railroad Commission of Texas
1701 N. Congress Ave.
Austin, TX  78711

TCEQ
14250 Judson Rd.
San Antonio, TX  78233-4480

Texas Commission on Environmental
Quality
P.O. Box 13089
Austin, TX  78711-3089

Texas Dept. of Licensing & Regulations
P.O. Box 12157
Austin, TX  78711

TX Dept. of State Health Services
Asbestos Notification Program
P.O. Box 149347
Austin, TX  78714-9347

TXDOT
Aviation Division
P.O. Box 5020
Austin, TX  78763-5020

TX Dept. of State Health Services
P.O. Box 12190
Austin, TX  78711-2190

Texas State Board of Public Accts
333 Guadalupe
Tower III, #900
Austin, TX

Texas State Comptroller
111 E 17th St.
Austin, TX  78774-0100

Texas Enterprise Zone
Aaron Demerson, Ofc of Governor
Economic Dev. & Tourism
P.O. Box 12428
Austin, TX  78711

US Department of Labor
Occupational Safety & Health Admin.
800 Dolorosa St., #203
San Antonio, TX  78207-4561

U.S. Department of Labor
Occupation Safety & Health Adm
San Antonio District Office
Washington Square Blvd, #203
800 Dolorosa Street
San Antonio, TX  78207-4559

Texas State Comptroller
Unclaimed Property Division
P.O. Box 12019
Austin, TX  78711-2019

US Treasury
Defense Energy Support
8725 John Kingman Rd., #4950
Fort Belvoir, VA  22060-6222

U. S. Dept of Transportation
Hazardous Materials Registration
1200 New Jersey Ave, SE
Washington, DC  20590

Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, #600
San Antonio, TX  78216
Fax: (210) 384-7358
gary.wright@usdoj.gov

Last Update: 6/10/11

## NOTICES OF APPEARANCE

Truth Resources LLP
William W. Cason
18000 Groschke Rd, Bldg A1
Houston, TX 77084
fax: 281-994-5410
bcason@apxww.com

Killam Oil Co., Ltd. and Texpata Pipeline
c/o Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 South Main St., #200
Boerne, TX 78006
fax: 830-816-3388
Email: pautry@texastriallaw.com

Comptroller of Public Accounts
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711-2548
fax: 512-482-8341
bk-jstarks@oag.state.tx.us

Suemaur Exploration and Production
c/o Scott J. Duncan
Porter Rogers Dahlman & Gordon, PC
800 N. Shoreline Blvd., #800S
Corpus Christi, TX 78401
fax: 361-880-5844
sduncan@prdg.com

Suemaur Exploration and Production, LLC
c/o John W. Harris
Law Offices of John Wallis Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205
fax: 210-227-1035
jwharris@johnwharrislaw.com

M. Frank Russell
312 Westover Rd.
San Antonio, TX 78209
mfrussell777@att.net

Overland Contracting, Inc.
c/o Rhett G. Campbell
Mitchell E. Ayer
Thompson & Knight LLP
333 Clay St., #3300
Houston, TX 77002
fax: 713-654-1871
Rhett.Campbell@tklaw.com
Mitchell.Ayer@tklaw.com

T-C Oil Company
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Connor Plaza, 7th Floor
P.O. Box 1969
Victoria, TX 77902
fax: 361-573-5288
rchapman@andersonsmith.com

Plains All American Pipeline
c/o Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
412 E. Washington Ave.
Navasota, TX 77868
pwp@pattiprewittlaw.com

Plains All American Pipeline
c/o Andrew M. Caplan
Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, #1400
Houston, TX 77046
acaplan@wkpz.com

Enduring Resources, LLC
c/o Randall L. Rouse
Lynch, Chappell & Alsup
300 North Marienfeld, #700
Midland, Texas 79701-4345
fax: 432-683-2587
rrouse@lcalawfirm.com

Gulfmark Energy, Inc.
c/o Michael S. Holmes, Esq.
Michael S. Holmes, P.C.
8100 Washington Ave., #120
Houston, TX 77007
fax: 713-956-6284
msholmes@cowgillholmes.com

Albert Glen Gonzalez
c/o Ronald Hornberger
Plunkett & Gibson, Inc.
70 NE Loop 410, #1100
San Antonio, TX 78216
fax: 210-734-0379
hornbergerr@plunkett-gibson.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, #300
San Antonio, TX 78205
fax: 210-225-6410
sanantonio.bankruptcy@publicans.com

Polaris Engineering
Polaris Construction
c/o Mike F. Pipkin
Sedgwick Detert Moran & Arnold LLP
1717 Main St., #5400
Dallas, TX 75201
fax: 469-227-8004
mike.pipkin@sdma.com

