# UNITED STATES BANKRUPTCY COURT

## Western District of Texas (San Antonio)

In re: <u>Age Refining, Inc.</u>    Case No. <u>10-50501</u>

## NOTICE OF <u>PARTIAL</u> TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>SAINT JAMES ENERGY OPERATING</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: USD<u>$1,218,652.83</u><br>**Transferring the USD$490,435.38 Allowed Administrative Expense Portion**<br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(801) 949-5530</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | SAINT JAMES ENERGY OPERATING<br>11177 Eagle View Drive<br>Sandy, UT 84092 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                              Date: <u>September 19, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Western District of Texas (San Antonio)
615 East Houston Street, Room 597
San Antonio, TX 78205
Attention: Clerk

AND TO: AGE REFINING, INC. ("Debtor")
Case No. 10-50501

Claim # NA

Transferring the Allowed Administrative Expense Portion, in the amount of USD$490,435.38.

ST. JAMES ENERGY OPERATING., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the allowed administrative expense amount of $490,435.38 ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF September, 2011.

ASSIGNOR: ST. JAMES ENERGY OPERATING, INC. DBA BIG STAR, L.L.P.

_____
(Signature)

James L. Jensen
(Print Name)

President - St James Energy Operating, Inc.
(Title)

Managing Partner - Big Star Gathering - LH, L.L.P.

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re: Age Refining, Inc                                                                                      Case no: 10-50501

| CREDITOR'S NAME, ACCOUNT ID, MAILING ADDRESS INCLUDING ZIP CODE | | CODEBTOR | H/W/C | DATE CLAIM WAS INCURED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Southwest Research Institute<br>P.O. Box 841671<br>Dallas, TX 75284 | FY10035659 | | | Trade Payable | | | | $126.00 |
| Southwest Research Institute<br>P.O. Box 841671<br>Dallas, TX 75284 | FY10035660 | | | Trade Payable | | | | $540.00 |
| Specialty Products & Ins Co, Dept 0203<br>P.O. Box 12-0203<br>Dallas, TX 75312 | 5592872 | | | Trade Payable | | | | $1,947.12 |
| Specialty Products & Ins Co, Dept 0203<br>P.O. Box 12-0203<br>Dallas, TX 75312 | 5600654 | | | Trade Payable | | | | $739.58 |
| St. James Energy Operating<br>11177 Eagle View Drive, Suite 150<br>Sandy, UT 84092 | STJ001 | | | Crude Payable | | | | $1,218,652.83 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 705810866 | | | Trade Payable | | | | $375.74 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 7058883248 | | | Trade Payable | | | | $208.08 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | REFUND_011510 | | | Trade Payable | | | | ($145.00) |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 7059207498 | | | Trade Payable | | | | $262.62 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 7059295455 | | | Trade Payable | | | | $78.13 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 7059207498A | | | Trade Payable | | | | $84.28 |
| Staples Business Advantage, Dept Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696 | 7059772469 | | | Trade Payable | | | | $66.80 |
| Startex<br>P.O. Box 3087<br>Conroe, TX 77305 | 400741 | | | Trade Payable | | | | $30,515.80 |
| Startex<br>P.O. Box 3087<br>Conroe, TX 77305 | 403664 | | | Trade Payable | | | | $30,388.00 |
| Steve Worthey Sr Construction<br>105 Dodgen Ln<br>La Vernia, TX 78121 | 393015 | | | Trade Payable | | | | $760.00 |
| Stolt-Nielsen Transport GP Inc<br>P.O. Box 201680<br>Houston, TX 77216 | 42894503 | | | Trade Payable | | | | $10,205.00 |
| Stolt-Nielsen Transport GP Inc<br>P.O. Box 201680<br>Houston, TX 77216 | 43030203 | | | Trade Payable | | | | $352.00 |
| Stolt-Nielsen Transport GP Inc<br>P.O. Box 201680<br>Houston, TX 77216 | 43050003 | | | Trade Payable | | | | $4,500.00 |
| Stolt-Nielsen Transport GP Inc<br>P.O. Box 201680<br>Houston, TX 77216 | 43050103 | | | Trade Payable | | | | $10,205.00 |
| Stream Energy<br>P.O. Box 192746<br>Dallas, TX 75219 | 1036844051918 | | | Trade Payable | | | | $138.74 |
| Suchys Florist Inc<br>955 Cincinnati Ave<br>San Antonio, TX 78201 | 175491 | | | Trade Payable | | | | $75.69 |
| Suchys Florist Inc<br>955 Cincinnati Ave<br>San Antonio, TX 78201 | 181941 | | | Trade Payable | | | | $74.07 |
| Suemaur Exploration<br>802 N. Carancahua, Suite 1000<br>Corpus Christi, TX 78470 | SUE001 | | | Crude Payable | | | | $1,089,402.19 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042230 | | | Trade Payable | | | | $23,478.00 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042231 | | | Trade Payable | | | | $17,002.93 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042229 | | | Trade Payable | | | | $158,865.48 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042229S | | | Trade Payable | | | | $24,233.00 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042236 | | | Trade Payable | | | | $494.94 |
| Sulzer Turbo Services Houston Inc<br>P.O. Box 404615<br>Atlanta, GA 30384 | SI042236S | | | Trade Payable | | | | $16,218.00 |

