# UNITED STATES BANKRUPTCY COURT

## Western District of Texas (San Antonio)

In re: <u>Age Refining, Inc.</u>     Case No. <u>10-50501</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>SAINT JAMES ENERGY OPERATING, INC., DBA BIG STAR, L.L.P.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Court Claim # (if known): <u>Docket # 262 filed on 5/14/2010 in the allowed administrative expense amount of USD$490,435.38, listed as undisputed on the Debtors Notice of Disputed and Undisputed 20 Day Claims (Docket # 341).</u><br>Amount of Claim:  USD<u>$490,435.38</u><br>Date Claim Filed: <u>05/14/2010</u> |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Phone: <u>(801) 949-5530</u><br>Last four digits of Acct.#: <u>N/A</u> |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Name and Current Address of Transferor:<br><br>SAINT JAMES ENERGY OPERATING, INC., DBA BIG STAR, L.L.P.<br>11177 Eagle View Drive<br>Sandy, UT 84092 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                     Date: <u>September 19, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Western District of Texas (San Antonio)
615 East Houston Street, Room 597
San Antonio, TX 78205
Attention: Clerk

AND TO: AGE REFINING, INC. ("Debtor")
Case No. 10-50501

Docket # 262 filed on 5/14/2010 in the allowed administrative expense amount of USD$490,435.38, listed as undisputed on the Debtor's Notice of Disputed and Undisputed Twenty Day Claims (Docket No. 341) and allowed in the amount of USD$490,435.38

ST. JAMES ENERGY OPERATING, INC. d/b/a BIG STAR, L.L.P., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its allowed administrative expense Claim amount of $490,435.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF September, 2011.

ASSIGNOR: ST. JAMES ENERGY OPERATING, INC. d/b/a BIG STAR, L.L.P.

_____
(Signature)

James L. Jensen
(Print Name)

President - St James Energy Operating Inc
(Title)

Managing Partner - Big Star Partnership-Ltd. LLP.

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| AGE REFINING, INC., | § § | CHAPTER 11 CASE |
| Debtor. | § § § | CASE NO. 10-50501 |

## NOTICE OF DISPUTED AND UNDISPUTED TWENTY DAY CLAIMS

PLEASE TAKE NOTICE OF THE FOLLOWING:

This *Notice of Disputed and Undisputed Twenty Day Claims* (the "Notice") is filed pursuant to the *Order Establishing Procedures for the Resolution of Administrative Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Doc. No. 206] (the "Claims Procedures Order").[1]

### I. THE CLAIMS PROCEDURES ORDER

1. On April 15, 2010, the Honorable Leif M. Clark, United States Bankruptcy Judge for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") entered the Claims Procedures Order, which provides, *inter alia*, that parties asserting administrative claims pursuant to section 509(b)(9) ("Twenty Day Claims") must do so on or before the Claim Deadline, which is defined as thirty (30) calendar days after the entry of the Claims Procedures Order. The Claim Deadline was May 15, 2010. This Notice concerns the Twenty Day Claims submitted to the Debtor on or prior to the Claim Deadline. The Debtor reserves the right to file separate notices for untimely and/or improperly submitted Twenty Day Claims.

2. The Claims Procedures Order further provides that the Debtor shall file a notice of validity and disputed amounts for the Twenty Day Claims submitted to the Debtor. This Notice fulfills such requirement. Please be advised that, upon the filing and service of this

---

[1] All capitalized terms not defined in this Notice shall have the meanings ascribed to them in the Claims Procedures Order.

Notice, all Notice Parties (as defined in the Claims Procedures Order) shall have the right to file Claim Responses within twenty (20) calendar days of the filing of this Notice. Twenty Day Claims which are not the subject of a timely Claim Response shall be deemed valid and resolved as set forth below, provided, however, that payment on such Twenty Day Claims shall be reserved for a later date.

## II. CLAIM VALIDITY AND DISPUTED AMOUNTS

3. Pursuant to the Claims Procedures Order, the Debtor hereby notifies all parties in interest, including the Notice Parties and the parties submitting Twenty Day Claims, of the following:

(a) **Claimant**: J.M. Davidson, Inc.
**Amount Asserted**: $3,810.25
**Valid Amount**: $600.00
**Reason for Dispute**: Remainder of claim attributable to services performed or goods delivered more than 20 days before the Petition Date, neither of which are allowable under section 503(b)(9) of the Bankruptcy Code.
**Proposed Disposition of Claim**: Allow priority claim only for Valid Amount.

