

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: November 02, 2011**

_____
**JOHN C. AKARD
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASE |
| | § | |
| AGE REFINING, INC. | § | CASE NO. 10-50501-LMC |
| | § | |
| Debtor. | § | |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
APPLICATION TO VALUE THE SECURED CLAIM OF CHASE CAPITAL
CORPORATION UNDER BANKRUPTCY CODE § 506 (a) and (b)**

WHEREAS, IN SAID DISTRICT, came on for consideration the Application to Value the Secured Claim of Chase Capital Corporation Under Bankruptcy Code § 506 (a) and (b) (the "Valuation Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") to the bankruptcy estate of Debtor, AGE REFINING, INC., ("Debtor" or "AGE"), and the Court having determined that such objection should be granted. It is therefore. . .

ORDERED, ADJUDGED, AND DECREED that the Committee's Valuation Motion is hereby granted. It is further,

ORDERED, ADJUDGED AND DECREED that the secured value of the Chase claim is currently fixed at $39 Million, subject to further adjustment pending disposition of remaining unliquidated Chase collateral.

### 

