## IN RE AGE REFINING, INC.

## Limited Service List

AGE Refining, Inc.
c/o Eric Moeller, Chpt. 11 Trustee
and Kelly Land
Travis Wolff LLC
9901 IH-10, Suite 500
San Antonio, TX 78230

**Special Counsel for Trustee**
Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm St., #3300
Dallas, TX 75270
mandrews@coxsmith.com
akaufman@coxsmith.com

**U.S. Trustee**
Office of the U.S. Trustee
615 E. Houston, #533
P.O. Box 1539
San Antonio, TX 78295-1539
USTPRegion07.SN.ECF@usdoj.gov

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**Chief Restructuring Officer of Debtor**
FTI Consulting, Inc
Albert S. Conly
2001 Ross Ave, #400
Dallas, TX 75201
fax: 214-397-1790
albert.conly@fticonsulting.com

**Special Counsel to Debtor**
Lee H. Shidlofsky
Visser Shidlofsky LLP
7200 N. Mopac Expwy, #430
Austin, Texas 78731
lee@vsfirm.com

Eric Moeller
Chapter 11 Trustee
ericjmoeller@gmail.com

**Counsel to Chapter 11 Trustee**
David S. Gragg / Steve R. Brook
Langley & Banack, Inc
Trinity Plaza II
745 E Mulberry, Suite 900
San Antonio, TX 78212
dgragg@langleybanack.com

**Liquidating Trustee**
Randolph N. Osherow
Liquidating Trustee
342 West Woodlawn, #100
San Antonio, TX 78212

## SECURED CREDITORS

Chase Capital Corporation
Attn: W. Robert Felker
10 S. Dearborn St., #IL1-5048
Chicago, IL 60603

**Counsel for Chase Capital Corporation**
Fulbright & Jaworski, LLP
Attn: Toby L. Gerber
2200 Ross Ave., #2800
Dallas, TX 75201-2784
fax: 214-855-8200
tgerber@fulbright.com

JP Morgan Chase Bank, N.A.
Attn: Courtney J. Jeans
2200 Ross Ave., 9th Fl
Dallas, TX 75201

**Counsel for JP Morgan Chase Bank, N.A.**
Vinson & Elkins, LLP
Attn: William L. Wallander
Trammell Crow Center
2001 Ross Ave., #3700
Dallas, TX 75201-2975
fax: 214-999-7905
bwallander@velaw.com

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Big Star Gathering, LLP
Attn: James L. Jensen
11177 Eagle View Dr., #150
Sandy, UT 84092
fax: 801-576-1154
james@stjamesenergy.com

**Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

dii Industries Services, LLC
Attn: Marc D. Moroux
600 Jefferson Street, Suite 1400
Lafayette, LA 70501
291-7437 Fax
mmoroux@morenoenergy.com

T-C Oil Company
Attn: Bland Proctor
427 FM 774
Refugio, TX 78377
fax: 361-576-6890
b.proctor@oconnorbraman.net

## TWENTY LARGEST UNSECURED CREDITORS

~~Cindy Campbell~~
~~Age Transportation Inc~~
~~7811 S Presa~~
~~San Antonio, TX 78223-3547~~

Dresser Rand
P.O. Box 7247-6149
Philadelphia, PA 19170-6149

Juanita Proctor
Gulfmark Energy Inc.
P.O. Box 844
Houston, TX 77001-0844

O.G.O. Marketing LLC
4560 Salt Flat Rd.
Luling, TX 78648

Repcon, Inc.
P.O. Box 9316
Corpus Christi, TX 78469

James Jensen
St. James Energy Operating
11177 Eagle View Dr., #150
Sandy, UT 84092

T-C Oil Company
P.O. Box 2549
Victoria, TX 77902

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Gaither Petroleum Corporation
18000 Groschke Rd, Bldg A1
Houston, TX 77084

Killam Oil Co. Ltd.
P.O. Box 499
Laredo, TX 78042-0499

Bob Frendt
Overland Contracting, Inc.
P.O. Box 803823
Kansas City, MO 64180-3823

SemCrude, LP
Two Warren Pl.
Tulsa, OK 74136-4216

Jim Devlin
Suemaur Exploration
802 N. Carancahua, #1000
Corpus Christi, TX 78470

Trammo Petroleum
1111 Bagby, #1920
Houston, TX 77002

City Public Service
P.O. Box 2678
San Antonio, TX 78289-0001

Aurelie Magnuson
Genesis Crude Oil LP
919 Milam, #2100
Houston, TX 77002

Legend Natural Gas II, LP
410 W. Grand Pwky South, #400
Katy, TX 77494

Plains Marketing LP
Attn: Legal Dept.
P.O. Box 4648
Houston, TX 77210

Donald Gormley
Shell Trading (US) Company
Two Houston Center
909 Fannin Street
Houston TX 77010-1014

Jane Helm
Superior Crude Gathering, Inc.
P.O. Box 260784
Corpus Christi, TX 78426-0784

