**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 31, 2016.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>AGE REFINING, INC.,<br><br>Debtor. | § § § § § § § § CHAPTER 11 CASE<br><br>CASE NO. 10-50501-CAG |

MEMORANDUM OF INDICATIVE RULING REGARDING
"JOINT MOTION UNDER BANKRUPTCY RULE 9019 TO APPROVE SETTLEMENT AGREEMENT REGARDING APPLICATIONS FOR COMPENSATION FILED BY MARTIN & DROUGHT, P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS"
[Relates to Docket No. 2042]

CAME ON, for hearing, the Joint Motion for Indicative Ruling Pursuant to Bankruptcy Rule 8008 ("Joint Motion for Indicative Ruling") [Doc. No. 2042] filed by the Liquidating Trustee Randolph N. Osherow ("Trustee") and Martin & Drought, P.C. as Counsel for the Official Committee of Unsecured Creditors ("M&D") (collectively, "Movants") regarding their "Joint Motion Under Bankruptcy Rule 9019 to Approve Settlement Agreement Regarding Applications for Compensation Filed by Martin & Drought, P.C. as Counsel for the Official Committee of Unsecured Creditors." The Court—having considered the Joint Motion for

Indicative Ruling, Chase Capital Corporation's limited objection thereto [Doc. 2046], and the arguments of counsel—hereby indicates for the record, pursuant to FED. R. BANKR. P. 8008(a)(3), that if the District Court were to remand Case No. 5:16-cv-00801-FB for the limited purpose of re-vesting this Court with jurisdiction to consider and rule on the Movants' "Joint Motion Under Bankruptcy Rule 9019 to Approve Settlement Agreement Regarding Applications for Compensation Filed by Martin & Drought, P.C. as Counsel for the Official Committee of Unsecured Creditors" ("Joint Motion Under Bankruptcy Rule 9019"), the Court would be inclined to grant the Joint Motion Under Bankruptcy Rule 9019.

# # #

SUBMITTED BY:

DAVID S. GRAGG
Texas Bar No. 08253300
SARA MURRAY
Texas Bar No. 14729400
NATALIE F. WILSON
Texas Bar No. 24076779
LANGLEY & BANACK, INCORPORATED
745 East Mulberry, Suite 900
San Antonio, TX  78212-3166
Telephone:  (210)-736-6600
Fax: (210) 735-6889
E-mail: dgragg@langleybanack.com

COUNSEL TO THE LIQUIDATING TRUSTEE