Diane Prier
8312 Ridgelea St.
Dallas, TX 75209-2626
fax: 214-350-7938
dprier@tx.rr.com

Taylor Central Appraisal District
c/o Lee Gordon
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680
fax: 512-323-3205
lgordon@mvbalaw.com

Nueces County and Live Oak CAD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
fax: 512-443-5114
Austin.bankruptcy@publicans.com

Last Update: 6/10/11

Jeffrey A. Shadwick
Andrews Myers Coulter & Hayes
3900 Essex Ln., #800
Houston, TX 77027
fax: 713-850-4211
jshadwick@lawamc.com

Ryan, Inc.
c/o Bruce W. Akerly
Cantey Hanger, LLP
1999 Bryan St., #3300
Dallas, TX 75201
fax: 214-978-4150
bakerly@canteyhanger.com

El Paso Corporation
Attn: Michael J. McGinnis
1001 Louisiana, #1540B
Houston, TX 77002
fax: 713-420-6060
Michael.j.mcginnis@elpaso.com

IKON Financial Services
Attn: Maie Griner, Recovery Data
Coordinator
Bankruptcy Administration
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Mitsubishi Corporation
c/o Charles S. Kelley and Andres Romay
Mayer Brown LLP
700 Louisiana St., #3400
Houston, TX 77002-2730
fax: 713-238-4634
ckelley@mayerbrown.com
aromay@mayerbrown.com

Mitsubishi Corporation
c/o Andrew D. Shaffer
Mayer Brown LLP
1675 Broadway
New York, NY 10019
fax: 212-849-5828
ashaffer@mayerbrown.com

Shell Trading (US) Company
c/o Paul B. Turner
Sutherland Asbill & Brennan LLP
Two Houston Center
909 Fannin, #2200
Houston, TX 77010
fax: 713-654-1301
paul.turner@sutherland.com

Shell Trading (US) Company
c/o Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
fax: 202-637-3593
mark.sherrill@sutherland.com

Dynamic Industries, Inc.
c/o Erica N. Beck
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Ave., #5100
New Orleans, LA 70170
fax: 504-589-8336
ebeck@joneswalker.com

Landcoast Insulation, Inc.
c/o Mark D. Goranson
GoransonKing, PLLC
550 Westcott, #415
Houston, TX 77007
fax: 713-526-9202
goranson@goransonking.com

Superior Crude Gathering and Bay, Ltd.
c/o Ronald A. Simank
Schauer & Simank, PC
615 N. Upper Broadway, #2000-MSC-159
Corpus Christi, TX 78477
fax: 361-884-2822
rsimank@cctxlaw.com

TCEQ
c/o E. Stuart Phillips
Assistant Attorney General
The Texas Attorney General's Office
P.O. Box 12548, MC-008
Austin, TX 78711-2548
fax: 512-482-8341
stuart.phillips@oag.state.tx.us

Glen Gonzalez and
AGE Transportation, Inc.
c/o Eric J. Taube and Morris D. Weiss
Hohmann Taube & Summers LLP
100 Congress Ave., 18th Fl.
Austin, TX 78701
erict@hts-law.com

SemCrude, L.P.
c/o Andrew R. Turner
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
fax (918) 586-8672
aturner@cwlaw.com

SemCrude, L.P.
c/o Bryan J. Wells
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 74102-7101
fax (405) 232-2695

Big Star LLP / Saint James Energy
Operating, Inc.
c/o Robert K. Sugg
Oppenheimer, Blend, Harrison &
Tate, Inc
711 Navarro, Sixth Floor
San Antonio, TX 78205
210 224 7540 (fax)
rsugg@obht.com.

Magnatex Pumps, Inc.
c/o John P. Melko
Gardere Waynne Sewell LLP
1000 Louisiana, #3400
Houston, TX 77002-5011
713 276 6727 (fax)
jmelko@gardere.com

Harlin Womble
Jordan, Hyden Womble
Culbreth & Holzer, P.C.
500 North Shoreline Dr. #900
Corpus Christi, TX 78471
hwomble@jhwclaw.com

Last Update: 6/10/11

Harry P. Susman
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
hsusman@susmangodfrey.com

Sam Drugan
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX  78215

B-Line, LLC
Attn: Steven Kane
PO Box 91121 Dept.550
Seattle, WA 98111-9221

Mark A. Mintz
Jones Walker Waechter
Poitevent Carrere & Denegre LLP
201 St. Charles Ave. 49th Floor
New Orleans, LA  70170-5100

Chasless L. Yancy
Robin Russell
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX  77002