Continuation sheets 34 of 41 attached to Schedule F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>AGE REFINING, INC.,<br><br>Debtor. | § § § § § § § CHAPTER 11 CASE<br><br>CASE NO. 10-50501 |

## NOTICE OF DISPUTED AND UNDISPUTED TWENTY DAY CLAIMS

PLEASE TAKE NOTICE OF THE FOLLOWING:

This *Notice of Disputed and Undisputed Twenty Day Claims* (the "Notice") is filed pursuant to the *Order Establishing Procedures for the Resolution of Administrative Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Doc. No. 206] (the "Claims Procedures Order").[1]

### I. THE CLAIMS PROCEDURES ORDER

1. On April 15, 2010, the Honorable Leif M. Clark, United States Bankruptcy Judge for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") entered the Claims Procedures Order, which provides, *inter alia*, that parties asserting administrative claims pursuant to section 509(b)(9) ("Twenty Day Claims") must do so on or before the Claim Deadline, which is defined as thirty (30) calendar days after the entry of the Claims Procedures Order. The Claim Deadline was May 15, 2010. This Notice concerns the Twenty Day Claims submitted to the Debtor on or prior to the Claim Deadline. The Debtor reserves the right to file separate notices for untimely and/or improperly submitted Twenty Day Claims.

2. The Claims Procedures Order further provides that the Debtor shall file a notice of validity and disputed amounts for the Twenty Day Claims submitted to the Debtor. This Notice fulfills such requirement. Please be advised that, upon the filing and service of this

---

[1] All capitalized terms not defined in this Notice shall have the meanings ascribed to them in the Claims Procedures Order.

Notice, all Notice Parties (as defined in the Claims Procedures Order) shall have the right to file Claim Responses within twenty (20) calendar days of the filing of this Notice. Twenty Day Claims which are not the subject of a timely Claim Response shall be deemed valid and resolved as set forth below, provided, however, that payment on such Twenty Day Claims shall be reserved for a later date.

## II. Claim Validity and Disputed Amounts

3. Pursuant to the Claims Procedures Order, the Debtor hereby notifies all parties in interest, including the Notice Parties and the parties submitting Twenty Day Claims, of the following:

   (a) **Claimant**: J.M. Davidson, Inc.
   **Amount Asserted**: $3,810.25
   **Valid Amount**: $600.00
   **Reason for Dispute**: Remainder of claim attributable to services performed or goods delivered more than 20 days before the Petition Date, neither of which are allowable under section 503(b)(9) of the Bankruptcy Code.
   **Proposed Disposition of Claim**: Allow priority claim only for Valid Amount.