(b) **Claimant**: VWR International
**Amount Asserted**: $2,052.36
**Valid Amount**: $1,085.83
**Reason for Dispute**: Invoices 40711272, 40683270 and 40683267 demonstrate delivery of goods more than 20 days before Petition Date; other invoices include fees and taxes which are not allowable under section 503(b)(9) of the Bankruptcy Code.
**Proposed Disposition of Claim**: Allow priority claim only for Valid Amount.

(c) **Claimant**: Phase Technology
**Amount Asserted**: $945.00
**Valid Amount**: $945.00
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(d) Claimant: T.C. Oil Co.
Amount Asserted: $315,758.39
Valid Amount: $301,446.40
Reason for Dispute: Minor miscalculation of run statements, and claimant failed to deduct for taxes paid by the Debtor.
Proposed Disposition of Claim: Allow claim for Valid Amount.

(e) Claimant: Wolfpak, Inc.
Amount Asserted: $256.03
Valid Amount: $167.41
Reason for Dispute: One invoice ($60.62) demonstrates delivery more than 20 days before the Petition Date, and the other invoice includes shipping charges ($28.00), neither of which can be allowable priority claims under section 503(b)(9) of the Bankruptcy Code.
Proposed Disposition of Claim: Allow priority claim only for Valid Amount.

(f) Claimant: St. James Energy Operating, Inc. d/b/a Big Star, L.L.P..
Amount Asserted: $ 490,435.38
Valid Amount: $ 490,435.38
Reason for Dispute: N/A.
Proposed Disposition of Claim: Allow priority claim for Valid Amount.

(g) Claimant: Killam Oil Co.
Amount Asserted: $211,940.97
Valid Amount: $211,940.97
Reason for Dispute: N/A
Proposed Disposition of Claim: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(h) Claimant: Texpata Pipeline Co.
Amount Asserted: $37,877.96
Valid Amount: $37,877.96
Reason for Dispute: N/A
Proposed Disposition of Claim: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

3003856.1

(i) **Claimant**: Unishippers
**Amount Asserted**: $4,389.31
**Valid Amount**: $0.00
**Reason for Dispute**: All claims for services, not allowable as a priority claim under section 503(b)(9) of the Bankruptcy Code.
**Proposed Disposition of Claim**: Claim disallowed as priority claim in its entirety. Notwithstanding the foregoing, Debtor advises the Notice Parties and other parties in interest that claimant has been paid pursuant to prior order authorizing payment of critical vendors.

(j) **Claimant**: Whiting Oil and Gas Corp.
**Amount Asserted**: $62,267.82
**Valid Amount**: $62,267.82
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(k) **Claimant**: Legend Natural Gas II L.P.
**Amount Asserted**: $218,483.14
**Valid Amount**: $218,483.14
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(l) **Claimant**: Dresser Direct
**Amount Asserted**: $2,771.00
**Valid Amount**: $2,771.00
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(m) **Claimant**: South Texas Operating Co.
**Amount Asserted**: $13,300.37
**Valid Amount**: $13,300.37
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

(n) **Claimant**: SemCrude L.P
**Amount Asserted**: $401,444.79
**Valid Amount**: $401,444.79
**Reason for Dispute**: N/A
**Proposed Disposition of Claim**: Allow priority claim for Valid Amount.

3003856.1

(o)     **Claimant:** John D. Manley III, Oper. Inc.
       **Amount Asserted:** $16,920.80
       **Valid Amount:** $16,920.80
       **Reason for Dispute:** N/A
       **Proposed Disposition of Claim:** Allow priority claim for Valid Amount.

(p)     **Claimant:** Suemaur Exploration
       **Amount Asserted:** $632,088.04
       **Valid Amount:** $632,088.04
       **Reason for Dispute:** N/A
       **Proposed Disposition of Claim:** Claimant has been paid pursuant to prior order authorizing payment of critical vendors. Claim to be purged as paid.

(q)     **Claimant:** Rabalais I&E Constructors
       **Amount Asserted:** $19,979.00
       **Valid Amount:** $0.00
       **Reason for Dispute:** All claims for services, not allowable as a priority claim under section 503(b)(9) of the Bankruptcy Code.
       **Proposed Disposition of Claim:** Claim disallowed as priority claim in its entirety.