## GOVERNMENT AND REGULATORY AGENCIES

Defense Energy Support Center
Attn: Matthew Shuster, Contracting Ofcr.
8725 John J. Kingman Rd., #4950
Fort Belvoir, VA 22060

Caroline Chien
Assistant Counsel
Defense Energy Support Center
8725 John J. Kingman Rd, #1565
Fort Belvoir, VA 22060-6222
fax: 703-767-5022
Caroline.Chien@dla.mil

EPA Washington Acctg Operations
Fountain Place 12th Fl., #1200
1445 Ross Ave.
Dallas, TX 75202-2733

HUBZone Empowerment Contracting Prog
US Small Business Admin
405 3rd St., SW
Washington, DC 20416

Railroad Commission of TX
Oil & Gas Division
P.O. Box 12967
Austin, TX 78711-2967

Railroad Commission of Texas
1701 N. Congress Ave.
Austin, TX 78711

TCEQ
14250 Judson Rd.
San Antonio, TX 78233-4480

Texas Commission on Environmental Quality
P.O. Box 13089
Austin, TX 78711-3089

Texas Dept. of Licensing & Regulations
P.O. Box 12157
Austin, TX 78711

TX Dept. of State Health Services
Asbestos Notification Program
P.O. Box 149347
Austin, TX 78714-9347

TXDOT
Aviation Division
P.O. Box 5020
Austin, TX 78763-5020

TX Dept. of State Health Services
P.O. Box 12190
Austin, TX 78711-2190

Texas State Board of Public Accts
333 Guadalupe
Tower III, #900
Austin, TX

Texas State Comptroller
111 E 17th St.
Austin, TX 78774-0100

Texas Enterprise Zone
Aaron Demerson, Ofc of Governor
Economic Dev. & Tourism
P.O. Box 12428
Austin, TX 78711

US Department of Labor
Occupational Safety & Health Admin.
800 Dolorosa St., #203
San Antonio, TX 78207-4561

U.S. Department of Labor
Occupation Safety & Health Adm
San Antonio District Office
Washington Square Blvd, #203
800 Dolorosa Street
San Antonio, TX 78207-4559

Texas State Comptroller
Unclaimed Property Division
P.O. Box 12019
Austin, TX 78711-2019

US Treasury
Defense Energy Support
8725 John Kingman Rd., #4950
Fort Belvoir, VA 22060-6222

U. S. Dept of Transportation
Hazardous Materials Registration
1200 New Jersey Ave, SE
Washington, DC 20590

Gary W. Wright
Assistant United States Attorney
601 N.W. Loop 410, #600
San Antonio, TX 78216
Fax: (210) 384-7358
gary.wright@usdoj.gov

## NOTICES OF APPEARANCE

Truth Resources LLP
William W. Cason
18000 Groschke Rd, Bldg A1
Houston, TX 77084
fax: 281-994-5410
bcason@apxww.com

Killam Oil Co., Ltd. and Texpata Pipeline
c/o Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 South Main St., #200
Boerne, TX 78006
fax: 830-816-3388
Email: pautry@texastriallaw.com

Comptroller of Public Accounts
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711-2548
fax: 512-482-8341
bk-jstarks@oag.state.tx.us

Suemaur Exploration and Production
c/o Scott J. Duncan
Porter Rogers Dahlman & Gordon, PC
800 N. Shoreline Blvd., #800S
Corpus Christi, TX 78401
fax: 361-880-5844
sduncan@prdg.com

Suemaur Exploration and Production, LLC
c/o John W. Harris
Law Offices of John Wallis Harris
Frost Bank Tower, #1452B
100 W. Houston St.
San Antonio, TX 78205
fax: 210-227-1035
jwharris@johnwharrislaw.com

M. Frank Russell
312 Westover Rd.
San Antonio, TX 78209
mfrussell777@att.net

Overland Contracting, Inc.
c/o Rhett G. Campbell
Mitchell E. Ayer
Thompson & Knight LLP
333 Clay St., #3300
Houston, TX 77002
fax: 713-654-1871
Rhett.Campbell@tklaw.com
Mitchell.Ayer@tklaw.com

T-C Oil Company
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Connor Plaza, 7th Floor
P.O. Box 1969
Victoria, TX 77902
fax: 361-573-5288
rchapman@andersonsmith.com

Plains All American Pipeline
c/o Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
412 E. Washington Ave.
Navasota, TX 77868
pwp@pattiprewittlaw.com

Plains All American Pipeline
c/o Andrew M. Caplan
Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, #1400
Houston, TX 77046
acaplan@wkpz.com

Enduring Resources, LLC
c/o Randall L. Rouse
Lynch, Chappell & Alsup
300 North Marienfeld, #700
Midland, Texas 79701-4345
fax: 432-683-2587
rrouse@lcalawfirm.com

Gulfmark Energy, Inc.
c/o Michael S. Holmes, Esq.
Michael S. Holmes, P.C.
8100 Washington Ave., #120
Houston, TX 77007
fax: 713-956-6284
msholmes@cowgillholmes.com