   (b) **Claimant**: VWR International
   **Amount Asserted**: $2,052.36
   **Valid Amount**: $1,085.83
   **Reason for Dispute**: Invoices 40711272, 40683270 and 40683267 demonstrate delivery of goods more than 20 days before Petition Date; other invoices include fees and taxes which are not allowable under section 503(b)(9) of the Bankruptcy Code.
   **Proposed Disposition of Claim**: Allow priority claim only for Valid Amount.

   (c) **Claimant**: Phase Technology
   **Amount Asserted**: $945.00
   **Valid Amount**: $945.00
   **Reason for Dispute**: N/A
   **Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(d) Claimant: T.C. Oil Co.
Amount Asserted: $315,758.39
Valid Amount: $301,446.40
Reason for Dispute: Minor miscalculation of run statements, and claimant failed to deduct for taxes paid by the Debtor.
Proposed Disposition of Claim: Allow claim for Valid Amount.

(e) Claimant: Wolfpak, Inc.
Amount Asserted: $256.03
Valid Amount: $167.41
Reason for Dispute: One invoice ($60.62) demonstrates delivery more than 20 days before the Petition Date, and the other invoice includes shipping charges ($28.00), neither of which can be allowable priority claims under section 503(b)(9) of the Bankruptcy Code.
Proposed Disposition of Claim: Allow priority claim only for Valid Amount.

(f) Claimant: St. James Energy Operating, Inc. d/b/a Big Star, L.L.P..
Amount Asserted: $ 490,435.38
Valid Amount: $ 490,435.38
Reason for Dispute: N/A.
Proposed Disposition of Claim: Allow priority claim for Valid Amount.

(g) Claimant: Killam Oil Co.
Amount Asserted: $211,940.97
Valid Amount: $211,940.97
Reason for Dispute: N/A
Proposed Disposition of Claim: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(h) Claimant: Texpata Pipeline Co.
Amount Asserted: $37,877.96
Valid Amount: $37,877.96
Reason for Dispute: N/A
Proposed Disposition of Claim: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

3003856.1

(i) **Claimant**: Unishippers
**Amount Asserted**: $4,389.31
**Valid Amount**: $0.00
**Reason for Dispute**: All claims for services, not allowable as a priority claim under section 503(b)(9) of the Bankruptcy Code.
**Proposed Disposition of Claim**: Claim disallowed as priority claim in its entirety. Notwithstanding the foregoing, Debtor advises the Notice Parties and other parties in interest that claimant has been paid pursuant to prior order authorizing payment of critical vendors.

(j) **Claimant**: Whiting Oil and Gas Corp.
**Amount Asserted**: $62,267.82
**Valid Amount**: $62,267.82
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(k) **Claimant**: Legend Natural Gas II L.P.
**Amount Asserted**: $218,483.14
**Valid Amount**: $218,483.14
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(l) **Claimant**: Dresser Direct
**Amount Asserted**: $2,771.00
**Valid Amount**: $2,771.00
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(m) **Claimant**: South Texas Operating Co.
**Amount Asserted**: $13,300.37
**Valid Amount**: $13,300.37
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(n) **Claimant**: SemCrude L.P
**Amount Asserted**: $401,444.79
**Valid Amount**: $401,444.79
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(o) **Claimant:** John D. Manley III, Oper. Inc.
**Amount Asserted:** $16,920.80
**Valid Amount:** $16,920.80
**Reason for Dispute:** N/A
**Proposed Disposition of Claim:** Allow priority claim for Valid Amount.