Dated: June 14, 2010          Respectfully submitted,

                                    **COX SMITH MATTHEWS INCORPORATED**

                                    By:    _/s/ Aaron M. Kaufman_
                                            Mark E. Andrews
                                            State Bar No. 01253520
                                            Aaron M. Kaufman
                                            State Bar No. 24060067
                                            1201 Elm Street, Suite 3300
                                            Dallas, Texas 75270
                                            (214) 698-7800
                                            (214) 698-7899 (Fax)

                                            -and-

                                            Carol E. Jendrzey
                                           State Bar No. 10617420
                                           112 East Pecan Street, Suite 1800
                                           San Antonio, Texas 78205
                                           (210) 554-5500
                                           (210) 226-8395 (Fax)

                                           **ATTORNEYS FOR DEBTOR AND**
                                           **DEBTOR-IN-POSSESSION**

3003856.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of June, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and upon those parties listed on the attached service list and to the party listed below by First Class United States Mail postage prepaid, unless otherwise noted.

| | | |
|---|---|---|
| J.M. Davidson, Inc.<br>c/o Tricia Rouse<br>P.O. Box 4639<br>Corpus Christi, TX 78469 | Kelle Deppa<br>VWR International<br>1775 The Exchange, Ste 310<br>Atlanta, GA 30339 | Phase Technoloby<br>11168 Hammersmith Gate<br>Richmond, B.C.<br>V7A 5H8 Canada |
| T-C Oil Company<br>c/o Richard T. Chapman<br>P.O. Box 1969<br>Victoria, TX 77902 | T-C Oil Company<br>c/o Richard T. Chapman<br>Anderson, Smith, Null & Stofer, L.L.P.<br>P.O. Box 1969<br>Victoria, TX 77902 | Wolfepak, Inc.<br>c/o Charles Wolfe<br>2901 S. 1st St.<br>Abilene, TX 79605 |
| St. James Energy Operating, Inc.<br>d/b/a Big Star, L.L.P.<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092 | Mike Drake<br>Killam Oil Co.<br>16414 San Pedro, #920<br>San Antonio, TX 78232 | Killam Oil Co.; Texpata Pipeline Co.<br>c/o Patrick H. Autry<br>The Nunley Firm, LLP<br>1580 S. Main St., #200<br>Boerne, TX 78006-3308 |
| Mike Drake<br>Texpata Pipeline Co.<br>P.O. Box 499<br>Laredo, TX 98042 | Unishippers<br>15715 Tuckerton Rd.<br>Houston, TX 77095 | Whiting Oil and Gas Corporation<br>1700 Broadway, #2300<br>Denver, CO 80290 |
| Whiting Oil and Gas Corporation<br>c/o Harold G. Morris, Jr.<br>Lindquist & Vennum P.L.L.P.<br>600 17th St., #1800 South<br>Denver, CO 80202 | Legend Natural Gas II, LP<br>410 West Grand Parkway S., Suite 400<br>Katy, TX 77494 | Legend Natural Gas II, LP<br>c/o William A. (Trey) Wood<br>711 Louisiana, #2300<br>Houston, TX 77002 |
| Dresser, Inc. - Dresser Direct<br>Attn: Linda L. Rutherford<br>15455 Dallas Pkwy., #1100<br>Addison, TX 75001 | South Texas Operating Company<br>Attn: Joseph M. Harris<br>P.O. Box 17405<br>San Antonio, TX 78217 | South Texas Operating Company<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205-1418 |

| | | |
|---|---|---|
| SemCrude, L.P.<br>Attn: Candice L. Cheeseman<br>6120 S. Yale Ave., #700<br>Tulsa, OK 74136 | SemCrude, L.P.<br>c/o Andrew R. Turner<br>Conner & Winters<br>4000 One Williams Center<br>Tulsa, OK 74172-0148 | John D. Manley III, Operator, Inc.<br>Attn: Dona J. Manley<br>3206 Reid Dr., #12A<br>Corpus Christi, TX 78404 |
| John D. Manley III, Operator, Inc.<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205-1418 | Suemaur Exploration & Production, LLC<br>Attn: Jim Devlin<br>1000 Frost Bank Plaza<br>802 N. Carancahua<br>Corpus Christi, TX 78401-0015 | Suemaur Exploration & Production, LLC<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205-1418 |
| Rabalais I&E Contractors<br>Attn: Bob Cuvelier<br>P.O. Box 10366<br>Corpus Christi, TX 78460 | | |

/s/ Aaron M. Kaufman
Aaron M. Kaufman