Albert Glen Gonzalez
c/o Ronald Hornberger
Plunkett & Gibson, Inc.
70 NE Loop 410, #1100
San Antonio, TX 78216
fax: 210-734-0379
hornbergerr@plunkett-gibson.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, #300
San Antonio, TX 78205
fax: 210-225-6410
sanantonio.bankruptcy@publicans.com

Polaris Engineering
Polaris Construction
c/o Mike F. Pipkin
Sedgwick Detert Moran & Arnold LLP
1717 Main St., #5400
Dallas, TX 75201
fax: 469-227-8004
mike.pipkin@sdma.com

Diane Prier
8312 Ridgelea St.
Dallas, TX 75209-2626
fax: 214-350-7938
dprier@tx.rr.com

Taylor Central Appraisal District
c/o Lee Gordon
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680
fax: 512-323-3205
lgordon@mvbalaw.com

Nueces County and Live Oak CAD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
fax: 512-443-5114
Austin.bankruptcy@publicans.com

Jeffrey A. Shadwick
Andrews Myers Coulter & Hayes
3900 Essex Ln., #800
Houston, TX 77027
fax: 713-850-4211
jshadwick@lawamc.com

IKON Financial Services
Attn: Maie Griner, Recovery Data Coordinator
Bankruptcy Administration
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Shell Trading (US) Company
c/o Paul B. Turner
Sutherland Asbill & Brennan LLP
Two Houston Center
909 Fannin, #2200
Houston, TX 77010
fax: 713-654-1301
paul.turner@sutherland.com

Landcoast Insulation, Inc.
c/o Mark D. Goranson
GoransonKing, PLLC
550 Westcott, #415
Houston, TX 77007
fax: 713-526-9202
goranson@goransonking.com

Glen Gonzalez and
AGE Transportation, Inc.
c/o Eric J. Taube and Morris D. Weiss
Hohmann Taube & Summers LLP
100 Congress Ave., 18th Fl.
Austin, TX 78701
erict@hts-law.com

Big Star LLP / Saint James Energy Operating, Inc.
c/o Robert K. Sugg
Oppenheimer, Blend, Harrison & Tate, Inc
711 Navarro, Sixth Floor
San Antonio, TX 78205
210 224 7540 (fax)
rsugg@obht.com.

Ryan, Inc.
c/o Bruce W. Akerly
Cantey Hanger, LLP
1999 Bryan St., #3300
Dallas, TX 75201
fax: 214-978-4150
bakerly@canteyhanger.com

Mitsubishi Corporation
c/o Charles S. Kelley and Andres Romay
Mayer Brown LLP
700 Louisiana St., #3400
Houston, TX 77002-2730
fax: 713-238-4634
ckelley@mayerbrown.com
aromay@mayerbrown.com

Shell Trading (US) Company
c/o Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
fax: 202-637-3593
mark.sherrill@sutherland.com

Superior Crude Gathering and Bay, Ltd.
c/o Ronald A. Simank
Schauer & Simank, PC
615 N. Upper Broadway, #2000-MSC-159
Corpus Christi, TX 78477
fax: 361-884-2822
rsimank@cctxlaw.com

SemCrude, L.P.
c/o Andrew R. Turner
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
fax (918) 586-8672
aturner@cwlaw.com

Magnatex Pumps, Inc.
c/o John P. Melko
Gardere Waynne Sewell LLP
1000 Louisiana, #3400
Houston, TX 77002-5011
713 276 6727 (fax)
jmelko@gardere.com

El Paso Corporation
Attn: Michael J. McGinnis
1001 Louisiana, #1540B
Houston, TX 77002
fax: 713-420-6060
Michael.j.mcginnis@elpaso.com

Mitsubishi Corporation
c/o Andrew D. Shaffer
Mayer Brown LLP
1675 Broadway
New York, NY 10019
fax: 212-849-5828
ashaffer@mayerbrown.com

Dynamic Industries, Inc.
c/o Erica N. Beck
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave., #5100
New Orleans, LA 70170
fax: 504-589-8336
ebeck@joneswalker.com

TCEQ
c/o E. Stuart Phillips
Assistant Attorney General
The Texas Attorney General's Office
P.O. Box 12548, MC-008
Austin, TX 78711-2548
fax: 512-482-8341
stuart.phillips@oag.state.tx.us

SemCrude, L.P.
c/o Bryan J. Wells
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 74102-7101
fax (405) 232-2695

Harlin Womble
Jordan, Hyden Womble
Culbreth & Holzer, P.C.
500 North Shoreline Dr. #900
Corpus Christi, TX 78471
hwomble@jhwclaw.com

Harry P. Susman
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
hsusman@susmangodfrey.com

Sam Drugan
Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215

B-Line, LLC
Attn: Steven Kane
PO Box 91121 Dept.550
Seattle, WA 98111-9221

Mark A. Mintz
Jones Walker Waechter
Poitevent Carrere & Denegre LLP
201 St. Charles Ave. 49th Floor
New Orleans, LA 70170-5100

Chasless L. Yancy
Robin Russell
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002