(p) **Claimant:** Suemaur Exploration
**Amount Asserted:** $632,088.04
**Valid Amount:** $632,088.04
**Reason for Dispute:** N/A
**Proposed Disposition of Claim:** Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(q) **Claimant:** Rabalais I&E Constructors
**Amount Asserted:** $19,979.00
**Valid Amount:** $0.00
**Reason for Dispute:** All claims for services, not allowable as a priority claim under section 503(b)(9) of the Bankruptcy Code.
**Proposed Disposition of Claim:** Claim disallowed as priority claim in its entirety.

Dated: June 14, 2010

Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: _/s/ Aaron M. Kaufman_
Mark E. Andrews
State Bar No. 01253520
Aaron M. Kaufman
State Bar No. 24060067
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

-and-

Carol E. Jendrzey
State Bar No. 10617420
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

3003856.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of June, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and upon those parties listed on the attached service list and to the party listed below by First Class United States Mail postage prepaid, unless otherwise noted.

J.M. Davidson, Inc.
c/o Tricia Rouse
P.O. Box 4639
Corpus Christi, TX 78469

Kelle Deppa
VWR International
1775 The Exchange, Ste 310
Atlanta, GA 30339

Phase Technoloby
11168 Hammersmith Gate
Richmond, B.C.
V7A 5H8 Canada

T-C Oil Company
c/o Richard T. Chapman
P.O. Box 1969
Victoria, TX 77902

T-C Oil Company
c/o Richard T. Chapman
Anderson, Smith, Null &
Stofer, L.L.P.
P.O. Box 1969
Victoria, TX 77902

Wolfepak, Inc.
c/o Charles Wolfe
2901 S. 1st St.
Abilene, TX 79605

St. James Energy Operating, Inc.
d/b/a Big Star, L.L.P.
11177 Eagle View Dr., #150
Sandy, UT 84092

Mike Drake
Killam Oil Co.
16414 San Pedro, #920
San Antonio, TX 78232

Killam Oil Co.; Texpata
Pipeline Co.
c/o Patrick H. Autry
The Nunley Firm, LLP
1580 S. Main St., #200
Boerne, TX 78006-3308

Mike Drake
Texpata Pipeline Co.
P.O. Box 499
Laredo, TX 98042

Unishippers
15715 Tuckerton Rd.
Houston, TX 77095

Whiting Oil and Gas
Corporation
1700 Broadway, #2300
Denver, CO 80290

Whiting Oil and Gas
Corporation
c/o Harold G. Morris, Jr.
Lindquist & Vennum P.L.L.P.
600 17th St., #1800 South
Denver, CO 80202

Legend Natural Gas II, LP
410 West Grand Parkway S.,
Suite 400
Katy, TX 77494

Legend Natural Gas II, LP
c/o William A. (Trey) Wood
711 Louisiana, #2300
Houston, TX 77002

Dresser, Inc. - Dresser Direct
Attn: Linda L. Rutherford
15455 Dallas Pkwy., #1100
Addison, TX 75001

South Texas Operating
Company
Attn: Joseph M. Harris
P.O. Box 17405
San Antonio, TX 78217

South Texas Operating
Company
c/o John W. Harris
Law Offices of John Wallis
Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205-1418

SemCrude, L.P.
Attn: Candice L. Cheeseman
6120 S. Yale Ave., #700
Tulsa, OK 74136

SemCrude, L.P.
c/o Andrew R. Turner
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172-0148

John D. Manley III, Operator, Inc.
Attn: Dona J. Manley
3206 Reid Dr., #12A
Corpus Christi, TX 78404

John D. Manley III, Operator, Inc.
c/o John W. Harris
Law Offices of John Wallis Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205-1418

Suemaur Exploration & Production, LLC
Attn: Jim Devlin
1000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78401-0015

Suemaur Exploration & Production, LLC
c/o John W. Harris
Law Offices of John Wallis Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205-1418

Rabalais I&E Contractors
Attn: Bob Cuvelier
P.O. Box 10366
Corpus Christi, TX 78460

*/s/ Aaron M. Kaufman*
Aaron M. Kaufman